MOED-0001 DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Byron E. Blake Jr<br>Plaintiff(s),<br><br>vs.<br><br>Jacob Cherry a/k/a 1090 Jake<br>Defendant(s). | ) Case No. | 4:26-cv-01116-CDP |

**<u>Disclosure Statement</u>**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about

Byron E. Blake Jr:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

None

b. Its parent companies or corporations (if none, state "none"):

None

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

None

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): None

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Byron E. Blake Jr is a permanent and legal resident of the State of Missouri in the United States of America.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

3. If the subject is an organizational victim in a criminal case,

a. The victim's identity N/A

b. If the victim is a corporation,

1. Whether it is publicly traded, and if it is, on which exchange(s):

N/A

2. Its parent companies or corporations (if none, state "none"):

None

3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

None

4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

None

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

Signature (Counsel for Plaintiff/Defendant)
Print Name: Byron E. Blake Jr
Address: 1303 Fox Chase Dr
City/State/Zip: St. Charles, MO, 63301
Phone: 773-913-5737

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:

07/29, 20 26.

Signature