# EXHIBIT A

## FLORIDA DEPARTMENT OF CORRECTIONS
## PHOTO IDENTIFICATION RECORDS

Public Records Request and Responsive Photo Identification Records

# I040782-061825 - Inmate Records Request

## Message History (3)

On 7/11/2025 2:48:10 PM, Florida DOC Public Records Portal wrote:

**Subject:** Florida Department of Corrections Inmate Records Request :: I040782-061825
**Body:**

FLORIDA DEPARTMENT OF CORRECTIONS

GOVERNOR
RON DESANTI

SECRETARY
RICKY DIXON

RE: PUBLIC RECORDS REQUEST of June 18, 2025, Reference # I040782-061825.

Dear ,

The Florida Department of Corrections received a public information request from you on June 18, 2025. Your request mentioned:

**"All inmate booking photos or mugshots taken while at RMC, CFRC, Lancaster WC and Sumter, including the original intake photo and the last photo taken before the inmate was transferred out of this facility."**

The Florida Department of Corrections has reviewed its files and has located responsive records to your request. Please log in to the public records portal to retrieve the appropriate responsive documents.

Inmate Records Request - I040782-061825

***THE UPLOADED PHOTOS ARE THE ONLY PHOTOS LOCATED IN THIS SUBJECT'S INMATE CLASSIFICATION FILE.

PRODUCTION FEES ARE WAIVED.

Sincerely,

Charles Williams
Correctional Services Assistant Consultant
Central Records

On 6/18/2025 10:35:05 AM, Florida DOC Public Records Portal wrote:

FLORIDA DEPARTMENT OF CORRECTIONS

Dear :

Thank you for your interest in public records of Florida Department of Corrections. Your request has been received and is being processed. Your request was received in this office on 6/18/2025 10:35:02 AM and given the reference number I040782-061825 for tracking purposes.

**Records Requested:** All inmate booking photos or mugshots taken while at this facility, including the original intake photo and the last photo taken before the inmate was transferred out of this facility.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Florida Department of Corrections Public Records Portal.

Florida Department of Corrections

---

To monitor the progress or update this request please log into the Florida Department of Corrections Public Records Portal at https://floridadoc.govqa.us/WEBAPP/.

---

Track the issue status and respond at: https://floridadoc.govqa.us/WEBAPP//_rs/RequestEdit.aspx?rid=40782

On 6/18/2025 10:35:04 AM, [redacted] wrote:

Request Created on Public Portal

**State Of Florida**
**Department Of Corrections**
**Photo Identification Card**

**REC. CTR.: 320** **4/2/2013**

**Name:** CHERRY, JACOB DANIEL **DC#:** 0-C07652 **Date Received:** 03/14/2013
**Circuit:** 13 **County:** HILLSBOROUGH **Date Sentenced:** 03/04/2013
**Crime:** BURGLARY,ARMED W/EXP. OR WEAPO; GRAND THEFT FIREARM; CARRYING CONCEALED FIREARM; GRAND THEFT,300 L/5,000
CURRENT TERM: 3 YR 0 MO 0 DA





**Race:** WHITE **Sex:** MALE **DOB:** [redacted] 994 **Next Photo Year:** 2018
**FP Class:**
**Hair:** BROWN **Eyes:** GREEN **Complexion:** LIGHT
**Marks:** OTHER-FACE-left ear peircing
**Scars:** TATTOO-BACK-star on neck with masks

**Home:** TAMPA, FLORIDA **Where Born:** MULDON, MASSACHUSETTS

**Notify in Case of Emergency:** KATHY WIELKI **Relation:** AUNT
TAMPA, FL 33604

**Record In IRIS**

State of Florida
Department of Corrections
PHOTO IDENTIFICATION CARD

04/01/2013

Name: CHERRY, JACOB DANIEL DC#: 0-C07652 Date Received: 03/14/2013
Date Sentenced: 03/04/2013 County: HILLSBOROUGH Circuit: 13
Crime: BURGLARY,ARMED W/EXP. OR WEAPO; GRAND THEFT FIREARM;
CARRYING CONCEALED FIREARM; GRAND THEFT,300 L/5,000;

CURRENT TERM: 3 YR 0 MO 0 DA





**FLORIDA DEPARTMENT OF CORRECTIONS**

**Last Name: CHERRY** **DC#: C07652**

**First Name: JACOB** **Photo Date: 05/14/2015**

Race: WHITE Sex: MALE DOB: 08/29/1994 Next Photo Year: 2018
FP Class:

Hair: BROWN Eyes: GREEN Complexion: LIGHT
Marks/ OTHER-FACE-left ear peircing
Scars: TATTOO-BACK-star on neck with masks

Home: TAMPA, FLORIDA
Where Born: MULDON, MASSACHUSETTS

Notify in Case of Emergency: KATHY WIELKI Relation: AUNT
TAMPA, FL 33604-

# EXHIBIT B

## FLORIDA DEPARTMENT OF CORRECTIONS
## INMATE MOVEMENT AND DISCIPLINARY RECORDS

Public Records Request and Responsive Records

# I035935-022125 - Inmate Records Request

## Message History (3)

On 2/21/2025 8:36:28 AM, Florida DOC Public Records Portal wrote:

**Subject:** Florida Department of Corrections Inmate Records Request :: I035935-022125
**Body:**

FLORIDA DEPARTMENT OF CORRECTIONS

GOVERNOR
RON DESANTI

SECRETARY
RICKY DIXON

RE: PUBLIC RECORDS REQUEST of February 21, 2025, Reference # I035935-022125.

Dear [redacted]

The Florida Department of Corrections received a public information request from you on February 21, 2025. Your request mentioned:

**"i am writing to request all inmate movement history, such as housing history and inmate disciplinary history, such as disciplainary reports, and grievances related to this inmate during his time at this facility."**

The Florida Department of Corrections has reviewed its files and has located responsive records to your request. Please log in to the public records portal to retrieve the appropriate responsive documents.

Inmate Records Request - I035935-022125

Sincerely,

Delacey Parramore
Government Operations Consultant I
Public Records Unit

On 2/21/2025 8:11:36 AM, Florida DOC Public Records Portal wrote:

FLORIDA DEPARTMENT OF CORRECTIONS

Dear [redacted]

Thank you for your interest in public records of Florida Department of Corrections. Your request has been received and is being processed. Your request was received in this office on 2/21/2025 8:11:34 AM and given the reference number I035935-022125 for tracking purposes.

**Records Requested:** i am writing to request all inmate movement history, such as housing history and inmate disciplinary history, such as disciplainary reports, and grievances related to this inmate during his time at this facility.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Florida Department of Corrections Public Records Portal.

Florida Department of Corrections

---

To monitor the progress or update this request please log into the Florida Department of Corrections Public Records Portal at https://floridadoc.govqa.us/WEBAPP/.

Track the issue status and respond at: [redacted]

On 2/21/2025 8:11:35 AM, [redacted] wrote:

Request Created on Public Portal

FLORIDA DEPARTMENT OF CORRECTIONS

XXXX 3 C07652 USER ID: XXXXXXX
NAME: CHERRY, JACOB D. DOC NO: C07652 STATUS: INACTIVE

**-----------------------------------------------------------------------**
OVERALL INMATE RECORD AS OF 02/21/25 TIME: 08:20
*-----------------------------------------------------------------------*

THE FOLLOWING INFORMATION IS FROM THE RECORD OF THE INMATE NAMED ABOVE. SOME DATA AS WELL AS RELEASE DATE(S) ARE SUBJECT TO CHANGE WITH THE AWARD OF AND/OR FORFEITURE OF GAIN TIME OR PROVISIONAL CREDITS OR WITH A CHANGE IN SENTENCE STRUCTURE OR INMATE STATUS.

LOCATION: PROVISIONAL RELEASE DATE: NO CREDITS
OVERALL TERM: 3 YRS 0MOS 0DAYS TENTATIVE RELEASE DATE: 07/01/2015
CUSTODY GR: CLOSE SINCE: 04/01/13 LAST PROV.AWARD: 0 DAYS ON / /
DATE OF BIRTH: [redacted]94 SEX: MALE LAST GAIN TIME: 10 DAYS ON 05/31/15
BIRTHPLACE: MASSACHUSETT HT: 5' 11" RACE: WHITE EYES: GREEN
SOC.SEC.NO.: FBI NO: FDLE:
FILE IMAGING: COMPLETE RECORD IMAGED
******************************************************************************
THE FOLLOWING DATES ARE SET BY THE FLORIDA COMMISSION ON OFFENDER REVIEW.
QUESTIONS ABOUT THESE DATES SHOULD BE DIRECTED TO THAT AGENCY AT (850)488-1655.
CONTROL RELEASE DATE: / / PRESUMPTIVE PAROLE DATE: 99/99/9999
******************************************************************************

**-----------------------------------------------------------------------**
INMATE SENTENCES AS OF 02/21/25 TIME: 08:20
*-----------------------------------------------------------------------*

THE PRIOR INMATE RECORD REFLECTS THE DATE THE OFFENDER WAS RELEASED.
EXTERNAL MOVEMENTS WILL REFLECT THE TYPE OF RELEASE.
THE CURRENT INMATE RECORD IS COMPRISED OF CONCURRENT AND/OR CONSECUTIVE SENTENCES WHICH ARE COMBINED TO ESTABLISH THE OVERALL TERM.

--- LATEST INCARCERATION ---

| IMPOSED | COUNTY | CASE NO. | OFFENSE | YRS MO DY | RELEASED |
|---|---|---|---|---|---|
| 03/04/13 | HILLSBOROUGH | 29-1214358 | BURGLARY,ARMED W/EXP | 3 0 0 | 07/01/15 |
| | SPEC.PROV.: PAROLE INEL | | | | |
| | SENTENCING GUIDELINES OFFENSE LEVEL: 08 | | | | |
| | 85% MINIMUM RELEASE DATE: 04/30/2015 | | | | |
| 03/04/13 | HILLSBOROUGH | 29-1214358 | GRAND THEFT,300 L/5, | 3 0 0 | 07/01/15 |
| | SPEC.PROV.: PAROLE INEL | | | | |
| | SENTENCING GUIDELINES OFFENSE LEVEL: 02 | | | | |
| | 85% MINIMUM RELEASE DATE: 04/30/2015 | | | | |
| 03/04/13 | HILLSBOROUGH | 29-1214358 | GRAND THEFT FIREARM | 3 0 0 | 07/01/15 |
| | SPEC.PROV.: PAROLE INEL | | | | |
| | SENTENCING GUIDELINES OFFENSE LEVEL: 04 | | | | |
| | 85% MINIMUM RELEASE DATE: 04/30/2015 | | | | |
| 03/04/13 | HILLSBOROUGH | 29-1214589 | CARRYING CONCEALED F | 3 0 0 | 07/06/15 |
| | SPEC.PROV.: PAROLE INEL | | | | |
| | SENTENCING GUIDELINES OFFENSE LEVEL: 05 | | | | |

85% MINIMUM RELEASE DATE: 04/25/2015

**------------------------------------------------------------------------**
INMATE DETAINERS AS OF 02/21/25 TIME: 08:20
*-------------------------------------------------------------------------*

THE FOLLOWING REFLECTS DETAINERS AGAINST THIS RECORD, AND/OR REQUESTS TO BE NOTIFIED PRIOR TO RELEASE OF THE INMATE.

--- PRIOR INCARCERATION ---

| FILED | TYPE | AUTHORITY | CHARGE(S) | REMOVED |
| --- | --- | --- | --- | --- |
| | | NO DETAINER RECORDS FOUND | | |

**------------------------------------------------------------------------**
INMATE MOVEMENT/TRANSFER HISTORY AS OF 02/21/25 TIME: 08:20
*-------------------------------------------------------------------------*

THE FOLLOWING ENTRIES REFLECT MOVEMENT BY THE INMATE BETWEEN DEPARTMENT FACILITIES AS WELL AS RELEASES AND RETURNS FROM OUTSIDE AGENCIES.

--- LATEST INCARCERATION ---

| DATE | MOVEMENT TYPE | DESTINATION/LOCATION | FROM |
| --- | --- | --- | --- |
| 03/14/13 | NEW COMMITMENT | CFRC-MAIN | HILLSBOROUGH |
| 04/19/13 | TRANSFERRED TO | SUMTER C.I. | CFRC-MAIN |
| 09/27/13 | TRANSFERRED TO | LANCASTER C.I. | SUMTER C.I. |
| 09/27/13 | IN TRANSIT AT | CFRC-MAIN | SUMTER C.I. |
| 10/02/13 | TRANSFERRED TO | LANCASTER C.I. | CFRC-MAIN |
| 10/02/13 | IN TRANSIT AT | R.M.C.- MAIN UNIT | CFRC-MAIN |
| 10/07/13 | TRANSFERRED TO | LANCASTER C.I. | R.M.C.- MAIN UNIT |
| 10/24/13 | TRANSFERRED TO | LANCASTER W.C. | LANCASTER C.I. |
| 11/14/13 | TRANSFERRED TO | LANCASTER C.I. | LANCASTER W.C. |
| 11/15/13 | TRANSFERRED TO | LANCASTER W.C. | LANCASTER C.I. |
| 01/11/14 | TRANSFERRED TO | LANCASTER C.I. | LANCASTER W.C. |
| 03/10/14 | TRANSFERRED TO | APALACHEE EAST UNIT | LANCASTER C.I. |
| 03/10/14 | IN TRANSIT AT | R.M.C.- MAIN UNIT | LANCASTER C.I. |
| 03/11/14 | TRANSFERRED TO | APALACHEE EAST UNIT | R.M.C.- MAIN UNIT |
| 03/11/14 | IN TRANSIT AT | NWFRC ANNEX. | R.M.C.- MAIN UNIT |
| 03/13/14 | TRANSFERRED TO | APALACHEE EAST UNIT | NWFRC ANNEX. |
| 07/01/15 | EXPIRATION | HILLSBOROUGH | APALACHEE EAST UNIT |

**------------------------------------------------------------------------**
INMATE DISCIPLINARY ACTIONS AS OF 02/21/25 TIME: 08:20
*-------------------------------------------------------------------------*

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

--- LATEST INCARCERATION ---

| DATE | DAYS | VIOLATION | LOCATION |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| 05/01/13 | 0 | POSS OF WEAPONS | SUMTER C.I. |
| 05/17/13 | 0 | DEST. OF ST. PROP. | SUMTER C.I. |
| 11/12/13 | 15 | REFUSING TO WORK | LANCASTER W.C. |
| 01/06/14 | 0 | UNAUTHORIZED ABSENCE | LANCASTER W.C. |
| 01/16/14 | 15 | AGVT BTRY/ATT/INMATE | LANCASTER C.I. |
| 01/16/14 | 0 | POSS OF WEAPONS | LANCASTER C.I. |
| 03/04/14 | 0 | PART.IN DISTURBANCE | LANCASTER C.I. |
| 03/04/14 | 0 | DISOBEYING ORDER | LANCASTER C.I. |
| 06/15/14 | 0 | FIGHTING | APALACHEE EAST UNIT |
| 06/15/14 | 0 | DISOBEYING ORDER | APALACHEE EAST UNIT |
| 04/02/15 | 0 | DISOBEYING ORDER | APALACHEE EAST UNIT |

INMATE CLASSIFICATION ACTIONS AS OF 02/21/25 TIME: 08:20

THE FOLLOWING ENTRIES REFLECT CLASSIFICATION ACTIONS TAKEN REGARDING THE INMATE.

| | | --- LATEST INCARCERATION --- | |
|---|---|---|---|
| DATE | TYPE | CUSTODY | LOCATION |
| 04/01/13 | INITIAL | MINIMUM | CFRC-MAIN |
| 05/29/13 | SCHEDULE | MEDIUM | SUMTER C.I. |
| 02/01/14 | SCHEDULE | CLOSE | LANCASTER C.I. |

CONTROL RELEASE ACTIONS AS OF 02/21/25 TIME: 08:20

THE FOLLOWING ENTRIES REFLECT CONTROL RELEASE ACTIONS TAKEN BY THE FLORIDA COMMISSION ON OFFENDER REVIEW FOR THIS INMATE INCLUDING ANY ADVANCEMENTS OF THE INMATE'S CONTROL RELEASE DATE.

--- PRIOR INCARCERATION ---

| DATE | TYPE | DAYS | REASON |
|---|---|---|---|

NO CONTROL RELEASE RECORDS

OFFENDER NAMES AS OF 02/21/25 TIME: 08:20

THE FOLLOWING ENTRIES REFLECT ALL NAMES BY WHICH THE OFFENDER IS KNOWN.

| TYPE | NAME |
|---|---|
| TRUE | CHERRY, JACOB D. |
| COMMIT. | CHERRY, JOCOB D. |

| | |
|---|---|
| COMMIT. | CHERRY, JACOB D. |
| COMMIT. | CHERRY, JACOB |
| ALIAS | JAKE 1090, |
| MONIKER | KILLA SHINE, |
| MONIKER | J, |
| FDLE NM | CHERRY, JACOB D. |

**----------------------------------------------------------------------**
GAIN TIME(GT)& PROVISIONAL CREDITS(PC) AS OF 02/21/25 TIME: 08:20
*-----------------------------------------------------------------------*

THE FOLLOWING ENTRIES REFLECT ONLY THAT GT AND PC WHICH HAS BEEN USED TO COMPUTE THE INMATE'S OVERALL RELEASE DATE. NOT SHOWN IS GT AND PC PREVIOUSLY EARNED THAT DOES NOT AFFECT THE RELEASE DATES DUE TO MANDATORY TERMS, OTHER SENTENCING PROVISIONS, REVOCATIONS, OR ESCAPE CONVICTIONS.

--- LATEST INCARCERATION ---

| AWARDED | TYPE | DAYS | AWARDED | TYPE | DAYS |
|---|---|---|---|---|---|
| 03/31/13 | STP GT | 4 | | | |
| 04/30/13 | STP GT | 7 | | | |
| 06/30/13 | STP GT | 5 | | | |
| 07/31/13 | STP GT | 5 | | | |
| 08/31/13 | STP GT | 5 | | | |
| 09/30/13 | STP GT | 8 | | | |
| 10/31/13 | STP GT | 6 | | | |
| 02/28/14 | STP GT | 2 | | | |
| 04/30/14 | STP GT | 4 | | | |
| 05/31/14 | STP GT | 4 | | | |
| 07/31/14 | STP GT | 4 | | | |
| 08/31/14 | STP GT | 4 | | | |
| 09/30/14 | STP GT | 4 | | | |
| 10/31/14 | STP GT | 10 | | | |
| 11/30/14 | STP GT | 10 | | | |
| 12/31/14 | STP GT | 10 | | | |
| 01/31/15 | STP GT | 10 | | | |
| 02/28/15 | STP GT | 10 | | | |
| 03/31/15 | STP GT | 10 | | | |
| 05/31/15 | STP GT | 10 | | | |

**----------------------------------------------------------------------**
INTERNAL MOVEMENTS AS OF 02/21/25 TIME: 08:20
*-----------------------------------------------------------------------*

THE FOLLOWING ENTRIES REFLECT THE OFFENDER'S INTERNAL MOVEMENTS AND JOB ASSIGNMENTS DURING INCARCERATION

--- LATEST INCARCERATION ---

| DATE | FACILITY | HOUSING | ASSIGNMENT AM | ASSIGNMENT PM |
|---|---|---|---|---|
| 03/14/2013 | CFRC-MAIN | H1220U | RECEPTION/ORIENT | RECEPTION/ORIENT |
| 04/19/2013 | SUMTER C.I. | C1101L | RECEPTION/ORIENT | RECEPTION/ORIENT |
| 04/29/2013 | SUMTER C.I. | C1101L | EXTENDED DAY | XXX-XXXXXXXXXXX |
| 05/01/2013 | SUMTER C.I. | G1113U | CONFINEMENT-ADMI | CONFINEMENT-ADMI |

| | | | | |
|---|---|---|---|---|
| 05/10/2013 | SUMTER C.I. | G4205L | CONFINEMENT-ADMI | CONFINEMENT-ADMI |
| 05/13/2013 | SUMTER C.I. | G4211U | CONFINEMENT-ADMI | CONFINEMENT-ADMI |
| 05/21/2013 | SUMTER C.I. | G4211U | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 05/28/2013 | SUMTER C.I. | G1103S | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 06/03/2013 | SUMTER C.I. | U1202S | UNASSIGNED | UNASSIGNED |
| 06/11/2013 | SUMTER C.I. | G2102L | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 07/13/2013 | SUMTER C.I. | G2207L | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 09/06/2013 | SUMTER C.I. | D2119S | EXTENDED DAY | XXX-XXXXXXXXXXX |
| 09/09/2013 | SUMTER C.I. | G1203U | CONFINEMENT-ADMI | CONFINEMENT-ADMI |
| 09/27/2013 | CFRC-MAIN | H2117L | IN-TRANSIT | IN-TRANSIT |
| 10/02/2013 | R.M.C.- MAIN UNIT | I2204L | IN-TRANSIT | IN-TRANSIT |
| 10/05/2013 | R.M.C.- MAIN UNIT | K2215L | IN-TRANSIT | IN-TRANSIT |
| 10/07/2013 | LANCASTER C.I. | A1115L | EXTENDED DAY | EXTENDED DAY |
| 10/21/2013 | LANCASTER C.I. | B1139S | UNASSIGNED-OPEN | UNASSIGNED-OPEN |
| 10/24/2013 | LANCASTER W.C. | P2107L | UNASSIGNED-OPEN | UNASSIGNED-OPEN |
| 10/25/2013 | LANCASTER W.C. | P2107L | INSIDE GROUNDS | INSIDE GROUNDS |
| 10/28/2013 | LANCASTER W.C. | R2117S | INSIDE GROUNDS | INSIDE GROUNDS |
| 10/29/2013 | LANCASTER W.C. | R2117S | INSIDE GROUNDS | XXX-XXXXXXXXXXX |
| 11/14/2013 | LANCASTER C.I. | L11082 | UNASSIGNED-OPEN | UNASSIGNED-OPEN |
| 11/15/2013 | LANCASTER W.C. | Q2113L | INSIDE GROUNDS | XXX-XXXXXXXXXXX |
| 11/26/2013 | LANCASTER W.C. | R2126S | INSIDE GROUNDS | XXX-XXXXXXXXXXX |
| 01/11/2014 | LANCASTER C.I. | B1132S | UNASSIGNED-OPEN | UNASSIGNED-OPEN |
| 01/16/2014 | LANCASTER C.I. | L22121 | CONFINEMENT-ADMI | CONFINEMENT-ADMI |
| 01/24/2014 | LANCASTER C.I. | L42112 | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 01/31/2014 | LANCASTER C.I. | L42112 | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 02/27/2014 | LANCASTER C.I. | L42112 | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 03/10/2014 | R.M.C.- MAIN UNIT | K2208L | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 03/11/2014 | NWFRC ANNEX. | J4207L | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 03/13/2014 | APALACHEE EAST UNIT | Q1210U | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 04/19/2014 | APALACHEE EAST UNIT | Q2206U | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 06/15/2014 | APALACHEE EAST UNIT | Q1102L | CONFINEMENT-DISC | CONFINEMENT-DISC |
| 10/15/2014 | APALACHEE EAST UNIT | R4102U | RECEPTION/ORIENT | RECEPTION/ORIENT |
| 10/20/2014 | APALACHEE EAST UNIT | R4102U | UNASSIGNED-OPEN | UNASSIGNED-OPEN |
| 10/21/2014 | APALACHEE EAST UNIT | R4102U | HOUSEMAN | HOUSEMAN |
| 11/12/2014 | APALACHEE EAST UNIT | R4102U | XXX-XXXXXXXXXXX | HOUSEMAN |
| 01/06/2015 | APALACHEE EAST UNIT | R4102U | XXX-XXXXXXXXXXX | HOUSEMAN |
| 02/09/2015 | APALACHEE EAST UNIT | R4102U | XXX-XXXXXXXXXXX | XXX-XXXXXXXXXXX |
| 05/15/2015 | APALACHEE EAST UNIT | R4102U | XXX-XXXXXXXXXXX | HOUSEMAN |

# EXHIBIT C

## FLORIDA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE

Jacob D. Cherry — Lancaster Correctional Institution

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
FEB 27 2014
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Cherry | Jacob | D | C07652 | Lancaster |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

MAILED/FILED

14-6-06939

Part A – Inmate Grievance

Because I wrote a grievance explaining how I was threatened and Blackmailed By staff and how I was givin D.R.'s for no reason and a witness to two inmates Being Beaten By staff I have Been threatened even more By staff and am in fear for my own Safety. On 2/7/14 I recieved a visit from staff who told me when I leave confinement I will Be Beaten, then my food trays were givin to me missing food and ripped apart. The staff from the Main compound now have staff in confinement threatening me and taking my food. I have Been told By staff they will spray me and set me up with weapons. I have Been told if the staff cannot get to me they will send inmates to assault me. I do not know what else to do. I'm not safe in confinement or on the main compound. I dont want to Be put on protective custody Because I will still Be in this housing unit getting threatened I feel if I have a Buddie I will atleast have a witness. I will keep writing these grievances until I am helped I am unsafe at lancaster C.I. I have lancaster staff threatening to hurt me physically. I have reported and will keep reporting this to my family who will Be contacting tallahasee, I have all of the names of the staff threatening me. I am requesting to get shipped from lancaster C.I. I am not safe. I also have the date/time I was threatened and my food was taken on video in quad 4. At 11:50-12:00 I was visited/threatened. At 12:30 givin a empty tray with scraps wich was slammed into my cell I refused the tray its all on camera please help me as soon as possible I cant live here. These are the staff threatening me- Captain Sapp, Sargeant Martin, Sargeant Hodges, Sargeant Black, officer Kooi, and officer gross. Please Help me.

2/9/14
DATE

[signature] C07652
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 106 / Signature

Capt Sapp, Sgt. Martin, Sgt. Hodges, Sgt. Black 280

FILE COPY

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
FEB 11 2014
WARDEN'S OFFICE

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: (Date) Institutional Mailing Log #: 02-11-001 CF (Received By)

DISTRIBUTION: INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13) Incorporated by Reference in Rule 33-103.006, F.A.C.

# EXHIBIT D

## SCREENSHOT OF DEFENDANT'S PUBLIC RESPONSE

Response to Plaintiff's Lancaster Main-Compound Statement



Crop
@Zaychopper74 • 1 day ago
Naw fr g😂😂
1
@WorldCupWillie • 1 day ago
Jacob has empathy because Wes and Jake are both insecure and lied about their prison experiences.
Wes didn't do any time in California. Only a mid level institution out of state.
Jacob only did 8 days on the main compound at Lancaster but somehow has 50 different violent stories 😂😂
5
@762dreams • 1 day ago
On God
1
@EndOfSentence • 1 day ago
@WorldCupWillie Homie you do realize I did however many days before I was sent to the workcamp because I only had 3yrs? Then I went back to the main compound and finished my last year at Apalachee? Stop spreading BS
5
@WorldCupWillie • 1 day ago
@EndOfSentence we've seen the

# EXHIBIT E

## FDC PUBLIC RECORDS REQUEST MESSAGES

Request No. I048390-120325

# I048390-120325 - Inmate Records Request

## Message History (3)

On 12/31/2025 2:35:47 PM, Florida DOC Public Records Portal wrote:

**Subject:** Florida Department of Corrections Inmate Records Request :: I048390-120325
**Body:**

FLORIDA DEPARTMENT OF CORRECTIONS

GOVERNOR
RON DESANTI

SECRETARY
RICKY DIXON

RE: PUBLIC RECORDS REQUEST of December 03, 2025, Reference # I048390-120325.

Dear ,

The Florida Department of Corrections received a public information request from you on December 03, 2025. Your request mentioned:

**"I would like to request a copy of the investigative summary as well as any disciplinary report related to the assault/battery of inmate Jacob Cherry while housed in this facility between 10/02/2013 & 10/05/2013. I would also like to request any and all investigation and disciplinary reports received by this inmate while at this facility as well as all and any inmate requests for protection made by this inmate."**

The Florida Department of Corrections has reviewed its files and has located responsive records to your request. Please log in to the public records portal to retrieve the appropriate responsive documents.

Inmate Records Request - I048390-120325

Sincerely,

Lucy Dangerfield
Government Operations Consultant I
Public Records Unit

On 12/3/2025 8:56:09 AM, Florida DOC Public Records Portal wrote:

# FLORIDA DEPARTMENT OF CORRECTIONS

Dear :

Thank you for your interest in public records of Florida Department of Corrections. Your request has been received and is being processed. Your request was received in this office on 12/3/2025 8:56:06 AM and given the reference number I048390-120325 for tracking purposes.

**Records Requested:** I would like to request a copy of the investigative summary as well as any disciplinary report related to the assault/battery of inmate Jacob Cherry while housed in this facility between 10/02/2013 & 10/05/2013. I would also like to request any and all investigation and disciplinary reports received by this inmate while at this facility as well as all and any inmate requests for protection made by this inmate.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Florida Department of Corrections Public Records Portal.

Florida Department of Corrections

---

To monitor the progress or update this request please log into the Florida Department of Corrections Public Records Portal at https://floridadoc.govqa.us/WEBAPP/.

---

Track the issue status and respond at: [redacted]48390

On 12/3/2025 8:56:08 AM, [redacted] wrote:

Request Created on Public Portal

# EXHIBIT F

## FDC RESPONSIVE RECORDS

Records Produced in Response to Request No. I048390-120325

*FLORIDA DEPARTMENT OF CORRECTIONS*

## *Case Master Report 14-2751*

Date Initiated 03/05/2014

| **Warning** |
|---|
| **Contains entities exempt from disclosure** |

| **Primary Information** | |
|---|---|
| OFFICE: | **OFFICE OF THE INSPECTOR GENERAL** |
| BUREAU: | **ADMINISTRATIVE** |
| DIVISION: | **ADMIN NORTH** |
| DISTRICT: | **ADMIN REGION 1** |
| FIELD OFFICE: | **ADMIN FIELD OFFICE 1** |
| Lead LEO: | **GLISSON, DEAN ([redacted] / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Type Of Case: | **USE OF FORCE** |
| Case Sub Type: | **REACTIONARY** |
| Case Description: | **UOF MINS #542156 / 281 LANCASTER C.I. / [redacted] QUELL A DISTURBANCE** |
| Case Priority: | **USE OF FORCE - 15 DAYS** |

| **Case Status** | |
|---|---|
| Case Status: | **CLOSED** |
| Case Status Date: | **04/21/2014** |
| Disposition Code: | **UOF - APPROVED** |
| Disposition Date: | **04/21/2014** |
| Dissemination: | **SYSTEM WIDE** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

*OFFICE OF THE INSPECTOR GENERAL - DC*

# *USE OF FORCE 14-2751*

Report Date: 03/04/2014

| **Warning** |
|---|
| **Contains entities exempt from disclosure** |

**Primary Information**

| | |
|---|---|
| Incident Type: | **[redacted] - QUELL A DISTURBANCE** |
| Reporting LEO: | **JEMPSON, KAREN LAURA ([redacted] / FIELD OFFICE 06 / OFFICE OF THE INSPECTOR GENERAL - DC)** |
| Report Status: | **Approved** |
| Report Status Date: | **04/22/2014** |
| Approved By: | **STEVENS, ROBERT S ([redacted] / USE OF FORCE / FLORIDA DEPARTMENT OF CORRECTIONS)** |

**Addresses**

| Relationship | Address |
|---|---|
| **LOCATION OF INCIDENT (INSTITUTION/OFFICE)** | **3449 SW STATE ROAD 26 #281 LANCASTER CI MAIN UNIT, TRENTON, FLORIDA 32693-5641 UNITED STATES** |

**Subjects**

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| **COMPLAINANT - EXEMPT** | **RILEY, KEVIN P (DC SWORN)** | **44 yr. old, WHITE, MALE** | [redacted] |
| **SUBJECT** | **CHERRY, JOCOB D (INMATE/PROBATIONER)** | **19 yr. old, WHITE, MALE** | **08/29/1994** |
| **PARTICIPANT - EXEMPT** | **WORLEY, CHRISTOPHER B (DC SWORN)** | **37 yr. old, WHITE, MALE** | [redacted] |

**Analysis Information**

| | |
|---|---|
| Sick Or Injured: | [redacted] |
| Suspicious P/V: | **NO** |
| Marchman Act: | [redacted] |
| Disturbance: | **NO** |
| Alarm: | **NO** |
| Baker Act: | [redacted] |

**Event #1 - ROBERT STEVENS**

***Event Information***

| | |
|---|---|
| Date: | **03/11/2014 10:00** |
| Description: | **ROBERT STEVENS** |
| Type: | **RECEIVED IN UOF UNIT** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

PREPARED BY: [redacted] WORLEY, CHRISTOPHER B. INCIDENT NUMBER: 0000542156
INCIDENT TYPE: [redacted] QUELL A DISTURBANCE STATUS OF INCIDENT: USE OF FOR
REPORT DATE: 03/04/2014 REPORT TIME: 17:50
INCIDENT DATE: 03/04/2014 INCIDENT TIME: 14:40
REPORT LOCATION: 281 LANCASTER C.I. REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 03/04/2014
IG NUMBER: 14-2751 UOF NUMBER:
IG ASSIGNED: DATE IG ASSIGNED: 03/05/2014
INCIDENT LOCATION: 63 CONFINEMENT DAY CODE: 2 SHIFT CODE: 5
INJURIES: [redacted] STG/STI INVOLVEMENT: [redacted] PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y CONFIDENTIAL: N INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N CHEMICAL AGENTS USED: Y
WEAPONS USED: N
DORM/WING/FLOOR/CELL/BED: L-4-2-11-1 SPONTANEOUS UOF: N
FORCE TYPE: PHY: N CHM: Y MED RSTR: [redacted] VIDEO: HANDHELD: Y WING: Y

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|---|---|---|---|---|---|
| COMPLAINANT (S) | | | | | |
| RILEY, KEVIN P. | CORRECTIONAL OFFICER LI | [redacted] | 1 | 1 | [redacted] |
| PARTICIPANT (S) | | | | | |
| WORLEY, CHRISTOPHER | CORRECTIONAL OFFICER SE | [redacted] | 1 | 1 | [redacted] |
| SUBJECT (S) | | | | | |
| CHERRY, JACOB D. | ACTIVE INMATE | 08/29/1994 | 1 | 1 | C07652 |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
|---|---|---|---|---|

[redacted]

DESCRIPTION OF INCIDENT:

ON DECEMBER 27, 2013 SERGEANT WORLEY WAS ASSIGNED AS CONTROL ROOM SUPERVISOR. AT APPROXIMATELY 1430 HOURS, SERGEANT WORLEY WAS ADVISED BY LIEUTENANT RILEY TO REPORT TO L-DORM IN REFERENCE TO AN INMATE BEING DISRUPTIVE. SERGEANT WORLEY REPORTED TO L-DORMITORY AND LIEUTENANT RILEY ADVISED SERGEANT WORLEY THAT INMATE CHERRY HOUSED IN CELL L-4211 WAS BEING DISRUPTIVE BY KICKING HIS CELL DOOR AND YELLING INTO THE CONFINEMENT WING. INMATE CHERRY HAD REFUSED ALL ORDERS TO CEASE HIS DISTURBANCE OF THE CONFINEMENT HOUSING UNIT AND AUTHORIZATION HAD BEEN OBTAINED TO UTILIZE CHEMICAL AGENTS OLEORESIN CAPSICUM. LIEUTENANT RILEY VERIFIED SERGEANT WORLEY'S CHEMICAL AGENT CERTIFICATION CARD, IN WHICH HE HAS A CERTIFIED, EXPIRATION DATE: OCTOBER 2014. AT APPROXIMATELY 1440 HOURS, LIEUTENANT RILEY AND SERGEANT WORLEY APPROACHED CELL L-4211 HOUSED BY INMATE CHERRY. AT THIS TIME PER LIEUTENANT RILEY'S ORDER AND UNDER HIS DIRECT SUPERVISION

SERGEANT WORLEY ADMINISTERED (3) ONE SECOND BURSTS OF MK-9 [redacted] OLEORESIN CAPSICUM HIGH VOLUME FOGGER, CANISTER #[redacted] INTO CELL L-4211 STRIKING INMATE CHERRY IN THE UPPER TORSO AREA. AT APPROXIMATELY 2:46, INMATE CHERRY BECAME COMPLIANT WITH ORDERS GIVEN TO HIM AND ALL FORCE BY SERGEANT WORLEY CEASED. INMATE CHERRY WILL REMAIN IN DISCIPLINARY CONFINEMENT PENDING DISCIPLINARY CHARGE 2-3 CREATING A MINOR DISTURBANCE.

*FLORIDA DEPARTMENT OF CORRECTIONS*

## *Case Master Report 14-7574*

Date Initiated 06/16/2014

| **Warning** |
|---|
| **Contains entities exempt from disclosure** |

| **Primary Information** | |
|---|---|
| OFFICE: | **OFFICE OF THE INSPECTOR GENERAL** |
| BUREAU: | **HEADQUARTERS** |
| DIVISION: | **HEADQUARTERS** |
| DISTRICT: | **OPERATIONS - UOF** |
| FIELD OFFICE: | **USE OF FORCE** |
| Lead LEO: | **MURPHY, PAMELA C. ([redacted] / USE OF FORCE / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Type Of Case: | **USE OF FORCE** |
| Case Sub Type: | **REACTIONARY** |
| Case Description: | **UOF / MINS# 560032 / (102) ACI EAST / [redacted] PHYSICAL RESISTANCE TO LAWFUL COMMAND** |
| Case Priority: | **USE OF FORCE - 15 DAYS** |

| **Case Status** | |
|---|---|
| Case Status: | **CLOSED** |
| Case Status Date: | **07/28/2014** |
| Disposition Code: | **UOF - APPROVED** |
| Disposition Date: | **07/28/2014** |
| Dissemination: | **SYSTEM WIDE** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

# OFFICE OF THE INSPECTOR GENERAL - DC

## USE OF FORCE 14-7574

Report Date: 06/16/2014

| Warning |
|---|
| **Contains entities exempt from disclosure** |

### Primary Information

| | |
|---|---|
| Incident Type: | [redacted] - PHYSICAL RESISTANCE TO A LAWFUL COMMAND |
| Occurrence From: | 06/15/2014 00:27 |
| Occurrence To: | 06/15/2014 00:27 |
| Reporting LEO: | SEABROOKS, ROSA L. ([redacted] / ADMIN FIELD OFFICE 2 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Report Status: | Approved |
| Report Status Date: | 07/28/2014 |
| Approved By: | MURPHY, PAMELA C. ([redacted] / USE OF FORCE / FLORIDA DEPARTMENT OF CORRECTIONS) |

### Addresses

| Relationship | Address |
|---|---|
| LOCATION OF INCIDENT (INSTITUTION/OFFICE) | 35 APALACHEE DRIVE #102 APALACHEE EAST UNIT, SNEADS, FLORIDA 32460 UNITED STATES |

### Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| COMPLAINANT - EXEMPT | CAPERS, JOHN M (DC SWORN) | 37 yr. old, WHITE, MALE | [redacted] |
| SUBJECT | CHERRY, JOCOB D (INMATE/PROBATIONER) | 19 yr. old, WHITE, MALE | 08/29/1994 |
| SUBJECT | WELCH, JASON D (INMATE/PROBATIONER) | 25 yr. old, WHITE, MALE | 01/29/1989 |

### Analysis Information

| | |
|---|---|
| Sick Or Injured: | [redacted] |
| Suspicious P/V: | NO |
| Marchman Act: | [redacted] |
| Disturbance: | NO |
| Alarm: | NO |
| Baker Act: | [redacted] |

### Documents

| Document |
|---|
| MINS 560032 |

### Event #1 -

*Event Information*

| | |
|---|---|
| Date: | 07/02/2014 10:00 |
| Type: | RECEIVED IN UOF UNIT |
| Observed By: | MURPHY, PAMELA C. ([redacted] / INTAKE / FLORIDA DEPARTMENT OF CORRECTIONS) |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

06/16/2014 FLORIDA DEPARTMENT OF CORRECTIONS PAGE:
[redacted] MINS INCIDENT REPORT TIME 10:0

PREPARED BY: DOLAN, CHRISTIE M.
INCIDENT TYPE: [redacted] PHYSICAL RESIST.TO LAWFUL
REPORT DATE: 06/16/2014
INCIDENT DATE: 06/15/2014
REPORT LOCATION: 102 APALACHEE EAST UNIT
DATE REPORTED TO MANAGEMENT: 06/15/2014
IG NUMBER:
INCIDENT LOCATION: 63 CONFINEMENT
INJURIES: [redacted] STG/STI INVOLVEMENT: [redacted]
USE OF FORCE: Y CONFIDENTIAL: N
ELECTRONIC RESTRAINING DEVICES: N
WEAPONS USED: N
DORM/WING/FLOOR/CELL/BED: Q-2-2-06-
FORCE TYPE: PHY: N CHM: Y MED RSTR: [redacted]

INCIDENT NUMBER: 0000560032
STATUS OF INCIDENT: **UF**
REPORT TIME: 09:37
INCIDENT TIME: 00:27
REPORT REGION: 1
UOF NUMBER:**14-7574**
DAY CODE: 7 SHIFT CODE: 6
PHYSICAL EVIDENCE RECOVERED: N
INCIDENT VIDEO TAPED: Y
CHEMICAL AGENTS USED: Y
SPONTANEOUS UOF: Y
VIDEO: HANDHELD: Y WING: Y

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|---|---|---|---|---|---|
| COMPLAINANT (S) | | | | | |
| CAPERS, JOHN M. | CORRECTIONAL OFFICER CA | [redacted] | 1 | 1 | [redacted] |
| PARTICIPANT (S) | | | | | |
| WILLIAMS, KENNETH A. | CORRECTIONAL OFFICER | [redacted] | 1 | 1 | [redacted] |
| SUBJECT (S) | | | | | |
| CHERRY, JACOB D. | ACTIVE INMATE | 08/29/1994 | 1 | 1 | C07652 |
| WELCH, JASON D. | ACTIVE INMATE | 01/29/1989 | 1 | 1 | T52484 |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
|---|---|---|---|---|

DESCRIPTION OF PHYSICAL EVIDENCE:
FIXED AND HAND HELD VIDEO FOOTAGE ON DVD'S

[redacted]

DESCRIPTION OF INCIDENT:
OFFICER KENNETH WILLIAMS WAS MAKING A ROUTINE ROUND IN Q2-DORMITORY. AT THAT TIME, HE OBSERVED INMATE CHERRY, JACOB DC# C07652 AND INMATE WELCH, JASON DC# T52484 ENGAGED IN MUTUAL COMBAT, STRIKING EACH OTHER ABOUT THE HEADS AND UPPER TORSOS WITH CLOSED FISTS IN THEIR ASSIGNED CELL Q2-206. INMATES CHERRY AND WELCH REFUSED ALL VERBAL ORDERS TO CEASE THEIR ACTIONS. OFFICER WILLIAMS SPONTANEOUSLY ADMINISTERED CHEMICAL AGENTS TO THE PERSONS OF INMATES

CHERRY AND WELCH. ONE APPLICATION OF CHEMICAL AGENTS WAS USED IN ORDER TO CEASE THEIR ACTIONS. POST USE OF FORCE DOCUMENTATION WAS INITIATED AND POST USE OF FORCE PROCEDURES COMMENCED.

ACTION TAKEN:

INMATES WELCH AND CHERRY WERE RESTRAINED, REMOVED FROM THE CELL, AND ESCORTED TO INDIVIDUAL SHOWER CELLS WHERE THEY WERE SECURED WITHIN. INMATES CHERRY AND WELCH WERE DECONTAMINATED VIA COOL WATER SHOWER, ISSUED CLEAN CLOTHING, AND WERE SECURED IN CLEAN, DECONTAMINATED CELLS. INCIDENT, UOF, AND DISCIPLINARY REPORTS WERE SUBMITTED. DUTY WARDEN, AWO LOLLIE, WAS NOTIFIED AS WAS EAC DUTY OFFICER SNOW ISSUING REFERENCE # EAC-2014-06-12492.

# EXHIBIT G

## FLORIDA DEPARTMENT OF CORRECTIONS
## WITNESS STATEMENT

Statement Attributed to Jacob Cherry

State of Florida | **Witness Statement** Log # 281-140097 | **Department of Corrections**

**I. Identifying Inmate Information**

DC # C07652 Inmate Name Cherry, Jacob

Violation Code and Short Title 1-10 aggrav Battery

Use of Force # ______

Date Report Written 1-16-14

**II. Witness**

☐ Staff Member: Name and Position ______

☐ Other Individual: Name ______

☒ Inmate: DC # C07652 Name Cherry Jacob

**III. Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature ______ Date ______

Signature of Investigating Officer ______ Date ______

**IV. Statement**

In the morning at 6:00am I was sitting in count position when I was hit twice in my head with a rock in a sock, I balled up and waited for the officers to come in.

Witness- Rashad Hart [redacted]

Witness Signature [signature] Date 1-20-14

Signature of Investigating Officer [signature] Date 1-20-14

# EXHIBIT H

## FLORIDA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE

Statement Attributed to Jacob Cherry

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Last | First | Middle Initial | DC Number | Institution |
|---|---|---|---|---|
| Cherry | Jacob | D | C07652 | Lancaster |

Part A – Inmate Grievance

On 1-16-14 I was sitting on my Bunk when inmate Jimmy Horey, K08763 hit me with a rock and sock on my head. This was during morning shift change. The officer came in and cuffed him He then checked all the inmates and found Mark Chery was also assaulted. More staff came and then cuffed me, mark chery, and Jerry Lewis. We were all takin to the Back room of B-dorm. Inmates Horey, and Lewis were said to Be the 2 assaulters and me and Mark Chery the victims. I then witnessed sargent Martin Start Beating Inmate Jerry Lewis. Eventually sargent Martin, captain Supp, officer Kooi, and a few other officers that were called for emergency traffic Beat inmate Lewis and inmate Horey. Captain Supp then told us "I dont care who did what all of you are getting charges if you write anything But what I say we'll Beat your fuckin ass till you need to goto the hospital."
I was then forced to write that I was assaulted and "fought Back" in self defense wich is untrue. officer Kooi who wrote me 2 D.R.'s (poss. of weapon/Asslt on Inmate) lied in Both statements. He says he witnessed me assaulted with a lock tied to a sock, and says I stuck another Inmate with a rock in my hand. I was clearly hit with a rock wich Broke off of my head into 2 pieces and spread peBBles of asphault all over my property. I am a Victim in this case, I was assaulted By an inmate then threatened and Blackmailed By Staff. This is the second greivance ive written I Believe the first was thrown out By an officer, I have informed my family who will Be contacting tallahasee for an investigator and getting a lawyer if Im not released from confinement I have Been assaulted, threatened, and Blackmailed and am pending CM for charges I never committed please help me, Thank you.

1/ /14 [signature] C07652

DATE SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____
\# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
FEB 04 2014
WARDEN'S OFFICE

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: FEB 04 2014 (Date) Institutional Mailing Log #: 1402-281-007 CF (Received By)

DISTRIBUTION: INSTITUTION/FACILITY ~~INMATE (2 Copies)~~ INMATE'S FILE INSTITUTIONAL GRIEVANCE FILE

~~050~~ 10A

CENTRAL OFFICE INMATE INMATE'S FILE - INSTITUTION/FACILITY CENTRAL OFFICE INMATE FILE CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13) Incorporated by Reference in Rule 33-103.006, F.A.C.

# EXHIBIT I

## POLICE REPORT

Report No. 2012-063561

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

## General Offense Information

Operational status **CLEARED BY ARREST**
Reported on: **Oct-01-2012 (Mon.) 2128**
Occurred between: **Oct-01-2012 (Mon.) 1015** and **Oct-01-2012 (Mon.) 2115**
Approved on: **Oct-0**[redacted]
Report submitted by [redacted]
Org unit: **Night Pat**[redacted]
Address: [redacted]
Municipality: **HILLSBOROUGH COUNTY**
District. **D1** Beat. **A02** Grid. **HS3242**
Felony/Misdemeanor. **FELONY**
Bias **None (no bias)**
Value loss **$8,330.00** Value recovered **$4,150.00**
Special study **Other - Firearms**
Gang involvement: **None/Unknown**
Family violence: **NO**

**Victim Information**
**F.S. 119.071(2)(i)(j); 794.024**

## Offenses (Completed/Attempted)

Offense: # 1 **BURGLARY-5 BURGLARY - ARMED - COMPLETED**
Location: **Residence/Home (Mobile homes, apartments, condos, nursing homes)**
Offender suspected of using: **Not Applicable**

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

## Related Image - Property Receipts

Attachment Description.
Reference Number

**Victim Information**
**F.S. 119.071(2)(i)(j); 794.024**

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
**PROPERTY RECEIPT**

☐ Confidential
PAGE ___ OF ___

Case Number: 12-506276
Event Number:

Type of Incident: BURGLARY

Type of Property (Check One): ☐ Lost/Found/Abandoned Property ☒ Evidence/Safekeeping ☐ Homicide ☐ Vehicle Impound ☐ Seizure/Forfeiture

Evidence Use Only

[redacted]

Impound Date: 10 | 02 | 12 | Time: 1509 | Inventory Number:

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other. | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | N/A | | | | |
| Residence | | | | Residence Phone | |
| # | ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other | Race | Sex | Age | DOB |
| Residence | | | | Residence Phone | |

| Evidence Use Only | Item # | Qty/Wgt | Description (Make, Model Serial #, etc.) Complete Reverse For Firearms, Bicycles, and Vehicles) |
|---|---|---|---|
| | 1 | 1 | SWAB |
| | 2 | 1 | CONTROL |
| | | | —— LAST ITEM —— |

Citizen Use

Int — I hereby acknowledge that the above list represents all the property taken from my possession and that I have received a copy of this receipt.

Int — The property turned in by me to the Sheriff is not mine and I claim no interest in it.

Print Name / Date / Signature

| Impounding Officer (Print Name) | PID/SQD/DIST | Signature | Date |
|---|---|---|---|
| J. HERBERT | 81205/104/D1 | [signature] | 10/2/12 |

| Item# | Received By | PID | | Purpose | Received Date/Time |
|---|---|---|---|---|---|
| 1-2 | D WATSON | 3780 | ☒ Sealed ☐ Open | E/S | 10-3-12 / 0235 |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |

3030 Rev 1/05

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

## Related Image - Property Receipts

Attachment Description.
Reference Number·

**Victim Information**
**F.S. 119.071(2)(i)(j); 794.024**

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
**PROPERTY RECEIPT**

☐ Confidential
PAGE ____ OF ____

Case Number: 12-506276
Event Number:

Type of Incident: Burglary

Type of Property (Check One): ☐ Lost/Found/Abandoned Property ☒ Evidence/Safekeeping ☐ Homicide ☐ Vehicle Impound ☐ Seizure/Forfeiture

Evidence Use Only:

Exact location where property was impounded: [redacted]

Impound Date: 10 1 12 Time: 2300 Inventory Number: 580859

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☒ Other | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | Dep. Herbert | | | | |

Residence: HCSO # 81205 Residence Phone:

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | | | | | |

Residence: Residence Phone:

| Evidence Use Only | Item # | Qty/Wgt | Description (Make, Model, Serial #, etc.) Complete Reverse For Firearms, Bicycles, and Vehicles) |
|---|---|---|---|
| | 1 | 1 | possible touch DNA swab from ext sliding door to bedroom (LODIS) |
| | 2 | 1 | possible touch DNA swab from ext sliding door to bedroom (CODIS) |
| | 3 | 1 | possible touch DNA swab from attic ladder (LODIS) |
| | 4 | 1 | possible touch DNA swab from attic ladder (CODIS) |
| | 5 | 1 | possible touch DNA swab from dresser / jewelry box (LODIS) |
| | 6 | 1 | possible touch DNA swab from dresser / jewelry box (CODIS) |
| | 7 | 1 | possible touch DNA swab from patio screen door (LODIS) |
| | 8 | 1 | possible touch DNA swab from patio screen door (CODIS) |
| | | | — LAST ITEM ---- |
| | | | |
| | | | |
| | | | |
| | | | |

Citizen Use

☐ Int — I hereby acknowledge that the above list represents all the property taken from my possession and that I have received a copy of this receipt.

☐ Int — The property turned in by me to the Sheriff is not mine and I claim no interest in it.

Print Name ____ Date ____

Signature ____

| Jacob Becker | 208463 / 535 | Jacob Becker (signature) | Oct 1, 2012 |
|---|---|---|---|
| Impounding Officer (Print Name) | PID/SQD/DIST | Signature | Date |

| Item# | Received By | PID | | Purpose | Received Date/Time |
|---|---|---|---|---|---|
| 1-8 | (signature) | 4999 | ☒ Sealed ☐ Open | EC | 10/2/12 / 0105 |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |

3030 Rev 01/05

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

GO# HS 2012-506276 CLEARED BY ARREST — BURGLARY-5 BURGLARY - ARMED

## Related Image - Criminal Report Affidavit

Attachment Description.
Reference Number

Use Ballpoint Pen Press Firmly — 1 of 2

**CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR** — 1878288 — GRID # 3242

COURT CASE/ J.F ID # ______ BAO # ______ OBTS # ______

AGENCY REPORT # 12-506276 AGENCY NAME HCSO ORI # FL0290000
LOCATION OF OFFENSE ~~[illegible]~~ 6x4 SUNSET POINT CT LUTZ, FL — DATE OF OFFENSE 10/01/12 — TIME OF OFFENSE 1015-2115
WITHIN: TAMPA ☐ PLANT CITY ☐ TEMPLE TERRACE ☐ UNINCORPORATED AREA ☒ SUPPLEMENTAL CRA ATTACHED ☐
COURT: TAMPA COURT ☒ PLANT CITY CT ☐
LOCATION OF ARREST 3105 N ARMENIA # 8, TAMPA, FL — DATE OF ARREST 10/02/12 — TIME OF ARREST 2122
BOOKING # ______ SOID # ______ WEAPON TYPE N/A — WEAPON SEIZED Yes ☐ No ☒

ARREST: ☒ Probable Cause ☒ Adult ☐ Capias ☐ Juvenile ☐ Fugitive Warrant ☐ Delinquency ☐ VOP/VOCC ☐ Dependency ☐ Warrant ☒ Felony ☐ Juvenile Pickup ☐ Misdemeanor ☐ Traffic MISD
REQUEST FOR: ☐ Direct File/BAO Review ☐ Traffic FEL ☐ Ordinance ☐ Warrant ☐ Pickup ☐ Summons ☐ Other ☐ Juvenile Pickup
NOTICE TO APPEAR: ☐ Arresting officer ☐ Booking supervising officer

NAME SANDERS TYRELL LAMONT (Last, First, Middle) ALIAS ______
RACE: W-White I-American Indian/Alaskan Native HW-Hispanic White HB-Hispanic Black B-Black O-Oriental/Asian
Race B SEX M D.O.B 12 / 23 / 1993 — 18 (APPROXIMATE AGE)
COMPLEXION DRK BUILD THIN — HEIGHT 600 WEIGHT 170 — COLOR: EYES BRN HAIR BLK
LOCAL ADDRESS (Street, Apt. #, City, State, Zip) 3105 N ARMENIA #8 TAMPA FL — Ph # ______
Permanent Address (Street, Apt. #, City, State, Zip) SAME AS LOCAL — Ph # ______
Business Address (Street, Apt. #, City, State, Zip) DUNKIN DONUTS 1930 DALE MABRY TAMPA — Ph # 673 8676
Driver's License No S536 812 93 463 0 — State FL — SS [redacted] — PLACE OF BIRTH FL — DOC # ______

Social security number. F.S. 119.071(5)(a).

Gang Member: Yes ☐ No ☒ Gang Name ______
SCARS, MARKS, TATOOS, UNIQUE FEATURES (Loc., Type, Desc.) NONE
IF JUVENILE: School Name ______
Mother/Guardian N/A Address ______ Ph # ______
Father/Guardian ______ Address ______ Ph # ______
Released To: JAC ☐ Parent ☐ Guardian ☐ Other Relationship ☐ ______ ☐ Other ______

Co-Defendant (Last, First, Middle ______ Sex ____ Race ____ DOB ______
Arrested ☐ At Large ☐ Capias/Warrant Requested ☐ Felony ☐ Misdemeanor ☐ Juvenile ☐
Co-Defendant (Last, First, Middle ______ Sex ____ Race ____ DOB ______
Arrested ☐ At Large ☐ Capias/Warrant Requested ☐ Felony ☐ Misdemeanor ☐ Juvenile ☐

| STATUTE (subsec.) / ORD # | DV | CP | CHARGE STATUS | BOND SET | CHARGE | TRAFFIC CITATION # | DRUG ACT/TYPE |
|---|---|---|---|---|---|---|---|
| 812.014(2)(c)2 | N | N | F | | GRAND THEFT > 5,000 | N | N/N |
| 812.014(2)(c)5 | N | N | F | | GRAND THEFT FIREARM X15 | N | N/N |
| 810.02 (2)(b) | N | N | F | | ARMED BURGLARY | N | N/N |
| | | | | | | | |

CHARGE STATUS: F-Felony M-Misdemeanor T Traffic O-Ordinance FT-Felony Traffic DV-Domestic Violence CP-Child Present
ACTIVITY: N-N/A P-Possess S-Sell B-Buy T-Traffic R-Smuggle D-Deliver E-Use K-Dispense/Distribute M-Manufacture/Produce/Cultivate Z-Other
Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv P-Paraphernalia/Equipment S-Synthetic U-Unknown Z-Other

A LIST OF TANGIBLE EVIDENCE (If none, write "None") (Evidence List must be provided for all NOTICES TO APPEAR)

| DESCRIPTION/AMOUNT PER UNIT | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
|---|---|---|---|
| SEE ORIGINAL REPORT | | | |
| | | | |

Mandatory Appearance in Court ☐ — You need not appear in Court, but must comply with instructions on Reverse Side. ☐
COURT INFORMATION: You must appear in County Court at the:
COURTHOUSE TOWER ANNEX, 801 E. TWIGGS STREET ☐ (Corner of Jefferson & Twiggs Street), TAMPA, FLORIDA 33602 — COUNTY OFFICE BUILDING, MICHIGAN & REYNOLDS STREET ☐ PLANT CITY, FLORIDA 33566
Division ______ COURTROOM # ______ ON ______ 20____, AT ______ a.m. ☐ p.m. ☐

I agree to appear at the time and place designated above to answer for the offense(s) charged or to pay the fine subscribed. I understand that if I willfully fail to appear before the Court as required by the Notice to Appear, I may be held in contempt of Court and a warrant for my arrest shall be issued. You may also be charged with the crime of Failure to Appear, F.S. 843.15. I certify that my address as listed above is correct and I further understand that I have a continuing duty to advise the Court of any changes in my address as set forth above.

Signature of Defendant/Juvenile ______ Parent or Guardian (if juvenile) ______

White Clerk of Court — Green - State Attorney — Canary Arresting Agency — Pink Central Booking/Detention Center — Goldenrod - Defendant

(Notice to appear ONLY)
DEFENDANT'S
RIGHT
THUMBPRINT AND/OR PHOTOGRAPH SUGGESTED

Arresting Agency

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

AGENCY REPORT # 12-506276 2 of 2 AGENCY NAME H.C.S.O. 1878288

State facts to establish probable cause that a crime was committed by the defendant or that the child is dependent: ON 10/01/12 BETWEEN 1015 AND 2015 HOURS THE DEFENDANT ENTERED THE VICTIM'S RESIDENCE, THROUGH THE REAR DOOR, WITHOUT PERMISSION AND TOOK FIFTEEN FIREARMS, MISC JEWELRY, AND APPROXIMATELY SIX HUNDRED DOLLARS IN CHANGE (U.S CURRENCY) WITHOUT PERMISSION. ENTRANCE INTO THE RESIDENCE WAS MADE BY CUTTING THE SCREEN ON THE POOL AREA. THE TOTAL VALUE OF THE ITEMS TAKEN IS APPROXIMATELY EIGHT THOUSAND THREE-HUNDRED AND THIRTY DOLLARS ($8,330.00 U.S CURRENCY). SUBSEQUENT TO ARREST BY THE TAMPA POLICE DEPT ON 10/02/12 AT APPROX 2122, TWO SERIALIZED HANDGUNS FROM THE VICTIMS RESIDENCE WERE DISCOVERED IN THE POSSESSION OF THE DEFENDANT. (TPD CASE 12-552054)

THE DEFENDANT WAS ID'D VIA FL DL. THIS OCCURRED WITHIN HILLSBOROUGH CO FL

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27. $ ____

OFFICER ____
I.D. # ____ Dist. & Squad ____

SWORN TO AND SUBSCRIBED BEFORE ME THIS ____ DAY OF ____, 2012

Signature of Person Authorized to Administer Oath

POLICE REPORT WRITTEN: Yes ☒ No ☐
OFFICER FTC C. FISHER I.D. # 167433 Dist & Squad 1/180

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED

Affiant Signature
Affiant Print/Type Name CHRISTOPHER FISHER

I am the Victim ☐ Contact person for the victim ☐ or, Next of Kin of the victim ☐ in a Homicide ☐ Sexual Offense ☐ Stalking ☐ Domestic Violence ☐ Child Abuse ☐ (Including Attempts) Other ☐ ____
I wish to be notified if the defendant is released from jail. Yes ☐ No ☐

NAME ____ Last ____ First ____ Middle ____ Phone ____ (area code) phone - number

Address ____ Street ____ Apt # ____ City, State, Zipcode

VICTIM'S SIGNATURE ____ DATE ____ PIN # ____

### ARRESTING AGENCY

SAO FORM-425, 10/03

WITNESS STATUS: ☐ V-VICTIM ☐ C-Complainant ☐ W-All Other Witnesses ☐ Check if Witness Was Sworn

1878288

☒ V WILLIAMS TROY W M [redacted]

[redacted]

☐ STATUS Last First Middle Race Sex Date of Birth
Home Address (Street, Apartment Number)
Business Address (Street, Apartment Number)

Victim Information
F.S. 119.071(2)(i)(j); 794.024

☐ STATUS Last First Middle Race Sex Date of Birth
Home Address (Street, Apartment Number)
Business Address (Street, Apartment Number)

☐ STATUS Last First Middle Race Sex Date of Birth
Home Address (Street, Apartment Number) City State Zipcode Phone
Business Address (Street, Apartment Number) City State Zipcode Phone

☐ STATUS Last First Middle Race Sex Date of Birth
Home Address (Street, Apartment Number) City State Zipcode Phone
Business Address (Street, Apartment Number) City State Zipcode Phone

☐ STATUS Last First Middle Race Sex Date of Birth
Home Address (Street, Apartment Number) City State Zipcode Phone
Business Address (Street, Apartment Number) City State Zipcode Phone

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

# Related Image - Criminal Report Affidavit

Attachment Description: Victim Information
Reference Number: F.S. 119.071(2)(i)(j); 794.024

Use Ballpoint Pen Press Firmly

1 of 3

**CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR**

1767439

GRID # 3242

COURT CASE/ JF ID # ______ SAO # ______ OBTS # ______

AGENCY REPORT # 12-506276 AGENCY NAME HCSO ORI # FL0290000

LOCATION OF OFFENSE [redacted] DATE OF OFFENSE 10/1/12 TIME OF OFFENSE 1015-2115

WITHIN: TAMPA ☐ PLANT CITY ☐ TEMPLE TERRACE ☐ UNINCORPORATED AREA ☒ SUPPLEMENTAL CRA ATTACHED ☐

COURT: TAMPA COURT ☒ PLANT CITY CT ☐

LOCATION OF ARREST FALKENBURG RD JAIL TAMPA FL DATE OF ARREST 10/12/12 TIME OF ARREST ______

BOOKING # ______ SOID # ______ WEAPON TYPE NA WEAPON SEIZED Yes ☐ No ☒

ARREST: ☒ Probable Cause ☒ Adult ☐ Capias ☐ Juvenile ☐ Fugitive Warrant ☐ Delinquency ☐ VOP/VOCC ☐ Dependency ☐ Warrant ☒ Felony ☐ Juvenile Pickup ☐ Misdemeanor ☐ Traffic MISD ☐ Traffic FEL ☐ Ordinance ☐ Pickup ☐ Other

REQUEST FOR: ☐ Direct File/SAO Review ☐ Warrant ☐ Summons ☐ Juvenile Pickup

NOTICE TO APPEAR: ☐ Arresting officer ☐ Booking supervising officer

NAME CHERRY JACOB DANIEL ALIAS WHITEBOI, COCAIN

RACE: W-White I-American Indian/Alaskan Native HW-Hispanic White HB Hispanic Black B-Black O-Oriental/Asian

Race W SEX M D.O.B. 08 29 94 COMPLEXION LT BUILD MED

HEIGHT 600 WEIGHT 210 COLOR: EYES GRN HAIR BRN

LOCAL ADDRESS (Street, Apt. #, City, State, Zip) 8314 FREMONT AV N TAMPA FL Ph # 420-7798

Permanent Address (Street, Apt. #, City, State, Zip) SAME AS LOCAL Ph # NA

Business Address (Street, Apt. #, City, State, Zip) UNEMPLOYED Ph # NA

Driver's License No. NONE State ______ SS # [redacted] PLACE OF BIRTH MA DOC # ______

Gang Member Yes ☒ No ☐ Gang Name BLOOD

SCARS, MARKS, TATOOS, UNIQUE FEATURES (loc., type, desc) ASIAN SYMBOL - RT CHEEK ; MULTIPLE ON CHEST & ARMS

IF JUVENILE: School Name N/A
Mother/Guardian ______
Father/Guardian ______
Released To: JAC ☐ Parent ☐ Guard [redacted]

Social security number: F.S. 119.071(5)(a).

Co-Defendant (Last, First, Middle) SANDERS [redacted]
Arrested ☒ At Large ☐
Co-Defendant (Last, First, Middle) ______
Arrested ☐ At Large ☐

| STATUTE (subsec.) / ORD # | DV | CP | CHARGE STATUS | BOND SET | CHARGE | TRAFFIC CITATION # | DRUG ACT/TYPE |
|---|---|---|---|---|---|---|---|
| 810.02 (2)(b) | N | N | F | | ARMED BURGLARY | N | N/N |
| 812.014 (2)(c) 5 | N | N | F | | GRAND THEFT - FIREARM (X15) | N | N/N |
| 812.014 (2)(c) 2 | N | N | F | | GRAND THEFT >$5,000 | N | N/N |

CHARGE STATUS: F-Felony M-Misdemeanor T Traffic O-Ordinance FT-Felony Traffic DV-Domestic Violence CP-Child Present
ACTIVITY: N-N/A P-Possess S-Sell B-Buy T-Traffic R-Smuggle D-Deliver E-Use K-Dispense/Distribute M-Manufacture/Produce/Cultivate Z-Other
Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv P-Paraphernalia/Equipment S-Synthetic U-Unknown Z-Other

A LIST OF TANGIBLE EVIDENCE (if none, write "None") (Evidence List must be provided for all NOTICES TO APPEAR)

| DESCRIPTION/AMOUNT PER UNIT | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
|---|---|---|---|
| SEE ORIGINAL REPORT | | | |

Mandatory Appearance in Court ☐ You need not appear in Court, but must comply with instructions on Reverse Side. ☐

COURT INFORMATION: You must appear in County Court at the:

COURTHOUSE TOWER ANNEX, 801 E. TWIGGS STREET ☐ (Corner of Jefferson & Twiggs Street), TAMPA, FLORIDA 33602
COUNTY OFFICE BUILDING, MICHIGAN & REYNOLDS STREET ☐ PLANT CITY, FLORIDA 33566

Division ______ COURTROOM # ______ ON N/A ______, 20____, AT ______ a.m. ☐ p.m. ☐

I agree to appear at the time and place designated above to answer to the offense(s) charged or to pay the fine subscribed. I understand that if I willfully fail to appear before the Court as required by the Notice to Appear, I may be held in contempt of Court and a warrant for my arrest shall be issued. You may also be charged with the crime of Failure to Appear F.S. 843.15. I certify that my address as listed above is correct and I further understand that I have a continuing duty to advise the Court of any changes in my address as set forth above.

Signature of Defendant/Juvenile ______ Parent or Guardian if Juvenile ______

White - Clerk of Court Green - State Attorney Canary - Arresting Agency Pink - Central Booking/Detention Center Goldenrod - Defendant

(Notice to appear ONLY)
DEFENDANT'S
RIGHT
THUMBPRINT AND/OR PHOTOGRAPH SUGGESTED

Arresting Agency

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

GO# HS 2012-506276 CLEARED BY ARREST — BURGLARY-5 BURGLARY - ARMED

2 of 3

AGENCY REPORT # 12-506276 — AGENCY NAME HCSO — 1767439

State facts to establish probable cause that a crime was committed by the defendant or that the child is dependent

SEE ATTACHED PAGE #3

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27: $

OFFICER
I.D. # Dist. & Squad

POLICE REPORT WRITTEN: Yes ☒ No ☐
OFFICER C. FISHER I.D. # 167433 Dist. & Squad 1/18C

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12TH DAY OF OCTOBER, 20 12
SGT. [signature] #3282

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED

Affiant Signature [signature]
Affiant Printed Name CHRISTOPHER FISHER

I am the Victim ☐ Contact person for the victim ☐ or, Next of Kin of the victim ☐ in a Homicide ☐ Sexual Offense ☐ Stalking ☐ Domestic Violence ☐ Child Abuse ☐ (including Attempts) Other ☐ ______ I wish to be notified if the defendant is released from jail. Yes ☐ No ☐

NAME ______ Last ______ First ______ Middle ______ Phone ______

Address ______ Street ______ Apt # ______ City, State, Zipcode

VICTIM'S SIGNATURE ______ DATE ______ TIME

ARRESTING AGENCY — SAO FORM-428, 10/03

WITNESS STATUS: ☒ V-VICTIM ☐ D-Complainant ☐ W-All Other Witnesses ☐ Check if Witness Was Sworn — 1767439

V WILLIAMS TROY W M

[redacted]

Victim Information
F.S. 119.071(2)(i)(j); 794.024

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

Victim Information
F.S. 119.071(2)(i)(j); 794.024

**HCSO CASE #12-506276** **Page 3 OF 3**

**CRA # 1767439**

## Probable Cause Affidavit

Defendant: Cherry, Jacob W/M 08/29/94
Co-defendant: Sanders, Tyrell B/M 12/23/93

On 10/01/12 between 1015 hours and 2115 hours, the defendant and co-defendant(s) cut a hole in victim's the screened pool enclosure and that entered the victim's home, located at [redacted], via a rear door, without permission. The defendant and co-defendant(s) then removed fifteen handguns, a laptop computer, a DVD player, approximately six-hundred dollar in change (U.S. Coins), and numerous jewelry items from the residence without permission.

On 10/2/12 at approximately 2122 hours, while investigating an unrelated incident, the Tampa Police Department discovered two handguns and other items, confirmed to be stolen from the victim's residence, inside the co-defendant's residence (see TPD 12-552054) The co-defendant was arrested and charged for the burglary in addition to TPD charges.

The defendant knows the victim, had knowledge of the victim's guns, and had previously been inside the victim's house as a guest The defendant is connected to the victim through the victim's sister. The defendant lives with the victim's sister and her partner who raised the defendant for the last three years.

On 10/07/12 at 0347 hours, the defendant was arrested by the Tampa Police Department for a vehicle burglary (see TPD 12-560484), which occurred several minutes earlier. A search, subsequent to arrest, discovered a handgun (S&W M P, 9mm, ser# DTL8949) on the defendant's person. TPD confirmed the recovered handgun was taken from the burglary of the victim's residence in this incident.

AFFIANT 10/12/12
DATE

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

## Related Image - Property Receipts

Attachment Description:
Reference Number:

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
**PROPERTY RECEIPT**

☐ Confidential
PAGE ___ OF ___

Case Number: 12-506276
Event Number: —

Type of Incident: Burglary

Type of Property (Check One): ☐ Lost/Found/Abandoned Property ☒ Evidence/Safekeeping ☐ Homicide ☐ Vehicle Impound ☐ Seizure/Forfeiture

Evidence Use Only

Exact location where property was impounded: 3818 W Tampa Bay Blvd TPA FL 3364

Impound Date: 10/02/12 Time: 0800 Inventory Number:

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| 1 | Williams Troy B | W | M | 39 | 08/04/73 |

Residence: [redacted] Residence Phone: [redacted]

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | | | | | |

Residence: Residence Phone:

| Evidence Use Only | Item # | Qty/Wgt | Description (Make, Model, Serial #, etc.) Complete Reverse For Firearms, Bicycles, and Vehicles) |
|---|---|---|---|
| | 1 | 1 | .22 Revolver S/N N16386 w/ case |
| | 2 | 1 | CHE Ruger .45 S/N 660-64490 |
| | 3 | 1 | Gold in color Seiko watch |
| | 4 | 2 | Sil in color men rings |
| | 5 | 7 | Sil in color men bracelets |
| | 6 | 1 | w/ HP laptop S/N CNU9117QW3 |
| | 7 | 1 | Insignia portable DVD S/N 7176B0181AA |
| | 8 | 1 | Targus case for DVD |
| | | | Last item |

Citizen Use

☐ Int — I hereby acknowledge that the above list represents all the property taken from my possession and that I have received a copy of this receipt.

Print Name Date

☐ Int — The property turned in by me to the Sheriff is not mine and I claim no interest in it.

Signature

Dep Cole — Impounding Officer (Print Name) | 16370/B01/1 — PID/SOD/DIST | [signature] — Signature | Date

| Item # | Received By | PID | | Purpose | Received Date/Time |
|---|---|---|---|---|---|
| 1-8 | [signature] | | ☐ Sealed ☒ Open | Return to Owner | 10/02/12 0800 |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |

3030 Rev. 1/05

## PROPERTY RECEIPT CONTINUATION

PAGE ___ OF ___

| Item # | Received By | PID | | Purpose | Received Date/Time |
|---|---|---|---|---|---|
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |

## FIREARMS IMPOUND SECTION

Court Order Required? ☐ Yes ☐ No

| | | | | | |
|---|---|---|---|---|---|
| # | Make | Type | Model # | Caliber Guage | Mag/Cyl Capacity | Barrel Length |
| Finish | | Serial # | | Action Type | Other ID Marks |
| N.I.B.I.N.: (Check One) ☐ DO NOT process | | ☐ Process Immediately | | ☐ Process after being processed for ___ | |
| # | Make | Type | Model # | Caliber Guage | Mag/Cyl Capacity | Barrel Length |
| Finish | | Serial # | | Action Type | Other ID Marks |
| N.I.B.I.N.: (Check One) ☐ DO NOT process | | ☐ Process Immediately | | ☐ Process after being processed for ___ | |
| # | Make | Type | Model # | Caliber Guage | Mag/Cyl Capacity | Barrel Length |
| Finish | | Serial # | | Action Type | Other ID Marks |
| N.I.B.I.N.: (Check One) ☐ DO NOT process | | ☐ Process Immediately | | ☐ Process after being processed for ___ | |
| # | Make | Type | Model # | Caliber Guage | Mag/Cyl Capacity | Barrel Length |
| Finish | | Serial # | | Action Type | Other ID Marks |
| N.I.B.I.N.: (Check One) ☐ DO NOT process | | ☐ Process Immediately | | ☐ Process after being processed for ___ | |
| # | Make | Type | Model # | Caliber Guage | Mag/Cyl Capacity | Barrel Length |
| Finish | | Serial # | | Action Type | Other ID Marks |
| N.I.B.I.N.: (Check One) ☐ DO NOT process | | ☐ Process Immediately | | ☐ Process after being processed for ___ | |

## BICYCLE INFORMATION

| | | | | |
|---|---|---|---|---|
| Make | Size | Color | Male / Female | Serial Number |
| Make | Size | Color | Male/Female | Serial Number |
| Make | Size | Color | Male/Female | Serial Number |

## VEHICLE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Year | Make | Model | Style | License | State |
| Color | VIN | | | Damage | |
| Year | Make | Model | Style | License | State |
| Color | VIN | | | Damage | |

## Related Image - Property Receipts

Attachment Description
Reference Number

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
**PROPERTY RECEIPT**

☐ Confidential
PAGE ____ OF ____

Case Number: 12-506276
Event Number:

Type of Incident: BURGLARY-ARMED

Type of Property (Check One)
☐ Lost/Found/Abandoned Property
☒ Evidence/Safekeeping ☐ Homicide
☐ Vehicle Impound ☐ Seizure/Forfeiture

Evidence Use Only

Exact location where property was impounded: 3105 ARMENIA AVE TAMPA FL 33601

Impound Date: 10/02/12 Time: 2200 Inventory Number:

\# ☐ Reported By ☐ Discovered By ☒ Owner ☐ Other.
SANDERS TYRELL L
Race: B Sex: M Age: 19 DOB: 12/23/93
Residence: 3105 ARMENIA AVE TAMPA FL 33601
Residence Phone: 355-1450

\# ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other.
N/A
Race: Sex: Age: DOB:
Residence: Residence Phone:

| Evidence Use Only | Item # | Qty/Wgt | Description (Make, Model, Serial #, etc.) Complete Reverse For Firearms, Bicycles, and Vehicles) |
|---|---|---|---|
| | 1 | 1 | WHITE APPLE IPHONE S/N CBPJ983WDTD2 |
| | | | LAST ITEM |

Citizen Use

☐ Int — I hereby acknowledge that the above list represents all the property taken from my possession and that I have received a copy of this receipt.

Print Name ____ Date ____

☐ Int — The property turned in by me to the Sheriff is not mine and I claim no interest in it.

Signature ____

| Impounding Officer (Print Name) | PID/SOD/DIST | Signature | Date |
|---|---|---|---|
| RICHARD BLAIR | 5132/100/1 | [signature] | 10/1/12 |

| Item # | Received By | PID | | Purpose | Received Date/Time |
|---|---|---|---|---|---|
| 1 | DET C. FURE [signature] | 67433 | ☒ Sealed ☐ Open | SEARCH WARRANT | 10/3/12 2000 |
| 1 | Atwood | 4123 | ☒ Sealed ☐ Open | E/S | 10/22/12 1048 Am |
| | | | ☐ Sealed ☐ Open | | |

3030 Rev. 1/05

## Related Image - Property Receipts

Attachment Description.
Reference Number·

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
**PROPERTY RECEIPT**

☐ Confidential
PAGE ____ OF ____

Case Number: 12-506276
Event Number:

Type of Incident: ARMED BURGLARY

Type of Property (Check One)
☐ Lost/Found/Abandoned Property
☒ Evidence/Safekeeping
☐ Homicide
☐ Vehicle Impound
☐ Seizure/Forfeiture

Evidence Use Only:

Exact location where property was impounded: 14102 20TH ST N TAMPA FL

Impound Date: 10/26/12 | Time: 1420 | Inventory Number:

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☒ Other | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | SANDERS, TYRELL | B | M | 18 | 12/23/93 |

Residence: 3105 ARMENIA AV TAMPA FL
Residence Phone: 355 1450

| # | ☐ Reported By ☐ Discovered By ☐ Owner ☐ Other. | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| NA | | | | | |

Residence:
Residence Phone:

| Evidence Use Only | Item # | Qty/Wgt | Description (Make, Model, Serial #, etc.) Complete Reverse For Firearms, Bicycles, and Vehicles) |
|---|---|---|---|
| | 1 | 1 | CD CONTAINING CELL PHONE DATA |
| | 2 | 1 | CD REMOVED FROM STOLEN DVD PLAYER |
| | | | LAST ITEM |

Citizen Use

☐ Init — I hereby acknowledge that the above list represents all the property taken from my possession and that I have received a copy of this receipt

Print Name ____ Date ____

☐ Init — The property turned in by me to the Sheriff is not mine and I claim no interest in it.

Signature ____

| Impounding Officer (Print Name) | PID/SOD/DIST | Signature | Date |
|---|---|---|---|
| DET. C. FISHER | 16980/1/1 | [signature] | 10/26/12 |

| Item # | Received By | PID | | Purpose | Received Date/Time |
|---|---|---|---|---|---|
| 1-2 | F. Williams | 20856 | ☒ Sealed ☐ Open | E/S | 10/26/12 1416 |
| | | | ☐ Sealed ☐ Open | | |
| | | | ☐ Sealed ☐ Open | | |

3030 Rev. 1/06

## Related Image - SAO Letters

Attachment Description:
Reference Number:

MARK A. OBER
STATE ATTORNEY
419 N. Pierce Street
TAMPA, FLORIDA 33602
813-272-5400

STATE OF FLORIDA CASE NUMBER: 2012-CF-014861
VS BOOKING NUMBER: 12-044741
JACOB DANIEL CHERRY

NOTICE OF CASE STATUS

Case Filing Decision FILED CIRCUIT COURT

Agency Report Number: 2012-00506276 HCSO

Lead LEO: Detective CHRISTOPHER R FISHER DPSD1 D1ICS

Case Decision Date. OCT 23 2012

New Case Number (if applicable): ______

Withdraw Pick-Up Order (Juvenile upgrade only) Yes

ASA Comments: ______

PAMELA F. DATO
Assistant State Attorney

Note: Notice JUVENILE CLERK OF COURT on Juvenile upgrade only
cc: LEO
[ ]DJJ (if Juvenile)
File

/lat
OFFICE NUMBER: 2012-063561

2012-061477/2012-CF-014358
Page 1 of 1
Notice of Case Status

## Related Image - SAO Letters

Attachment Description
Reference Number.

MARK A. OBER
STATE ATTORNEY
419 N. Pierce Street
TAMPA, FLORIDA 33602
813-272-5400

STATE OF FLORIDA CASE NUMBER. 2012-CF-014358
VS BOOKING NUMBER 12-044069
TYRELL LAMONT SANDERS.

NOTICE OF CASE STATUS

Case Filing Decision. FILED CIRCUIT COURT

Agency Report Number 2012-00506276 HCSO

Lead LEO. Detective CHRISTOPHER R FISHER DPSD1 D1ICS

Case Decision Date OCT 22 2012

New Case Number (if applicable): __________

Withdraw Pick-Up Order (Juvenile upgrade only) Yes

ASA Comments: __________

PAMELA F. DATO
Assistant State Attorney

Note. Notice JUVENILE CLERK OF COURT on Juvenile upgrade only
cc. LEO
[ ]DJJ (if Juvenile)
File

/lst
OFFICE NUMBER 2012-061477

2012-061477/2012-CF-014358
Page 1 of 1
Notice of Case Status

## Related Image - MRE Attachments

Attachment Description. **GEOVERA SPECIALITY INS LETTER**
Reference Number:

Victim Information
F.S. 119.071(2)(i)(j); 794.024

GeoVera Specialty
INSURANCE SERVICES INC

October 30, 2012

Hillsborough County Sheriff's Office
PO Box 3371
Tampa, Florida 33601

ATTENTION Records Department

**Notice of Interest**

| | | |
|---|---|---|
| RE. | Police Report/Case Number: | 12-506276 |
| | Our Insured. | Troy Williams |
| | Location of Loss: | [redacted] |
| | Date of Loss. | 10/08/2012 |
| | Type of loss | Theft/Burglary |
| | Our Claim Number: | HL12011889 |

This letter will serve to advise you that a claim has been presented to GeoVera Insurance involving the above captioned incident. As such, GeoVera may have an interest in any recovery or the outcome of any additional investigation conducted by your office.

In the event any property [redacted] your investigation change, [redacted] please notify our office as so[redacted]

Thank you for your assistance in this matter. Please feel free to contact us if you require any further information.

GeoVera Specialty Insurance Services Inc.
P O. Box 2957, Fairfield, CA 94533-0592

Phone [redacted]
Fax [redacted]

SOC RECORDS NOV05#07:51

## Related Event(s)

AB HS2012-12044069
CP HS2012-505552
GO HS2012-505868

## Related Person(s)

### 1. Victim # 1 - WILLIAMS, TROY BENNETT

**(Case Specific Information)**

Sex **MALE**
Race: **WHITE**
Date of birth [redacted]
Address: [redacted]
Mun [redacted]
Dist [redacted]
**Phone Numb** [redacted]
Home: [redacted]
Business: [redacted]
Cellular: [redacted]

**Particulars**

Occupation [redacted]
Employer: [redacted]

**Master Name Index Reference**

Name: **WILLIAMS, TROY BENNETT**
Sex: **MALE**
Rac [redacted]
Date [redacted]
Address: [redacted]
Mun [redacted]
Dist [redacted]
**Phone numbe** [redacted]
Home: [redacted]
Business: [redacted]
Cellular [redacted]

**Linkage factors**

Resident status : **Resident**
Age range **30-49 Years**
Access to firearm : **NO**
Victim of :
**BURGLARY- 5 BURGLARY - ARMED - COMPLETED**

Victim's Relationship to Offender : **Stranger**
Person's role . **1**

Person's name

Victim's Relationship to Offender : **Otherwise Known**
Person's role . **2**
Person's name

## 2. Arrestee # 1 - SANDERS, TYRELL LAMONT

### (Case Specific Information)

Sex: **MALE** [redacted]
Race. **BLAC**[redacted]
Date of birth:[redacted]
Address: **3105 A**[redacted]
Munic[redacted]
Distric[redacted]
**Phone Numbers**[redacted]
Home: [redacted]

**Particulars**

Place o[redacted]
Occupa[redacted]
Employer: **DUNKIN DONUTS**
Citizenship: **America, United States of**
Marital status **Separated**
Ethnicity· **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **6'00** Weight **170** lbs.
Disability **Yes**
Complexion. **Medium**
Handed· **Right Handed**
Eye color **Brown**
Hair color: **Black**
Hair style: **Short**
Additional remarks: **BORN PASCO COUNTY, FLORIDA**

**Master Name Index Reference**

Name: **SANDERS, TYRELL LAMONT**
Sex: **MALE**
Race· **BLACK/AFRICAN AMERICAN**
Date of bir[redacted]
Ethnicity· [redacted]
Address: **3**[redacted]
Munic[redacted]
Distric[redacted]
**Phone numbers**[redacted]
Home: [redacted]

**Linkage factors**

Resident status · **Resident**

Age range . **18-21 Years**
Access to firearm . **YES**
Armed stats : **AT TIME OF INCIDENT**
Armed with : **Handgun**
Offense: **BURGLARY- 5 BURGLARY - ARMED - COMPLETED**
Arrest date: **Oct-02-2012 (Tue.)**
Arrest type **Onview ( Taken into custody without a warrant or previous report)**

## 3. Arrestee # 2 - CHERRY, JACOB DANIEL

### (Case Specific Information)

Sex: **MALE**
Race: **WHITE**
Date of bir[redacted]
Address: 8[redacted]
Municipality: **TAMPA , Florida 33604**
District: **T2** Beat· Grid **TA0034**
**Phone Nu**[redacted]
Ho[redacted]

**Particulars**

Place of [redacted]s
Occupation· **STUDENT**
Employer: **CHAMBERLAIN H.S.**
Citizenship: **America, United States of**
Marital status: **Single**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken **English**
Height. **6'00** Weight· **210** lbs.
Disability. **No**
Build **Medium** Complexion: **Fair**
Handed **Unknown**
Eye color **Green**
Hair color: **Blond/Strawberry**
Hair style. **Short**
Additional remarks: **X15 RESIST/OBSTRUCTION. SUBJ ALSO SIG 8 REMOVED VIA TPD**

**Master Name Index Reference**

Name: **CHERR**[redacted]
Sex: **MALE**[redacted]
Race: **WHITE**[redacted]
Date of birth. **A**[redacted]
Ethnicity: **Not o**[redacted]
Address: **8314 F**[redacted]
Munic[redacted]
Distric[redacted]
**Phone number**[redacted]
Home: [redacted]

**Linkage factors**

Resident status : **Resident**
Age range · **18-21 Years**
Access to firearm : **NO**
Armed with · **Unarmed**
Offense: **BURGLARY- 5 BURGLARY - ARMED - COMPLETED**
Arrest date: **Oct-12-2012 (Fri.)**

## 4. Witness # 1 - FITZGERALD, DARRELL S

### (Case Specific Information)

Sex: **MALE** [redacted]
Race. **WHITE** [redacted]
Date of birth: [redacted]
Address: 18522 [redacted]
Muni [redacted]
Distr [redacted]
**Phone Number** [redacted]
Home [redacted]
Business [redacted]

**Particulars**

Employer: **ROOF-TECH ENTERPRISES N 53RD STREET**
Height. **5'08**

**Master Name Index Reference**

Name. **FITZGERALD, DARRELL S**
Sex. **MALE**
Race **WHITE**
Date of birth: [redacted]
Address: 18522 [redacted]
Muni [redacted]
Distr [redacted]
**Phone number** [redacted]
Home· (813) [redacted]
Business: (813) [redacted]

**Linkage factors**

Resident status **Resident**
Age range · **50-64 Years**
Access to firearm . **NO**

## 5. Witness # 2 - KRUK, TREVOR RYAN

### (Case Specific Information)

Sex: **MALE**
Race. **WHITE**
Date of [redacted]

Address: **18518**[redacted]
Muni[redacted]
Distr[redacted]
**Phone Numbe**[redacted]
Home: [redacted]

**Particulars**

Place of birt[redacted]
Marital statu[redacted]
Ethnicity. **N**[redacted]
Height. **5'11**[redacted]
Build: **Medi**[redacted]
Handed: **Rig**[redacted]
Eye color: **B**[redacted]
Hair color: **B**[redacted]
Hair style. **S**[redacted]
Facial hair s[redacted]

**Master Name Index Reference**

Name: **KRUK, TREVOR RYAN**
Sex: **MALE**
Race **WHITE**
Date of birth. **M**[redacted]
Ethnicity: **Not**[redacted]
Address: **1851**[redacted]
Mun[redacted]
Distr[redacted]
**Phone numbe**[redacted]
Home: **(813) 297-1653**

**Linkage factors**

Resident status **Resident**
Age range **22-29 Years**
Access to firearm : **NO**

## 6. Witness # 3 - RAY, NOELLE M

## (Case Specific Information)

Sex: **FEMALE**
Race: **WHITE**
Date of birth. **J**[redacted]
Address: **1506**[redacted]
Muni[redacted]
Distri[redacted]
**Phone Nu**[redacted]
Ho[redacted]

**Particulars**

**Master Name Index Reference**

Name: **RAY, NOELLE MARISA**
Sex: **FEMALE**
Race: **WHITE**
Date of birt[redacted]
Address: 15[redacted]
Muni[redacted]
Distr[redacted]
**Phone numbe**[redacted]
Home: [redacted]

**Linkage factors**

Resident status : **Resident**
Age range · **18-21 Years**
Access to firearm : **NO**

## 7. Reg Owner # 1 - BURTON-HICKS, SHARON KAY

### (Case Specific Information)

Sex: **FEMALE**
Race· **WHITE**
Date of bir[redacted]
Address: 8[redacted]
Munic[redacted]
Distric[redacted]
**Phone Number**[redacted]
Home[redacted]
Business[redacted]
Business[redacted]
Home **(813) 399-6449**

**Particulars**

Occupation. **ADMIN**
Employer: **CREDABILITY 5421 BEAMOUNT CENTER BL. #600**
Citizenship: **America, United States of**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height **5'08** Weight: **160** lbs.
Disability: **No**
Build **Medium** Complexion: **Fair**
Handed: **Unknown**
Eye color: **Blue**
Hair color: **Blond/Strawberry**
Hair style: **Medium (Shoulder Length)**
Additional remarks. **RUNAWAY'S MOTHER**

**Master Name Index Reference**

Name: **BURTON-HICKS, SHARON KAY**

Sex: **FEMALE** [redacted]
Race. **WHITE**
Date of birth: **D**
Ethnicity: **Not o**
Address: **8305**
Munic
Distric
**Phone number**
Home: [redacted]
Business
Business· **(800) 864-9481**
Home. **(813) 399-6449**

**Linkage factors**

Resident status . **Resident**
Age range · **30-49 Years**
Access to firearm · **NO**

## 8. Subject # 2 - WILLIAMS, SHAWN MARIE

### (Case Specific Information)

Sex. **FEMALE**
Race. **WHITE**
Date of bir [redacted]
Address· **8**
Munic [redacted]
Distric
**Phone Number**
Business: **(**
Cellular [redacted]

**Particulars**

Citizenship: **America, United States of**
Marital status: **Unknown**
Ethnicity: **Hispanic**
Language(s) spoken **English**
Height· **5'09** Weight: **190** lbs.
Disability: **No**
Build **Large**
Handed· **Unknown**

**Master Name Index Reference**

Name. **WILLIAMS, SHAWN MARIE**
Sex: **FEMALE**
Race: **WHITE**
Date of bir [redacted]
Ethnicity.
Address: **8**

Munic[redacted]
Distri[redacted]
**Phone number**[redacted]
Business[redacted]
Cellular:[redacted]

**Linkage factors**

Resident status . **Resident**
Statement taken · **YES**
Age range . **30-49 Years**
Access to firearm : **NO**

## 9. Subject # 3 - WIECKI, CATHY ELIZABETH

### (Case Specific Information)

Sex: **FE**[redacted]
Race: **W**[redacted]
Date of [redacted]
Address: **8314 F**[redacted]
Munic[redacted]
Distri[redacted]
**Phone Number**[redacted]
Cellular[redacted]

**Particulars**

Place of birt[redacted]
Citizenship: [redacted]
Marital statu[redacted]
Ethnicity **N**[redacted]
Language(s)[redacted]
Height: **5'04**[redacted]
Disability: **N**[redacted]
Build **Large**[redacted]
Handed· **Un**[redacted]
Hair color: **B**[redacted]
Hair style· **S**[redacted]

**Master Name Index Reference**

Name **WIECKI, CATHY ELIZABETH**
Sex· **FEMALE**
Race: **WHITE**
Date of birth: **O**[redacted]
Ethnicity: **Not o**[redacted]
Address. **8314 F**[redacted]
Munic[redacted]
Distri[redacted]
**Phone numbers**[redacted]
Cellular[redacted]

### Linkage factors

Resident status **Resident**
Statement taken : **YES**
Age range · **30-49 Years**
Access to firearm : **NO**

## Related Unidentified Person(s)

1. **Suspect 1**

Sex **MALE**
Race: **UNKNOWN**
Ethnicity: **Unknown**
Age range: **18-21 Years**
Height· **6'**
Weight. **180** lbs
Complexion: **Dark**
Build: **Medlum**
Hair color· **Black**
Hair style: **Short, Wavy**

2. **Suspect 2**

Sex: **MALE**
Race: **UNKNOWN**
Ethnicity: **Unknown**
Age range. **18-21 Years**
Height· **5'8** +/- **3**
Complexion· **Dark**
Build: **Medium**
Hair color: **Brown**
Hair style: **Short, Wavy**

### Case Specific Clothing Details

Shirt **Green / TShirt**
Pants· **Blue / Jeans/Denim**

3. **Suspect 3**

Sex: **MALE**
Race. **WHITE**
Age range **16-17 Years**
Height: **5'5**
Build: **Medium**
Hair color: **Black**
Hair style: **Short**

### Case Specific Clothing Details

Shirt· **Black / TShirt**

4. **Subject 4**
   Sex: **MALE**
   Race. **WHITE**
   Ethnicity. **Hispanic**
   Age range. **18-21 Years**
   Height: **5'08** +/- **3**
   Weight: **175** +/- **10** lbs
   Complexion. **Medium Brown**
   Build: **Medium**
   Hair color: **Black**
   Hair style: **Short**
   Facial hair style: **Unshaven** [redacted]
   Possible Names: **CAMILO** [redacted]
   Possible address(es): **ARMENI** [redacted]

## Related Business(es)

1. **Complainant # 1 - GEOVERA SPECIALTY INSURANCE**
   Address: **P O BOX** [redacted]
   Municipal [redacted]
   Phone number: **(80** [redacted]
   Type **Insurance Co** [redacted]

## Related Vehicle(s)

1. **Other # 1 - - Partial Plate/Unknown Vehicle**

   **(Case Specific Information)**
   Miscellaneous information. **OLDER MODEL**
   Vehicle type: **Automobile**
   Make and model **Honda**
   Color **White**

2. **Suspect # 2 - 9850HM, FL VIN# 1HGCG22561A007996**

   **(Case Specific Information)**
   License number: **9850HM**
   State of issue: **Florida**
   VIN #: **1HGCG22561A007996**
   License type: **All others**
   Year of issue: **2012**
   Vehicle type: **Automobile**
   Make and model: **Honda Accord**
   Style: **2DR AUTOMOBILE**

Year. **2001**
Color: **White**

**Master Vehicle Index Reference**

License number· **9850HM**
State of issue: **Florida**
License type: **All others**
Year of issue: **2012**
Number of occupants **3**
Towed: **NO**
**Insurance Information**
**Owner Information**
Owner type: **PERSON**
Owner role **Suspect**

## Related Text Page(s)

Document. **INVESTIGATION**
Author· **4130 - Forster, David J**
Related date/time· **Oct-01-2012 (Mon.)**

On 10-01-2012 at approximately 2130 hours, writer responded with Deputy J. Herbert #81205 to the single family residence located at [redacted] in reference to a delayed burglary of the residence. Writer observed a cut in the pool screen at the rear of the residence. Writer also observed that several dresser drawers in the master bedroom had been gone through and the blanket had been pulled back on one side of the bed. Based on statements made by the victim, as to who may have knowledge of the residence and where the stolen items were located in it, writer made contact via telephone with the victim's sister, Cathy Wiecki, and her live in partner, Shawn Williams. The remainder of writer's investigation is limited to the interviews with both subjects.

Victim Information
F.S. 119.071(2)(i)(j); 794.024

## Related Text Page(s)

Document. **INVESTIGATION**
Author· **81205 - Herbert, James V**
Related date/time: **Oct-01-2012 (Mon.) 2145**

On 10-01-12 at approximately 2145 hours I responded to the incident scene in reference to a residential burglary. Upon my arrival I met with the victim, Troy Williams (see interview). I observed no signs of forced entry into the residence from the exterior of the building. I observed a section cut on the screen on the west side of the house. I note that the screen door next to the cut is broken and does not open. The screen door on the east side of the residence is functional and was unlocked. I was unable to locate any signs of forced entry to the residence from the inside or outside. The residence did not appear to be in disarray and at first appearance it was difficult to tell anything was missing. The victim's firearms were missing from under his bed and from his attic. Based on my observations, it appears that the suspect(s) entered the residence and proceeded directly to were the firearms were located. Detective Fisher was notified of the incident and responded to the scene (see supplemant). Crime Scene Tech Becker also responded and processed the scene (see supplement). A neighborhood survey was not completed due to the time of night. I entered the firearms with serial numbers into FCIC/NCIC via RTU. There was a suspicious vehicle call earlier in the day, but it is unknown if this incident is related to that incident at this time. I have no more information at this time.

Attachments: None

## Related Text Page(s)

Victim Information
F.S. 119.071(2)(i)(j); 794.024

Document: INVESTIGATION
Author: 4355 - McElhiney, Matthew L
Related date/time: Oct-02-2012 (Tue.) 1251

On 10-01-12 at 1442 hours, I responded to the area of Sunward Lake Place and Sunset Lane, Lutz, Florida, in reference to a Suspicious Vehicle, occupied by three unknown males. Upon arrival I met with the complainant, w/m Trevor Kruc, see interview. I then responded to 602 Sunset Point Court and verified the residence was secure. I observed several footprints in the sand behind the house, possibly made by the suspects, which appeared to have terminated at a wooden pallet in the back yard. I then observed the screen pool enclosure of [redacted] to have a cut in the screen. Upon checking the rear of that residence, I discovered the master bedroom sliding glass door was unsecured. I note the door did not have any damage or pry marks to indicate forced entry. I also note that I did observe several fingerprints, that were only on the interior of the sliding glass door. Dep. V. Torres #2126, then arrived and we entered the residence to search for suspects and confirm if a burglary had occurred. I note that within the residence, I observed several televisions, small electronics and jewelry, still in place. I also observed two hunting rifles in the northeastern bedroom, that did not appear to have been disturbed. Dep. Torres and myself were unable to verify that a burglary had occurred and we were unable to contact the home owner. I then secured the residence and responded back to Mr. Kruc's residence. While there I met with a second witness, w/m Darrell Fitzgerald, see interview. I note that Mr. Fitzgerald was able to obtain a license plate number for the white vehicle. I then voiced an alert for the vehicle, advising there were no criminal charges at this time.

On 10-01-12 at 2230 hour [redacted]
#81205, and advised that [redacted]
also advised Dep. Herber [redacted]

On 10-02-12 at 1245 hours, I responded and met with Mr. Kruc, Mr. Fitzgerald and another witness, w/f Noelle Ray, and obtained a detailed description of the suspects and the suspect's vehicle.

MRE ATTACHMENT: NONE

## Related Text Page(s)

Document: **INVESTIGATION**
Author: **81205 - Herbert, James V**
Related date/time **Oct-02-2012 (Tue.) 1800**

On 10-02-2012 at approximately 1800 hours I responded back to the incident scene because the victim located fingerprints on the rear sliding glass door while adding extra locks. The prints were located on the inside of the window in the middle approximately 3 feet off the ground. I lifted two latent prints and swabbed the third for touch DNA due to the fact that it was smeared. I impounded the above mentioned items at the district one office. The victim also advised that two more guns were missing and I added them to the stolen property list. While on scene I made contact with a few neighbors who stated that they had no information in reference to this case. I have no more information.

Attachments: Property Receipt

## Related Text Page(s)

Document. **INVESTIGATION** [redacted]
Author: **3771 - Melden, Roger** [redacted]
Related date/time: **Oct-03-2012** [redacted]

I contacted Troy William [redacted]
Mr. Williams provided se [redacted]
semi-automatic pistol. M [redacted]
R9766 for a Keltec 9mm L [redacted]
entry into NCIC/FCIC.

## Related Text Page(s)

Document: **INTERVIEW-VICTIM**
Author: **81205 - Herbert, James V**
Subject: **WILLIAMS, TROY BENNETT**
Related date/time: **Oct-01-2012 (Mon.) 2150**

Troy Williams stated under oath that on 10-01-2012 between 1015 and 2115 hours someone entered his residence and stole firearms and other stuff. He stated that he does not know who would do this but stated that if he could think of anyone that would steal his guns, it would be "Jacob" (see supplement). He stated that he had his guns in the attic for a few months because of Jacob but no one knew they were there. He stated that he was out of town in the middle of September but does not believe the person house sitting would be involved. He stated that he has had no new workers at his residence lately. He stated that he would compile a list of his stolen jewelry and forward it to the office at a later date. He stated he would contact the office if he obtained or remembered any information.

## Related Text Page(s)

Document: **INTERVIEW-WITNESS**
Author: **4355 - McElhiney, Matthew L**
Subject. **FITZGERALD, DARRELL S**
Related date/time: **Oct-02-2012 (Tue.) 1254**

The witness, w/m Darrell Fitzgerald, stated he was parked at the corner of Sunward Lake Place and Sunset Lane, waiting for his grandson to arrive from school. Mr. Fitzgerald advised he observed the white vehicle enter the sub-division, occupied by three unknown males. Mr. Fitzgerald advised he observed the vehicle stop on Sunward Lake Place and a white male exited the driver's door. Mr. Fitzgerald stated this male then walked east on Sunset Point Court, along the sidewalk, out of his eyesight. Mr. Fitzgerald also stated that the two remaining males changed seating positions, one of which moved to the driver's seat. Mr. Fitzgerald advised approximately five minutes later the first male came back to the vehicle and the vehicle drove northbound, farther into the sub-division. Mr. Fitzgerald stated he then observed the vehicle exiting the sub-division and he obtained the license plate number because he felt the males appeared suspicious. Mr. Fitzgerald advised the vehicle parked on the south side of Sunset Lane, in the parking lot of "church". Mr. Fitzgerald stated that his grandson arrived and he returned to his residence. Mr. Fitzgerald advised a few minutes later he then observed the white vehicle near his residence and two males walking along the sidewalk. Mr. Fitzgerald stated he observed nothing further of the males or the vehicle. Mr. Fitzgerald advised this was a true and accurate statement.

Mr. Fitzgerald described the vehicle as white, two door, compact vehicle, Florida Tag 985OHM.

Mr. Fitzgerald described the males as:

Suspect #1: Dark skin, medium-short dark hair, approximately six foot tall, approximately 180 pounds, wearing a red-maroon checkered short sleeve button down shirt, blue jeans.

Suspect #2: Dark skin Latin male, 5.5 feet, medium build, wavy black hair, green top (maybe a sweatshirt).

Suspect #3: White male, white t-shirt, 5.4 feet, wavy sandy-blonde hair.

## Related Text Page(s)

Document: **INTERVIEW-WITNESS**
Author: **4355 - McElhiney, Matthew L**
Subject: **KRUK, TREVOR RYAN**
Related date/time **Oct-02-2012 (Tue.) 1331**

The witness, w/m Trevor Kruk, stated he observed the white vehicle enter the sub-division and park in front of his residence. Mr. Kruk advised that two of the males exited the vehicle and talked for approximately one minute. Mr. Kruk also advised the male in the back seat them moved the to the driver's seat. Mr. Kruk stated the two males began walking towards the rear of Mr. Fitzgerald's residence and at that time Mr. Fitzgerald returned home. Mr. Kruk advised he observed the two males jogging from the rear of the residence and begin to walk south along the sidewalk, towards Sunset Lane. Mr. Kruk stated the white vehicle followed them and then stopped at the corner of Sunward Lake Place and Sunset Point Court. Mr. Kruk advised he then witnessed two of the males walk behind a house for sale and then returned after approximately five minutes. Mr. Kruk stated the males were not carrying anything when then left the vehicle but returned carrying items. Mr. Kruk advised one male was carrying an item that resembled the size of a television and the other male had a backpack that was full. Mr. Kruk stated that all three males then left in the white vehicle. Mr. Kruk advised that approximately five minutes later the males returned and again went behind the same house and again exited with several items. Mr. Kruk stated the males then fled in the vehicle. Mr. Kruk advised this was a true and accurate statement.

Mr. Kruk advised the vehicle as white Honda, two door, coupe, approximately 2004-2005, possibly with a bumper sticker on the right rear corner.

Suspect #1: Latin or Light skin black male, approximately 6 foot tall, short wavy hair, very thin build, white tank top and blue jeans. 18-20 years old.

Suspect #2: White male, 5.10-5.11 feet tall, brown-reddish short curly hair, green shirt and khaki shorts, pale skin, 18-20 years old.

Suspect #3: White male, 5.5 feet tall, 15-16 years old, brown hair short, black shirt, possible khaki shorts.

## Related Text Page(s)

Document: **INTERVIEW-WITNESS**
Author: **4355 - McElhiney, Matthew L**
Subject: **RAY, NOELLE M**
Related date/time: **Oct-02-2012 (Tue.) 1351**

The witness, w/f Noelle Ray, advised she was standing next to Mr. Kruc and witnessed the same information. Miss Ray had no further information. Miss Ray advised this was a true and accurate statement.

## Related Text Page(s)

Document: **INTERVIEW-OTHER**
Author: **4130 - Forster, David J**
Subject: **WILLIAMS, SHAWN MARIE**
Related date/time. **Oct-01-2012 (Mon.)**

On 10-01-2012 the subject, Shawn Williams, related via telephone that she had knowledge of a white Honda that belonged to a subject she only knew as as "Camilo". She stated that Camilo was a friend of "Jake". Williams stated that "Jake" was Jacob Cherry who lived with her and her partner, Cathy Wiecki. She stated that Jake was actually Cathy's nephew who had been living with them since Cathy had taken custody of him at the age of 14. She stated that within the last week she had seen Jake leave the house and get into an older model white Honda. She noted that she had recognized the "H" or Honda decal on the vehicle as it turned into the driveway of the residence and then left. Williams could not say if it was a two or four door vehicle but she said it was a "sporty" type of vehicle but not really what she would describe as a "newer" model. Williams described "Camilo" as a Hispanic male, with a medium complexion, approximately 5'8" inches tall and between 170 to 180 pounds. She stated that he has short dark hair and is about 18 years old. Williams said that she did not have any further information.

## Related Text Page(s)

Document: **INTERVIEW-OTHER**
Author: **4130 - Forster, David J**
Subject: **WIECKI, CATHY ELIZABETH**
Related date/time: **Oct-01-2012 (Mon.)**

The subject, Cathy Wiecki, related that she had been Jacob's guardian since he came to live with her and her partner when he was 14 years old. She stated that Jacob was on probation and, to her knowledge, he had been home today. Wiecki stated that the last time she had seen him was this morning at about 0830 hours. She noted that he was gone when she got home this evening after work, but he had come home at about 2030 hours. She said that Jacob and "Camilo" had been friends for about 6 months or more but she did not see "Camilo" around that much. She described "Camilo" as a Hispanic male with a medium complexion, a medium/slender build and about 18 years old. Wiecki had no further information.

## Related Text Page(s)

Document: **RECOVERED PROPERTY**
Author: **81205 - Herbert, James V**
Subject: **RECV STOLEN PROPERTY**
Related date/time. **Oct-30-2012 (Tue.) 2205**

```
Investigative Information:  Recovered Stolen Property
Total Number of Items Recovered:  [6        ]
Recovery Date:  [10-31-2012      ]
HCSO Recovery Case Number: [12-506276        ]
RMS Stolen Pr[redacted]3             ]
Recovery Addr[redacted]                                                   ]

     -----------------------------------------------------------------

 Item Recovery Information:
   Make/Brand: [Walther                                              ]
   Model:   [PPK                     ]
   Color:   [Black                   ]
   Owner Applied Number: [                       ]
   Serial Number:  [352995                ]
   Description: [Walther PPK handgun                                          ]

   Value: [600              ]
   Remarks:  [recovered by owner inside residence                        ]


     -----------------------------------------------------------------

Item Recovery Information:
  Make/Brand: [Taurus                                               ]
  Model:   [PT111PRO                ]
  Color:   [                        ]
  Owner Applied Number: [                        ]
  Serial Number:  [TZE30Z53               ]
  Description: [Taurus handgun                                               ]

  Value: [400              ]
  Remarks:  [recovered by owner inside residence                        ]


    -----------------------------------------------------------------
Item Recovery Information:
  Make/Brand: [Remington                                            ]
  Model:   [M1911 A1                ]
```

Color: [Silver ]
Owner Applied Number: [ ]
Serial Number: [1934630M911 ]
Description: [Remington 1911 ]

Value: [900 ]
Remarks: [recovered by owner inside residence ]

## Related Text Page(s)

Document. **RECOVERED PROPERTY**
Author: **81205 - Herbert, James V**
Subject **RECV STOLEN PROPERTY**
Related date/time **Oct-30-2012 (Tue.) 2212**

```
Investigative Information:  Recovered Stolen Property
Total Number of Items Recovered:  [6        ]
Recovery Date:  [10-30-2012     ]
HCSO Recovery Case Number: [12-506276         ]
RMS Stolen Pr[redacted]             ]
Recovery Addr[redacted]                               ]

     ----------------------------------------------------------------

 Item Recovery Information:
   Make/Brand:  [CGT                                                    ]
   Model:    [CZ 40 P                     ]
   Color:    [                            ]
   Owner Applied Number:  [                           ]
   Serial Number:    [RA0336                 ]
   Description:  [CZ-USA handgun                                              ]

   Value:  [500                ]
   Remarks:   [recovered by owner inside residence                          ]


     ----------------------------------------------------------------

Item Recovery Information:
  Make/Brand:  [Taurus                                                   ]
  Model:    [.357 mag                    ]
  Color:    [                            ]
  Owner Applied Number:  [                           ]
  Serial Number:    [L1669774                ]
  Description:  [Revolver                                                    ]

  Value:  [600                 ]
  Remarks:   [recovered by owner inside residence                          ]


    ----------------------------------------------------------------
Item Recovery Information:
  Make/Brand:  [Erma-Werke                                               ]
  Model:    [EP25                        ]
```

Color: [ ]
Owner Applied Number: [ ]
Serial Number: [1466 ]
Description: [Handgun ]

Value: [250 ]
Remarks: [recovered by owner inside residence ]

# Follow Up Report # HS 1

## Assignment Information

Assigned to: **208463 - Becker, Jacob D** Rank: **Other**
Capacity. **HCSO Crime Lab** Org unit: **Crime Scene Section**
Assigned on: **Oct-02-2012 (Tue.) 110** by: **208463 - Becker, Jacob D**
Report due on: **Oct-17-2012 (Wed.)**

## Submission Information

Submitted on: **Oct-02-2012 (Tue.) 111**
Checked by: **856 - McGill, Daniel J**
Approved on: **Oct-02-2012 (Tue.)** by: **856 - McGill, Daniel J**
**Follow Up Conclusion**
Follow Up concluded. **YES**

---

## Narrative Text Report # 1

Document· **INVESTIGATION**
Author· **208463 - Becker, Jacob D**
Related date/time: **Oct-02-2012 (Tue.) 110**

SUPPLEMENTAL INVESTIGATION 10 / 2 / 12 Case No. 12-506276

REPORTING OFFICER:

Name: Becker, J. Div: CID Bur. FSB
ABN· 208463 Sec: CSS

OFFENSE INFORMATION:

Original Offense: Burglary

Date of Occurrence: 10-1-12
Addres[redacted]: [redacted]
Ct

Dispat[redacted] SAA

VICTIM INFORMATION·

**Victim Information**
**F.S. 119.071(2)(i)(j); 794.024**

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

GO# HS 2012-506276 CLEARED BY ARREST — BURGLARY-5 BURGLARY - ARMED

Follow Up Report # HS 1

Name: Williams, Troy [redacted]

SAA

SCENE/TANGIBLE EVIDENCE

Was Scene Processed: Yes
Deputy/CSI Assigned: CSI Becker

PHOTOGRAPHS: (Digital)

| No. | Description |
|---|---|
| 1 | case card |
| 2-3 | front door |
| 4-5 | sitting room and bar area |
| 6 | dining room area |
| 7 | living room |
| 8-9 | master bedroom |
| 10 | jewelry box on dresser |
| 11-12 | entertainment center |
| 13 | dresser |
| 14-15 | area in bed where gun was removed |
| 16 | sliding glass door |
| 17 | patio area |
| 18-19 | damage to patio screen |
| 20-23 | master bedroom closet |
| 24 | garage area |
| 25 | attic ladder |
| 26-29 | coolers and other items in attic |

LATENTS:

| Item | Lifts | Description |
|---|---|---|
| 1 | 0 | 2 black trash bags removed from attic |
| 2 | 0 | 2 coolers moved in attic |

EVIDENCE·
Inv. # 580859

| Item | Qty | Description |
|---|---|---|
| 1 | 1 | possible touch DNA swab from master bdrm sliding glass door (LODIS) |
| 2 | 1 | possible touch DNA swab from master bdrm sliding glass door (CODIS) |
| 3 | 1 | possible touch DNA swab from attic ladder (LODIS) |
| 4 | 1 | possible touch DNA swab from attic ladder (CODIS) |

| | | |
|---|---|---|
| 5 | 1 | possible touch DNA swab from dresser and jewelry box (LODIS) |
| 6 | 1 | possible touch DNA swab from dresser and jewelry box (CODIS) |
| 7 | 1 | possible touch DNA swab from patio screen door (LODIS) |
| 8 | 1 | possible touch DNA swab from patio screen door (CODIS) |

INVESTIGATION:

On 10/1/12 at approximately 2201 hours, I was dispatched to the above listed address. Upon arrival at approximately 2235 hours, I met with Dep. Herbert (ABN 81205). Dep. Herbert gave a brief statement of what had occurred and requested the scene be photographed and processed for evidence. The trash bags and coolers were processed with black powder but had negative results for latent fingerprints. All possible touch DNA swabs were taken with distilled water and sterile q-tips. All swabs were made available for both the LODIS and CODIS systems.

MRE Attachment: (1) Property Receipt

# Follow Up Report # HS 2

## Assignment Information

Assigned to: **167433 - Fisher, Christopher R** Rank: **Detective**
Capacity: **Investigate/Case Manager** Org unit: **Investigations Unit 100 - D1**
Assigned on: **Oct-03-2012 (Wed.) 1255** by: **3282 - Masci, Joel A**
Report due on: **Oct-18-2012 (Thu.)**

## Submission Information

Submitted on: **Oct-07-2012 (Sun.) 1834**
Checked by: **3282 - Masci, Joel A**
Approved on: **Oct-08-2012 (Mon.)** by: **3282 - Masci, Joel A**
**Follow Up Conclusion**
Follow Up concluded: **YES**

---

## Narrative Text Report # 1

Document: **INTERVIEW-ARRESTEE**
Author: **167433 - Fisher, Christopher R**
Subject: **(Arrestee #1) SANDERS, TYRELL**
Related date/time: **Oct-07-2012 (Sun.) 1827**

---

**On 10/02/12 at approximately 2145 hours, Tyrell Sanders related the following, post-Miranda:**

He does not know anything about a burglary that occurred yesterday in Lutz. He was at work yesterday from 0645 hours to 1530 hours. He works at Dunkin Donuts on Spruce St.

When asked where his car was, he stated it was in the shop. He would not provide a location for the shop. He stated he took it to the shop "last night."

When I advised him that his white Honda, bearing his Florida tag 9850HM was called in by a citizen as a suspicious vehicle in the neighborhood of the burglary and during the time-frame it occurred, he said he was not in Lutz yesterday. Then, he said he loaned his car to "Milo" yesterday. He stated he does know Milo's last name or where he lives.

When asked if he knew a white male named Jacob. He said he did not know any "white boys."

When asked where the gun found in his apartment came from, he stated he bought it from a "tweeker" down the street yesterday for fifty dollars.

---

## Narrative Text Report # 2

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OCCURRENCE HARDCOPY**

**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**

**Follow Up Report # HS 2**

Document: **DETECTIVE FOLLOW UP**
Author: **167433 - Fisher, Christopher R**
Related date/time: **Oct-07-2012 (Sun.) 1823**

On 10/02/12 at approximately 2225 hours, I spoke with Cpl. C. Hathcox of the Tampa Police Department via phone. He advised me that while he was investigating an accidental discharge of a firearm from the previous night at 3105 N. Armenia Av #8 Tampa, FL 33607, he discovered one of stolen handguns from this case in that residence. He further advised that he had been given consent to search the residence by Tyrell Sanders (arrestee), the only person who claimed to reside there. I responded to 3105 N. Armenia Av #8 Tampa, FL 33607 and met with Cpl. Hathcox. I observed Tyrell Sanders in the back of a marked TPD patrol car. I went to the patrol car and opened the door to speak with him; Tyrell Sander was not handcuffed.

I advised him that I wanted to speak with him about a burglary that occurred the night before. I further advised him that TPD discovered a handgun inside his residence, which was taken during that burglary. I knew Tyrell Sanders was eighteen years old at that time. I asked him what grade he completed in school. He stated he completed high school. I asked if was able to read, write, and understand English. He nodded to indicate he did. I asked him if he had been drinking or had he taken any drugs. He said "No." I then read him his Miranda rights from an SAO issued WAIVER OF CONSTITUTIONAL RIGHTS card dated July 2007. I read his rights one statement at a time and asked him to explain each to me prior to proceeding. He was able to cogently explain each statement from the Miranda card and stated that he did understand his right. He agreed to talk with me without a lawyer present.

He denied any involvement in the incident and stated that he purchased the handgun in question from a "tweeker" down the street the night before for fifty dollars. (see interview for details).

Cpl. Hathcox advised me he was charging Tyrell Sanders with possession of cannabis and further stated they discovered other stolen items in his residence.

Det. R. Blair #5132, Det. P. Cole #136776, nor I entered the residence located at 3105 N. Armenia Av #8 Tampa, FL 33607 at any time while on scene. Cpl. Hathcox and other TPD officer were conducting a separate investigation (see TPD 12-552054 for details) and impounded the property from the residence based on that investigation. Cpl. Hathcox advised me he was taking all the property impounded from the residence to their district 2 office located at 3818 W. Tampa Bay Blvd Tampa, FL 33614.

I called Troy Williams (victim) and asked him to meet me at the Tampa Police Department located at 3818 W. Tampa Bay Blvd Tampa, FL 33614. I then responded to that location.

Upon arrival at the Tampa Police Dept, Det. R. Blair #5132 and I escorted Tyrell Sanders to the interview room where he invoked his right to speak with an attorney without making any further statements. No further questions were asked of him and he was immediately escorted back to the holding cell and advised that he was being charged with the burglary in Lutz.

Next, Troy Williams arrived at the Tampa Police Department where he identified the below listed items as those taken from his residence during the burglary:

- (qty 1) Ruger .45 cal handgun ser# 660-64490
- (qty 1) eight shot .22 cal revolver, blue with brown wood grips
- (qty 1) brown leather holster for above listed revolver
- (qty 7) silver bracelets
- (qty 1) gold colored, mens Seiko watch
- (qty 1) silver and gold colored, mens ring
- (qty 1) Targus computer case (silver and black)
- (qty 1) DVD player with a CD inside
- (qty 1) HP laptop

The above items were photographed an a property receipt was completed by Det. P. Cole (see supplement by same for details about these items).

Troy Williams stated the CD inside the DVD player was not his. The CD appeared to have a latent fingerprints on it. Therefore, it was impounded and sent to the crime scene lab for processing.

A white Apple Iphone ser# C8[redacted]

Tyrell Sanders was charged with armed burglary, grand theft > $5,000, and grand theft firearm (x15).

**MRE Attachments:**

CRA

**Narrative Text Report # 3**

Document: **DETECTIVE FOLLOW UP**
Author. **167433 - Fisher, Christopher R**
Related date/time **Oct-07-2012 (Sun.) 1831**

Based on the totality of the circum[redacted]
armed burglary on the Apple Iphon[redacted]

a search warrant for the Apple Iph[redacted]
ASA Robert Petschow, via email, fo[redacted]
search warrant from the State Attor[redacted]
Tampa, FL and met with Judge Kat[redacted]
signed the search warrant for Apple[redacted]

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**

**GO# HS 2012-506276 CLEARED BY ARREST** **BURGLARY-5 BURGLARY - ARMED**



# Follow Up Report # HS 3

## Assignment Information

Assigned to: **167433 - Fisher, Christopher R** Rank: **Detective**
Capacity. **Continue Investigation** Org unit: **Investigations and Comm Svc**
Assigned on. **Oct-07-2012 (Sun.) 1835** by. **167433 - Fisher, Christopher R**
Report due on: **Oct-21-2012 (Sun.)**

## Submission Information

Submitted on: **Oct-12-2012 (Fri.) 1655**
Checked by: **3282 - Masci, Joel A**
Approved on **Oct-15-2012 (Mon.)** by: **3282 - Masci, Joel A**
**Follow Up Conclusion**
Follow Up concluded. **YES**

---

## Narrative Text Report # 1

Document: **DETECTIVE FOLLOW UP**
Author. **167433 - Fisher, Christopher R**
Subject: **(Arrestee #2) CHERRY, JACOB D**
Related date/time: **Oct-12-2012 (Fri.) 1637**

On 10/07/12 at approximately 1100 hours, I became aware the Jacob Cherry had been arrested by the Tampa Police Department earlier that morning for burglary of a vehicle. Subsequent to arrest by TPD, a S&W MP 9mm handgun ser# DTL8949 was discovered on Jacob Cherry's person. TPD confirmed the handgun was stolen during this incident.

On 10/11/12 at approximately 1015 hours, I attempted to interview Jacob Cherry at the Falkenburg Rd Jail. He was escorted to an interview room by corrections deputies Upon entrance into the interview room, I advised him that I was investigating the burglary at his uncles house. I then asked him if he wanted to talk with me. He said, "piss off." The interview ended and he was taken back to his pod.

On 10/12/12 at approximately 1400 hours I delivered a CRA for Jacob Cherry with charges related to this case.

**MRE ATTACHMENT:**

CRA

---

## Narrative Text Report # 2

Document: **DETECTIVE FOLLOW UP**
Author **167433 - Fisher, Christopher R**

**Follow Up Report # HS 3**

Related date/time: **Oct-12-2012 (Fri.) 1652**

On the listed date and time, I uploaded the photos taken by Det P Cole #136776 on into the Veripic database.

# Follow Up Report # HS 4

## Assignment Information

Assigned to: **136776 - Cole, Patrick S** Rank: **Patrol Deputy**
Capacity. **Other Follow Up** Org unit: **Day A Squad 105 - D1**
Assigned on: **Oct-12-2012 (Fri.) 1119** by: **136776 - Cole, Patrick S**
Report due on: **Oct-27-2012 (Sat.)**

## Submission Information

Submitted on: **Oct-12-2012 (Fri.) 1229**
Checked by: **4880 - Metzger, Bruce W**
Approved on: **Oct-18-2012 (Thu.)** by: **4880 - Metzger, Bruce W**
**Follow Up Conclusion**
Follow Up concluded: **YES**

---

## Narrative Text Report # 1

Document: **DETECTIVE FOLLOW UP**
Author **136776 - Cole, Patrick S**
Related date/time: **Oct-12-2012 (Fri.) 1120**

On 10/02/12, I responded to 8-3105 Armenia Av in reference to Tampa PD locating possible stolen property from a HCSO case 12-506276. The property was transported to Tampa PD District One Office (3818 W Tampa Bay Blvd) by TPD and the victim, Troy Williams, was contacted via phone. He responded to the District Office and TPD Officer Spear #48813 placed several items on a table. The victim identified 7 men's silver color bracelets, 1 men's gold color Seiko watch, 2 men's silver color rings, 1 HP laptop serial# CN9117QWZ, 1 Insignia portable DVD player serial # 7126B0181AA, Targus case for the portable DVD player, 1 Ruger semi-auto P90DC pistol .45 cal serial # 660-64490 and 1 unknown make revolver .22 cal serial # N16386 in a leather holster. I located an unknown DVD in the Insignia portable DVD player and the victim stated the DVD was not his property. I took digital photos of the property and Troy Williams signed a property receipt after I gave him possession of his stolen items. I provided Det Fisher with the DVD that was located inside the Insignia DVD player.

MRE attachments.

Property Receipt

---

# Follow Up Report # HS 5

## Assignment Information

Assigned to. **167433 - Fisher, Christopher R** Rank: **Detective**
Capacity: **Continue Investigation** Org unit: **Investigations and Comm Svc**
Assigned on· **Oct-12-2012 (Fri.) 1655** by: **167433 - Fisher, Christopher R**
Report due on. **Oct-26-2012 (Fri.)**

## Submission Information

Submitted on: **Oct-30-2012 (Tue.) 1744**
Checked by· **3282 - Masci, Joel A**
Approved on: **Oct-31-2012 (Wed.)** by: **3282 - Masci, Joel A**
**Follow Up Conclusion**
Follow Up concluded. **YES**

---

## Narrative Text Report # 1

Document **DETECTIVE FOLLOW UP**
Author **167433 - Fisher, Christopher R**
Related date/time: **Oct-30-2012 (Tue.) 1732**

On 10/08/12 at approximately 12[redacted] C8PJ5983WDTD3, and then deliv[redacted] Gilbertson executed the search wa[redacted]

The data from Tyrell Sander's ph[redacted] Cherry, Giraldo Kamilo, and Tyrel[redacted]

Data from the cell phone search w[redacted] 10/1/12 at 0710 hours, which reads[redacted]

**"Whiteboi gota lick for 30 pistols nd assault rifles , we js need sum to scoup em in nd hell throw you watever want in the tank maybe even a strap"**

At 0734 hours Tyrell responds to Giraldo Kamilo with:

**"I gotchu"**

Additionally, a photo was discover[redacted] handguns. One of the handguns is a[redacted] subsequently recovered from Tyrell[redacted] (victim) as one of the handguns take[redacted]

a black Ruger, model P89, with black grips. The serial number is not visible in the photo. However, this handgun matches the description of another handgun taken during the burglary.

On 10/01/12 at 2057 hours (within hours of the burglary), Tyrell sent a text message to 813-701-4809 (listed as 'Caleb') in Tyrell's contact list which reads

**"I got straps .. Good ones"**

Tyrell then received a text from Caleb at 2103 which reads,

**"I may need one.."**

On 10/26/12 at approximately 0830 hours, I responded to the State Attorney's Office an obtained three search warrants which were reviewed by ASA Robert Petschow. I then responded to the courthouse at 800 Twiggs St., Tampa, FL and met with Judge Scott Farr. Judge Farr reviewed the search warrants, swore me in and then signed them.

On 10/26/12 at approximately 11[redacted] belonging to Jacob Cherry, to AT[redacted] received.

On 10/26/12 at approximately 11[redacted] belonging to Geraldo Kamilo, to T[redacted] was received.

On 10/26/12 at approximately 12[redacted] belonging to Tyrell Sanders, to Sp[redacted] received.

I submitted one CD, containing the[redacted] into HCSO evidence at the district [redacted]

I submitted one CD, removed from the stolen DVD player discovered in Tyrell Sanders residence, into HCSO evidence at the district 1 office.

# Follow Up Report # HS 6

## Assignment Information

Assigned to: **171550 - Flores, Elvin** Rank. **Specialist**
Capacity. **Identification** Org unit: **Forensic Services Bureau**
Assigned on **Oct-15-2012 (Mon.) 929** by: **171550 - Flores, Elvin**
Report due on: **Oct-25-2012 (Thu.)**

## Submission Information

Submitted on: **Oct-15-2012 (Mon.) 930**
Checked by: **2447 - Cashwell, Kimberly A**
Approved on: **Oct-15-2012 (Mon.)** by: **2447 - Cashwell, Kimberly A**
**Follow Up Conclusion**
Follow Up concluded **YES**

---

## Narrative Text Report # 1

Document: **INVESTIGATION**
Author. **171550 - Flores, Elvin**
Related date/time. **Oct-15-2012 (Mon.) 930**

---

To date, the latent prints received in this case were searched in the Automated Fingerprint Identification System(s) with negative results.

---

# Follow Up Report # HS 7

## Assignment Information

Assigned to: **139536 - Jarvis, Nicole C** Rank: **Specialist**
Capacity. **Identification** Org unit. **Forensic Services Bureau**
Assigned on: **Oct-17-2012 (Wed.) 1226** by: **139536 - Jarvis, Nicole C**
Report due on: **Oct-22-2012 (Mon.)**

## Submission Information

Submitted on: **Oct-17-2012 (Wed.) 1227**
Checked by: **2447 - Cashwell, Kimberly A**
Approved on: **Oct-17-2012 (Wed.)** by. **2447 - Cashwell, Kimberly A**
**Follow Up Conclusion**
Follow Up concluded: **YES**

---

## Narrative Text Report # 1

Document: **INVESTIGATION**
Author **139536 - Jarvis, Nicole C**
Related date/time: **Oct-17-2012 (Wed.) 1226**

On October 16, 2012, Detective C. Fisher, ABN 167433, requested the latent prints in this case be compared to:

Tyrell Sanders, SOID #821232
Jacob Cherry, SOID #821411.

No latent prints were identified.

The latent prints were searched in the Automated Fingerprint Identification System (AFIS). No identifications were made.

# Follow Up Report # HS 8

## Assignment Information

Assigned to: **167433 - Fisher, Christopher R** Rank: **Detective**
Capacity. **Continue Investigation** Org unit: **Investigations and Comm Svc**
Assigned on: **Oct-30-2012 (Tue.) 2159** by: **167433 - Fisher, Christopher R**
Report due on: **Nov-13-2012 (Tue.)**

## Submission Information

Submitted on. **Nov-19-2012 (Mon.) 1349**
Checked by: **3282 - Masci, Joel A**
Approved on. **Nov-20-2012 (Tue.)** by: **3282 - Masci, Joel A**
**Follow Up Conclusion**
Follow Up concluded: **YES**

---

## Narrative Text Report # 1

Document: **DETECTIVE FOLLOW UP**
Author: **167433 - Fisher, Christopher R**
Related date/time **Oct-30-2012 (Tue.) 2200**

On 10/30/12 at approximately 1000 hours, I spoke with Troy Williams (victim) on the phone. He stated that he just discovered six handguns in the dresser drawer of a guest bedroom in his residence. He said Jacob knew these particular guns had sentimental value to him and he speculated that Jacob must have placed them there rather than take them for that reason. Mr. Williams said he has never stored guns in that room and he did not place them there. He said the only reason he was in the guest bedroom today was to clear out some dresser drawers in anticipation of a guest who will be staying with him soon.

At approximately 2130 hours, I responded to [redacted] (incident scene). I observed six handguns in the top dresser drawer of the guest bedroom. I ensured all of the guns were unloaded, then I took digital photos of each one. I then handed the handguns to Dep. J. Herbert #81205 who noted the serial numbers so he could remove them from FCIC/NCIC (see supplement by same)

The handguns were not swabbed for touch DNA because these handguns were previously handled by Jacob Cherry approximately one year prior when Mr. Williams took Jacob shooting.

I uploaded all photos into the VeriPic system system.

Victim Information
F.S. 119.071(2)(i)(j); 794.024

# Follow Up Report # HS 9

## Assignment Information

Assigned to: **167433 - Fisher, Christopher R** Rank: **Detective**
Capacity: **Continue Investigation** Org unit: **Investigations and Comm Svc**
Assigned on. **Nov-19-2012 (Mon.) 1349** by: **167433 - Fisher, Christopher R**
Report due on: **Dec-03-2012 (Mon.)**

## Submission Information

Submitted on: **Dec-15-2012 (Sat.) 1851**
Checked by. **3282 - Masci, Joel A**
Approved on **Dec-18-2012 (Tue.)** by: **3282 - Masci, Joel A**
**Follow Up Conclusion**
Follow Up concluded. **YES**

---

## Narrative Text Report # 1

Document. **DETECTIVE FOLLOW UP**
Author: **167433 - Fisher, Christopher R**
Related date/time. **Dec-15-2012 (Sat.) 1844**

On 12/15/12 at approximately 1845 [redacted] one office. Cell tower data submitte [redacted]

- T-Mobile, for cell phone numbe [redacted] incident.
- AT&T, for cell phone number 81 [redacted]

## Clearance Information

Agency: **Hillsborough County**
Cleared status **Adult Arrest - Not Applicable**
Cleared on: **Oct-01-2012 (Mon.)**
Cleared by Officer 1. **167433 - Fisher, Christopher R**
Org Unit: **D1ICS - Investigations and Comm Svc**
Complainant/Victim notified: **NO**

## Related Modus Operandi - Break & Enter

BREAK IN - **Entry Made**
**OWN** premises at a(n) **Single Family Residence**
Accessed: **Rear , Patio-Sliding Glass , Door**
Occupancy status: **Owner at Work**
Op ID registered: **NO** Decals visible: **YES**
Target areas: **Attic, Master Bedroom**
Type of Security: **None**
Point of Exit. **Rear Door**
Property Taken: **Firearms**

# Related Property Report(s)

## Report Information

**Property Report #: 145363**
Property case status. **STOLEN**
Submitted on. **Oct-01-2012 (Mon.)** by: **Herbert, James V**
**Related:**
Offense: **GO HS 2012- 506276**
General remarks: **DOT:10-01-12**
Related items: **17**

## Articles

Status· **STOLEN**
Article· **DLAPTOP- DATA PROCESSING EQUIPMENT**
Make: **TOSHIB**
Model:
# of pieces: **1**
Serial # 1· **UNKNOWN**
OAN.
Value: **$300.00**
Color: **Gray**
Recovered date· **-**
Recovered value: **$0.00**
Current Location: **UNKNOWN**

## Articles

Status. **STOLEN**
Article· **YBAG- OTHER ITEMS (MISCELLANEOUS)**
Make:
Model·
# of pieces: **1**
Serial # 1. **UNKNOWN**
OAN·
Value: **$30.00**
Color: **Black**
Description: **BLACK OVERNIGHT 3.5 X 1.5 X 2**
Recovered date: **-**
Recovered value **$0.00**
Current Location: **UNKNOWN**

## Articles

Status **STOLEN**
Article: **RCDPLAY- RADIO, TV, ENTERTAINMENT DEVICES**
Make: **TOSHIB**
Model:
# of pieces· **1**
Serial # 1. **UNKNOWN**
OAN:
Value: **$150.00**
Color. **Gray**
Description: **PORTABLE DVD PLAYER**
Recovered date· **Oct-02-2012**
Recovered value. **$150.00**
Recovered location: **8-3105 ARMENIA AV**
Current Location: **UNKNOWN**

## Securities

Status. **STOLEN**
Type. **U.S. Note (Historical Value/Collectors)**

| Denomination | Number | Value |
|---|---|---|

| | |
|---|---|
| **$1000** | **$0.00** |
| **$100** | **$0.00** |
| **$50** | **$0.00** |
| **$20** | **$0.00** |
| **$10** | **$0.00** |
| **$5** | **$0.00** |
| **$2** | **$0.00** |
| **$1** | **$0.00** |
| **Half dollars** | **$0.00** |
| **Quarters** | **$0.00** |
| **Dimes** | **$0.00** |
| **Nickels** | **$0.00** |
| **Pennies** | **$0.00** |

Denomination. **$600.00**
Value. **$600.00**
Country / Issuer. **UNITED STATES OF AMERICA**
Year Issued: **2012**
Serial # 1. **UNKNOWN**
Description **$600 IN US CURRENCY CHANGE**
Recovered date: **-** Recovered value: **$0.00**
Current Location: **UNKNOWN**

## Firearm

Status. **STOLEN**
Make: **CZ Gun Trade**
Item: **Pistol** Type: **Semi-Auto**
Model. **CZ240** Caliber: **40**
Barrel length: Finish: **COM**
Serial #: **RA0336**
OAN· Value· **$500.00**
Description· **40 CAL HANDGUN WITH BLACK GRIP**
Recovered date **Oct-30-2012** Recovered value **$500.00**
Recovered location: [redacted]
Flags: **n**
Current Location· **UNKNOWN**

## Firearm

Status: **STOLEN**
Make: **Taurus**
Item. **Pistol** Type· **Semi-Auto**
Model: **PT III PRO** Caliber **9**
Barrel length: Finish **BLK**
Serial #: **TZE30Z53**
OAN Value: **$400.00**
Description: **TAURUS PT III PRO 9MM, TROY WILLIAMS 813 340 6600**
Recovered date: **Oct-30-2012** Recovered value: **$400.00**
Recovered location: [redacted]
Flags· **n**

Current Location: **UNKNOWN**

**Firearm**

Status. **STOLEN**
Make: **Kel-Tec**
Item. **Pistol** Type **Semi-Auto**
Model: **P11 LUGER** Caliber: **9**
Barrel length: Finish. **BLK**
Serial #· **R9766**
OAN: Value· **$350.00**
Description: **KEL-TEC P-11 LUGER 9MM, TROY WILLIAMS**[redacted]
Recovered date. - Recovered value: **$0.00**
Flags: **n**
Current Location: **UNKNOWN**

**Firearm**

Status **STOLEN**
Make **Walther, Carl**
Item: **Pistol** Type: **Semi-Auto**
Model: **PPK** Caliber: **32**
Barrel length: Finish. **BLK**
Serial # **352995**
OAN. Value: **$600.00**
Description: **IN BLACK HOLSTER, EXTENDED FINGER CLIP**
Recovered date: **Oct-30-2012** Recovered value: **$600.00**
Recovered location:[redacted]
Flags **n**
Current Location: **UNKNOWN**

**Victim Information F.S. 119.071(2)(i)(j); 794.024**

**Firearm**

Status: **STOLEN**
Make: **Erma/Erma Werke**
Item: **Pistol** Type **Semi-Auto**
Model: **EP** Caliber: **25**
Barrel length: Finish· **BLU**
Serial # **1466**
OAN· Value: **$250.00**
Description: **WOODED GRIPS ON HANDLE., TROY WILLIAMS 813 340 6600**
Recovered date: **Oct-30-2012** Recovered value: **$250.00**
Recovered location: [redacted]
Flags: **n**
Current Location: **UNKNOWN**

**Firearm**

Status: **STOLEN**
Make **Taurus**
Item. **Pistol** Type· **Semi-Auto**
Model **357** Caliber **357**
Barrel length Finish: **COM**

Serial #. **L1669774**
OAN. Value **$600.00**
Description: **WOODEN HADLES, TROY WILLIAMS 813 340 6600**
Recovered date **Oct-30-2012** Recovered value: **$600.00**
Recovered location [redacted]
Flags: **n**
Current Location: **UNKNOWN**

**Firearm**

Status: **STOLEN**
Make: **Smith & Wesson (US Shotgun; Brand Smith & Wesson)**
Item: **Pistol** Type: **Semi-Auto**
Model: **M P** Caliber: **9**
Barrel length: Finish: **BLK**
Serial #: **DTL8949**
OAN: Value: **$600.00**
Description: **TROY WILLIAMS** [redacted]
Recovered date **Oct-07-2012** Recovered value: **$200.00**
Recovered location **WATERS AV / LAMAR AV**
Flags: **n**
Current Location: **UNKNOWN**

**Firearm**

Status: **STOLEN**
Make **Smith & Wesson (US Shotgun; Brand Smith & Wesson)**
Item: **Pistol** Type: **Semi-Auto**
Model. **S P** Caliber: **45**
Barrel length: Finish: **BLK**
Serial #: **DTA9674**
OAN: Value **$900.00**
Description: **HAS TAC LIGHT UNDER BARRELL, TROY WILLIAMS** [redacted]
Recovered date: **-** Recovered value: **$0.00**
Flags: **n**
Current Location: **UNKNOWN**

**Firearm**

Status: **STOLEN**
Make. **Ruger**
Item: **Pistol** Type: **Semi-Auto**
Model: Caliber: **45**
Barrel length: Finish **BLK**
Serial # **66064490**
OAN Value: **$450.00**
Description: **TROY WILLIAMS**[redacted]
Recovered date: **Oct-03-2012** Recovered value: **$450.00**
Recovered location: **3105 ARMENIA AV APT 8**
Flags: **n**
Current Location: **UNKNOWN**

Victim Information
F.S. 119.071(2)(i)(j); 794.024

**Firearm**

Status: **STOLEN**
Make: **Ruger**
Item: **Pistol** Type. **Semi-Auto**
Model: Caliber: **40**
Barrel length: Finish. **BLK**
Serial #: **34059044**
OAN: Value: **$450.00**
Description: **TROY WILLIAMS** [redacted]
Recovered date: **-** Recovered value. **$0.00**
Flags. **n**
Current Location **UNKNOWN**

**Firearm**

Status. **STOLEN**
Make: **Ruger**
Item: **Pistol** Type: **Semi-Auto**
Model: Caliber: **9**
Barrel length. Finish: **BLK**
Serial #: **31447710**
OAN Value: **$450.00**
Description: **TROY WILLIAMS** [redacted]
Recovered date: **-** Recovered value: **$0.00**
Flags: **n**
Current Location **UNKNOWN**

**Firearm**

Status: **STOLEN**
Make. **Remington (Fieldmaster)**
Item: **Pistol** Type: **Semi-Auto**
Model: Caliber: **45**
Barrel length Finish: **COM**
Serial #: **1934630M911**
OAN: Value: **$900.00**
Description **REMINGTON 45 US MILITARY ISSUE**
Recovered date: **Oct-30-2012** Recovered value: **$900.00**
Recovered location [redacted]
Flags: **n**
Current Location **UNKNOWN**

Victim Information
F.S. 119.071(2)(i)(j); 794.024

**Firearm**

Status: **STOLEN**
Make **Unknown or unpublished gun make code**
Item: **Pistol** Type: **Semi-Auto**
Model: Caliber: **9**
Barrel length: Finish: **BLK**
Serial #. **UNKNOWN**
OAN: Value: **$400.00**

Description: **MILLENIUM HANDGUN IN GOLD LETTERING**
Recovered date: - Recovered value: **$0.00**
Current Location: **UNKNOWN**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

# Related Property Report(s)

## Report Information

**Property Report #: 145463**
Property case status **STOLEN**
Submitted on. **Oct-02-2012 (Tue.)** by: **Herbert, James V**
**Related:**
Offense. **GO HS 2012- 506276**
Related items· **2**

## Firearm

Status: **STOLEN**
Make: **Kel-Tec**
Item **Pistol** Type. **Semi-Auto**
Model. Caliber: **9**
Barrel length· Finish: **BLK**
Serial #: **UNKNOWN**
OAN: Value: **$300.00**
Recovered date. - Recovered value: **$0.00**
Current Location. **UNKNOWN**

## Firearm

Status: **STOLEN**
Make. **Unknown or unpublished gun make code.**
Item: **Pistol** Type: **Revolver**
Model Caliber: **22**
Barrel length: Finish. **OTH**
Serial #: **N16386**
OAN: Value. **$100.00**
Description: **OLDER REVOLVER WITH WOODEN HANDLE, UNK MAKE. POSS DIDNT WORK**
Recovered date: **Oct-02-2012** Recovered value. **$100.00**
Recovered location: **8-3105 ARMENIA AV**
Current Location· **UNKNOWN**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

# Related Property Report(s)

## Report Information

**Property Report #: 152820**
Property case status: **EVIDENCE**
Submitted on: **Dec-15-2012 (Sat.)** by: **Fisher, Christopher R**
**Related:**
Offense: **GO HS 2012- 506276**
Location: **14102 20TH ST N TAMPA**
Municipality: **HILLSBOROUGH COUNTY** County: **Hillsborough County**
General remarks: **CD CONTAINING CELL TOWER DATA**
Related items. **1**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

## Related Arrest Report: AB# 2012-12044069

Arrestee. SA[redacted]
Date of birth: [redacted]
Related CD#: **685649**

## Arrest Information

Status: **Probable Cause**
Reason for arrest· **Probable Cause**
Arrest date. **Oct-02-2012 (Tue.) 2122**
Rush file required **NO**
Booked into cell: **YES**
Arrest agency. **Hillsborough County Sheriff**
Arresting officers: **167433 - Fisher, Christopher R**
Summary of facts: **ARMED BURGLARY OF A STRUCTURE**

Arrest location

SODA zone: **NO** Drug free zone· **NO**

### Additional Arrest Information

Case Screened· **NO**
Notify victim on release: **NO**
Juvenile: **NO**
Armed with: **Unarmed**
Diversion recommended. **NO**
Interpreter needed. **NO**
Rights given. **NO**
Marital status **Separated**
Mental exam required. **NO**
Statement taken: **NO**
Fingerprinted. **NO** Photo taken: **NO**
CD updated **NO**
Family notified· **NO**
Lawyer called: **NO**
Meal given: **NO** Coffee given: **NO**
Arrestee's occupation· **STUDENT**
Detained: **NO**

*** END OF HARDCOPY ***

# EXHIBIT J

## General Offense Information

Operational status: **ARREST -PATROL**
Reported on: **Oct-07-2012 (Sun.) 400**
Occurred on: **Oct-07-2012 (Sun.) 400**
Approved on: **Oct-17-2012 (Wed.)** by: **31651 - DIAZ, ERIC J (INACTIVE)**
Report submitted by: **36888 - BRISSENDEN, MARK E (INACTIVE)**
Org unit: **SAC**
Address: **N LAMAR AVE / E WATERS AVE**
Municipality: **TAMPA**
District: **2** Beat: **D2** Grid: **37**
Special study: **Not Applicable**
Family violence: **No**

## Offenses (Completed/Attempted)

Offense: # **1 9500-100 ASSIST O/J - RECOVERED PROP - COMPLETED**
Location: **Parking Lot/Garage**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**

# Related Attachment(s) - Firearms Entry Form

Attachment Description:
Reference Number: **12-560484**

DATE: 10/7/12

TAMPA POLICE DEPARTMENT
FIREARMS ENTRY FORM

PAGE 1 OF 1

TYPE OF OFFENSE: Auto Burglary FIREARMS INVESTIGATOR NOTIFIED: No TPD REPORT #: 12-560484

OFFICER: A. Bonner PAYROLL #: 50417

RECOVERY ADDRESS: Lamar Ave / Waters Ave GRID: 37

PROPERTY TYPE: EVIDENCE X FOUND ____ PERSONAL ____ ASSIST O.J. ____

SUSPECT: Jacob Cherry R/ W S/ M D.O.B. 8/29/[redacted]

SUSPECT: ____ R/ ____ S/ ____ D.O.B. ____

VICTIM: ____ D.O.B. ____

OWNER/FINDER: ____ D.O.B. ____

LAB #

PACKAGE # 1 CONTROL # 1401784-1 ITEM # 1 LOCATION: GV - GW

MAKE: [redacted] MODEL: [redacted] SER. #: [redacted]

CALIBER: 9mm REVOLVER: ____ PISTOL: X SHOTGUN: ____ RIFLE: ____

DESCRIPTION: Black pistol with mounted light

MISC. GUN ITEMS: 1 magazine with 15 rounds of ammunition

IMPORTER: ____ COUNTRY OF ORIGIN ____

AMMO

PACKAGE # 2 CONTROL # 1401784-2 ITEM # 1 LOCATION: GV - GUNS

AMMO CAL: 9mm QUANTITY: 15

DESCRIPTION: Hollow point

PACKAGE # ____ CONTROL # ____ ITEM # ____ LOCATION: ____

MAKE: ____ MODEL: ____ SER. #: ____

CALIBER: ____ REVOLVER: ____ PISTOL: ____ SHOTGUN: ____ RIFLE: ____

DESCRIPTION: ____

MISC. GUN ITEMS: ____

IMPORTER: ____ COUNTRY OF ORIGIN ____

AMMO

PACKAGE # ____ CONTROL # ____ ITEM # ____ LOCATION: ____

AMMO CAL: ____ QUANTITY: ____

DESCRIPTION: ____

SEALED PACKAGE RECEIVED BY: Vitevi

EVIDENCE TECHNICIAN PAYROLL #: 43147

DATA ENTRY BY PAYROLL #: 43141

TIME RECEIVED 0610

REPORT #: 12-560484

TPD 1006 (4/02)

# Related Attachment(s) - Criminal Report Affidavit

Attachment Description: **JDC**
Reference Number:

Use Ballpoint Pen
Press Firmly

**CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR**

1872270
GRID # 37

COURT CASE/ J.F. ID # ______ SAO # ______ OBTS # ______

AGENCY REPORT # 12-560484 AGENCY NAME TAMPA PD ORI # 02902

LOCATION OF OFFENSE ~~404 E SEWARD ST~~ LAMAR AVE N / WATERS AVE E DATE OF OFFENSE 10-7-12 TIME OF OFFENSE 0401

WITHIN: TAMPA ☒ PLANT CITY ☐ TEMPLE TERRACE ☐ UNINCORPORATED AREA ☐ SUPPLEMENTAL CRA ATTACHED ☐

COURT: TAMPA COURT ☒ PLANT CITY CT ☐

LOCATION OF ARREST LAMAR AVE N / WATERS AVE E DATE OF ARREST 10-7-12 TIME OF ARREST 0410

BOOKING # ______ SOID # ______ WEAPON TYPE HAND GUN WEAPON SEIZED Yes ☒ No ☐

ARREST: ☒ Probable Cause ☒ Adult ☐ Capias ☐ Juvenile ☐ Fugitive Warrant ☐ Delinquency ☐ VOP/VOCC ☐ Dependency ☐ Warrant ☒ Felony ☐ Juvenile Pickup ☐ Misdemeanor ☐ Traffic MISD

REQUEST FOR: ☐ Direct File/SAO Review ☐ Traffic FEL ☐ Ordinance ☐ Warrant ☐ Pickup ☐ Summons ☐ Other ☐ Juvenile Pickup

NOTICE TO APPEAR: ☐ Arresting officer ☐ Booking supervising officer

NAME CHERRY JACOB Daniel (Last, First, Middle) ALIAS [redacted] BUILD MED

RACE: W-White I-American Indian/Alaskan Native HW-Hispanic White HB Hispanic Black B-Black O-Oriental/A[redacted] WEIGHT 210

Race B SEX M D.O.B. 9 / 29 / 94 (MO / DAY / YEAR) APPROXIMATE AGE COLOR: EYES GREEN HAIR BLD

LOCAL ADDRESS [redacted]

Permanent Address [redacted]

Business Address (Street, Apt. #, City, State, Zip)

Driver's License No. ______ State ______ SS # [redacted] PLACE OF BIRTH MASS DOC # ______

Gang Member: Yes ☒ No ☐ Gang Name BLOODS

SCARS, MARKS, TATOOS, UNIQUE FEATURES (Loc., Type, Desc.) TATS ON FACE "CHINESE SYMBOL" TATS ON CHEST

IF JUVENILE:
School Name ______
Mother/Guardian ______ Address ______ Ph #: ______
Father/Guardian ______ Address ______ Ph #: ______
Released To: JAC ☐ Parent ☐ Guardian ☐ Other Relationship ☐ ☐ Other ______

Co-Defendant (Last, First, Middle) Giraldo, Kamilo Sex: M Race: H DOB 11-28-95
Arrested ☐ At Large ☐ Capias/Warrant Requested ☐ Felony ☒ Misdemeanor ☐ Juvenile ☐

Co-Defendant (Last, First, Middle ______ Sex: ____ Race: ____ DOB ______
Arrested ☐ At Large ☐ Capias/Warrant Requested ☐ Felony ☐ Misdemeanor ☐ Juvenile ☐

| STATUTE (subsec.) / ORD # | DV | CP | CHARGE STATUS | BOND SET | CHARGE | TRAFFIC CITATION # | DRUG ACT/TYPE |
|---|---|---|---|---|---|---|---|
| 790.01 (2) | N | N | F | | CARRY CONCEALED FIREARM | — | — |
| | | | | | | | |
| | | | | | | | |

CHARGE STATUS: F-Felony M-Misdemeanor T-Traffic O-Ordinance FT-Felony Traffic DV-Domestic Violence CP-Child Present
ACTIVITY: N-N/A P-Possess S-Sell B-Buy T-Traffic R-Smuggle D-Deliver E-Use K-Dispense/Distribute M-Manufacture/Produce/Cultivate Z-Other
Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv. P-Paraphernalia/Equipment S-Synthetic U-Unknown Z-Other

A LIST OF TANGIBLE EVIDENCE (If none, write "None") (Evidence List must be provided for all NOTICES TO APPEAR)

| DESCRIPTION/AMOUNT PER UNIT | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
|---|---|---|---|
| HAND GUN - SMITH + WESSON M+P 9mm (SER # DTL5949) | | | |

Mandatory Appearance in Court ☐ You need not appear in Court, but must comply with instructions on Reverse Side. ☐

COURT INFORMATION: You must appear in County Court at the:
COURTHOUSE TOWER ANNEX, 801 E. TWIGGS STREET ☐ (Corner of Jefferson & Twiggs Street), TAMPA, FLORIDA 33602
COUNTY OFFICE BUILDING, MICHIGAN & REYNOLDS STREET ☐ PLANT CITY, FLORIDA 33566

Division ______ COURTROOM # ______ ON ______, 20____, AT ______ a.m. ☐ p.m. ☐

I agree to appear at the time and place designated above to answer for the offense(s) charged or to pay the fine subscribed. I understand that if I willfully fail to appear before the Court as required by the Notice to Appear, I may be held in contempt of Court and a warrant for my arrest shall be issued. You may also be charged with the crime of Failure to Appear, F.S. 843.15. I certify that my address as listed above is correct and I further understand that I have a continuing duty to advise the Court of any changes in my address as set forth above.

Signature of Defendant/Juvenile ______ Parent or Guardian (If Juvenile) ______

White - Clerk of Court Green - State Attorney Canary - Arresting Agency Pink - Central Booking/Detention Center Goldenrod - Defendant

AGENCY NAME TAMPA PD REPORT # 12-560484

AGENCY REPORT # 12-560484 AGENCY NAME TAMPA 1872270

State facts to establish probable cause that a crime was committed by the defendant or that the child is dependent:
On listed date and time the defendant and co-defendant were observed attempting to break into victims vehicle. Both defendants were stopped on E. Waters Ave / Bent St. Victim ID'd both defendants on scene. Search incident to arrest revealed a stolen firearm in the defendants right front pocket [redacted] Serial # [redacted]

Defendant was ID'd verbally and mugshot

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27: $130.00

OFFICER ______
I.D. # ______ Dist. & Squad ______ (Please Print The Above Information)

POLICE REPORT WRITTEN: Yes ☒ No ☐
OFFICER D. Hazelet I.D. # 50205 Dist. & Squad SQ2/2

SWORN TO AND SUBSCRIBED BEFORE ME THIS 4 DAY OF Oct 2012
A1361 A. Petiacy ZED
Name/Title of Person Authorized to Administer Oath

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED.
AFFIANT, Signature [signature]
AFFIANT, Print/Type Name David Hazelet

I am the Victim ☐ Contact person for the victim ☐ or, Next of Kin of the victim ☐ in a Homicide ☐ Sexual Offense ☐ Stalking ☐ Domestic Violence ☐ Child Abuse ☐ (Including Attempts) Other ☐ ______
I wish to be notified if the defendant is released from jail. Yes ☐ No ☐

NAME ______ Last ______ First ______ Middle ______ Phone ______ (area code) phone - number
Address ______ Street ______ Apt # ______ City, State, Zipcode

______ VICTIM'S SIGNATURE ______ DATE ______ PIN #

AGENCY REPORT # 12-560484 AGENCY NAME TAMPA PD

## ARRESTING AGENCY

SAO FORM-425, 10/03

WITNESS STATUS: ☐ V-VICTIM ☐ C-Complainant ☐ W-All Other Witnesses ☐ Check if Witness Was Sworn

1872270

☐ STATUS ______ Last Williams First Troy Middle ______ Race ______ Sex ______ Date of Birth ______
Home Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone 813-[illegible] ______
Business Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______

☐ STATUS ______ Last ______ First ______ Middle ______ Race ______ Sex ______ Date of Birth ______
Home Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______
Business Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______

☐ STATUS ______ Last ______ First ______ Middle ______ Race ______ Sex ______ Date of Birth ______
Home Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______
Business Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______

☐ STATUS ______ Last ______ First ______ Middle ______ Race ______ Sex ______ Date of Birth ______
Home Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______
Business Address (Street, Apartment Number) ______ City ______ State ______ Zipcode ______ Phone ______

☐ STATUS ______ Last ______ First ______ Middle ______ Race ______ Sex ______ Date of Birth ______
Home Address (Street, Apartment Number)

[redacted]

## Related Attachment(s) - ATF TRACE

Attachment Description:
Reference Number:

[redacted]

# Related Attachment(s) - Property Record (Evidence)

Attachment Description:
Reference Number:

**TAMPA POLICE DEPARTMENT**
**PROPERTY RECORD**

PAGE 1 OF 1

TYPE OF OFFENSE: ASSIST O / J RECOVERED PROP TPD REPORT #: 12-560484

EVIDENCE INDICATOR: Y☑ N☐

PROPERTY CASE STATUS: EVIDENCE☑ FOUND☐ RECOVERED☐ DECEASED☐ PERSONAL☐

DATE SUBMITTED: 11/29/12 BY: HONRADA-STACY, E 47675 DIV: Evidence PAYROLL: 47675

OFC/ DET: BRUNNER, ALAN DIV: D2 PAYROLL: 50417

LAB #: 20120308348

| RELATED PERSONS | LAST | FIRST | M | DOB |
|---|---|---|---|---|
| SUSPECT: | | | | DOB: |
| OWNER: | | | | DOB: |
| VICTIM: | CHERRY | JACOB | D | [redacted] |
| CLAIM: Y☐ N☐ FINDER: | | | | DOB: |
| FINDER'S ADDRESS: | | | | DOB: |
| ADDITIONAL RELATED PERSONS: | | | | DOB: |

**NOTE: FIREARMS ENTERED WITH OTHER PROPERTY ARE LISTED ON A FIREARMS SUPPLEMENT.**

| PKG# | ITEM | | NARCOTICS WEIGHT | NARCOTICS VALUE | PROPERTY SECTION CONTROL # | PROPERTY SECTION BIN |
|---|---|---|---|---|---|---|
| | | Sealed pkg(s) returned via courier from FDLE | | | | |
| | | said to contain: | | | | |
| 1 | 1.1 | TESTS FIRED IN/FROM EX. 1401784-1 | | | 1409,321 | NIBIN |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SEALED PACKAGE RECEIVED BY: HONRADA-STACY, E

EVIDENCE TECHNICIAN PAYROLL #: 47675

DATA ENTRY BY PAYROLL #: 47675

PACKAGE ENTRY TIME: 09:45

TPD 7 (7/03)

## Related Attachment(s) - FDLE Laboratory Evidence Release Form

Attachment Description:
Reference Number:

12-560484

Florida Department of Law Enforcement
Tampa Bay Regional Operations Center

D2

**Laboratory Evidence Release Form** 50417 - Brunner, Man
*Tampa Police Department*

Assist O/J Recovered Prop.

**Lab Case:** 20120308348
**Department Case:** 2012-560484

| Cont. | Item | Description |
|---|---|---|
| Temp | 1 | One (1) sealed sealed white box containing handgun described as : [redacted] 15 live rounds. (Dept. Item #1401784-1,2) |
| (T) | 1.1 | One (1) sealed sealed manila envelope containing Test fire(s) described as : Tests fired in/from Ex. 1401784-1 (Dept. Item #TF 1401784-1) NIBIN |

Def #1. Cherry, Jacob [redacted]
29 Aug. 1994

E. Honrada-Stacy
- 11/29/2012 9:45 am EST

Michelle L. Pittman (Lab) - 11/29/2012
Signature (Released By)

Page 6 of 7

# Related Attachment(s) - Property Transfer Record

Attachment Description:
Reference Number:

**TAMPA POLICE DEPARTMENT**
**PROPERTY TRANSFER RECORD**

PAGE ___ OF ___

REPORT # 12-560484

The following is a record of temporary removal of property held in storage by the above listed report number.

1. CONTROL #: 1401784 [redacted] Pkg. #: 1 ITEM #: 1,2
DESCRIPTION: [redacted] 15 LIVE ROUNDS
OUT-DATE: 11-7-12 TIME: 1030 OFFICER: WEEKS PAYROLL #: 26179
PURPOSE: FDLE LAB EVID. TECH. W. Vazquez PAYROLL #: 43108
IN-DATE: 29 NOV TIME: 0945 OFFICER: EH PAYROLL #: 47675
SEALED PACKAGE RETURNED TO EVID. TECH.: EH PAYROLL #: 47675

2. CONTROL #: ______ Pkg. #: ______ ITEM #: ______
DESCRIPTION: ______
OUT-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
PURPOSE: ______ EVID. TECH. ______ PAYROLL #: ______
IN-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
SEALED PACKAGE RETURNED TO EVID. TECH.: ______ PAYROLL #: ______

3. CONTROL #: ______ Pkg. #: ______ ITEM #: ______
DESCRIPTION: ______
OUT-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
PURPOSE: ______ EVID. TECH. ______ PAYROLL #: ______
IN-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
SEALED PACKAGE RETURNED TO EVID. TECH.: ______ PAYROLL #: ______

4. CONTROL #: ______ Pkg. #: ______ ITEM #: ______
DESCRIPTION: ______
OUT-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
PURPOSE: ______ EVID. TECH. ______ PAYROLL #: ______
IN-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
SEALED PACKAGE RETURNED TO EVID. TECH.: ______ PAYROLL #: ______

5. CONTROL #: ______ Pkg. #: ______ ITEM #: ______
DESCRIPTION: ______
OUT-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
PURPOSE: ______ EVID. TECH. ______ PAYROLL #: ______
IN-DATE: ______ TIME: ______ OFFICER: ______ PAYROLL #: ______
SEALED PACKAGE RETURNED TO EVID. TECH.: ______ PAYROLL #: ______

12-560484

## Related Attachment(s) - FDLE CASE TRACKING FORMS

Attachment Description:
Reference Number:

FDLE
Florida Department of Law Enforcement
Tampa Bay Regional Operations Center
4211 North Lois Avenue
Tampa, Florida 33614
1-800-226-1140
www.fdle.state.fl.us

CASE TRACKING FORM

| FDLE | |
|---|---|
| Submitted By | R. Meeks |
| Received By | Maureen Meehan |
| Received On | 11/07/2012 11:09 EST |
| Case | 20120308348 |
| Submission | 1 |
| Packages with submission | 1 |
| Tampa Police Department | |
| ORI | FL0290200 |
| Agency Case # | 2012-560484 |
| Case References: | No |

PRIMARY AGENCY INFORMATION

Tampa Police Department
Attn: Meeks
One Police Center
411 N Franklin Street
Tampa, FL 33602-0000

Phone: 276-3647

OFFENSE INFORMATION

County of Offense Hillsborough County
Offense Date October 07, 2012
Offenses Firearms/Weapons Offenses

SUBJECTS
Cherry, Jacob

| Cont. | FDLE Item # | Agency Item No. | Description of Evidence | Analysis Requested |
|---|---|---|---|---|
| | 1 | 1401784-1,2 | SWBOX; handgun - [redacted] 15 live rounds. | FA-N |

Comments

Submitted By:

R. Meeks

Received By:

Maureen Meehan
Crime Laboratory Technician

12-560484

Page 1 of 1

## Related Attachment(s) - Property Disposition Form

Attachment Description:
Reference Number:

TAMPA POLICE DEPARTMENT
PROPERTY DISPOSITION FORM

PAGE 1 OF 1

TO: PROPERTY SECTION
FROM: NAME Det B. McCLAIN DIV: SIB/561
TPD REPORT #: 12-560484
PAYROLL #: 47472

DISPOSITION CODES

| | | | |
|---|---|---|---|
| 1 - Assets | A - Auction | G - Gun Disposal | S - Return to Suspect |
| 2 - Release (Case File) | B - Burned | L - Lab | T - Transfer other Govt. |
| 3 - Held by Court | C - Donation/Charity | N - Narcotics Disposal | |
| 8 - General Fund | D - Destroy | O - Return to Owner | |
| 9 - LETF | F - Return to Finder | R - Return to Lienholder | |

The following disposition is hereby authorized for property held under the above report number.

1. CONTROL #: 1401784-1 [redacted] Pkg. #: [redacted] 1
DESCRIPTION: [redacted] SN [redacted]
DISPOSITION CODE(s): [redacted]
NAME: [redacted]
ADDRESS: [redacted]
Toc AUTHORIZING [redacted]
RECEIVED SIGNATURE: [signature] DATE: 4/25/13
EVIDENCE TECH.: [signature] PAYROLL #: 48368 DISPOSAL DATE: 4/25/13

2. CONTROL #: 1401784-2 Pkg. #: 1 ITEM #: 2
DESCRIPTION: AMMO (15) 9mm
DISPOSITION CODE(s): -D-
NAME: D.O.B.
ADDRESS: ZIP PH.
Toc AUTHORIZING SIGNATURE: Det B. McClain DATE: 4/25/13
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH.: [signature] PAYROLL #: 48368 DISPOSAL DATE: 4/25/13

3. CONTROL #: Pkg. #: ITEM #:
DESCRIPTION:
DISPOSITION CODE(s):
NAME: D.O.B.
ADDRESS: ZIP PH.
AUTHORIZING SIGNATURE: DATE:
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH.: PAYROLL #: DISPOSAL DATE:

4. CONTROL #: Pkg. #: ITEM #:
DESCRIPTION:
DISPOSITION CODE(s):
NAME: D.O.B.
ADDRESS: ZIP PH.
AUTHORIZING SIGNATURE: DATE:
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH.: PAYROLL #: DISPOSAL DATE:

12-560484

TPD 4 (5/01)

Case # 12-560484

TAMPA POLICE DEPARTMENT

PROPERTY AND EVIDENCE SECTION

FIREARMS RELEASE FORM

RECEIVER'S (Owner's) NAME. Williams (Last) Troy (First) B (Middle)

D[redacted] SEX: Female ____ Male ✓

Certification of Receiver (Owner) - Each question must be answered with a "Yes" or "No" on the line to the right of the question.

1. Are you under indictment or an informant in any court for a crime punishable by imprisonment for a term exceeding one year? NO

2. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (Note: A "yes" answer is necessary if the judge could have given a sentence for more than one year. A "yes" answer is not required if you have been pardoned for the crime of the conviction has been expunged, or set aside, or you have had your civil rights restored and, under the law where the conviction occurred, you are not prohibited from receiving or possessing any firearm). NO

3. Are you a fugitive from justice? NO

4. Are you addicted to marijuana or any depressant, stimulant, narcotic drug, or any controlled substance? NO

5. Have you been adjudicated mentally incompetent? NO

6. Have you been convicted in any court of a misdemeanor crime of domestic violence? (Note: a "yes" answer will require a court order). NO

7. Are you subject to a court order or injunction that prohibits you from possessing a firearm? NO

I hereby certify under penalty of perjury that the answers to the above questions are true and correct. I understand that a person who answers "yes" to any of the above questions is prohibited from receiving and, possessing a firearm, except as otherwise provided by Federal Law.

RECEIVER'S (OWNER'S) SIGN[redacted]

DATE: 4-25-13

RELEASED BY: Det B. McClai PAYROLL NUMBER: 47472

12-560484

[redacted]

# Related Attachment(s) - Property Disposition Form

Attachment Description:
Reference Number:

TAMPA POLICE DEPARTMENT
PROPERTY DISPOSTION FORM

PAGE 1 OF 1

TO: PROPERTY SECTION

TPD REPORT# 12-560484

FROM: Sara Price DIV.: CID PAYROLL# 47683

DISPOSITION CODES

| | | | |
|---|---|---|---|
| 1-Assets | A-Auction | G- Gun Disposal | S- Return to Suspect |
| 2-Release (Case File) | B-Burned | L-Lab | T-Transfer other Govt. |
| 3-Held by Court | C-Donation/Charity | N-Narcotics Disposal | |
| 8-General Fund | D-Destroy | O-Return to Owner | |
| 9-LEFT | F-Return to Finder | R-Return to Lienholder | |

The following disposition is hereby authorized for property held under the above report number.

1. CONTROL #: 1409321 Pkg. # 1 ITEM #: 1
DESCRIPTION: NIBIN casings
DISPOSITION CODES (s): D
NAME: D.O.B
ADDRESS: ZIP PH
AUTHORIZING SIGNATURE: DATE: 10/13/22
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH: Sto PAYROLL#: 48566 DISPOSAL DATE: 10/19/22

TOL

2. CONTROL #: Pkg. # ITEM #:
DESCRIPTION:
DISPOSITION CODES (s):
NAME: D.O.B
ADDRESS: ZIP PH
AUTHORIZING SIGNATURE: DATE:
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH: PAYROLL#: DISPOSAL DATE:

3. CONTROL #: Pkg. # ITEM #:
DESCRIPTION:
DISPOSITION CODES (s):
NAME: D.O.B
ADDRESS: ZIP PH
AUTHORIZING SIGNATURE: DATE:
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH: PAYROLL#: DISPOSAL DATE:

4. CONTROL #: Pkg. # ITEM #:
DESCRIPTION:
DISPOSITION CODES (s):
NAME: D.O.B
ADDRESS: ZIP PH
AUTHORIZING SIGNATURE: DATE:
RECEIVED SIGNATURE: DATE:
EVIDENCE TECH: PAYROLL#: DISPOSAL DATE:

# Related Event(s)

| | |
|---|---|
| AB | 2012-12044741 |
| AB | 2012-560457 |
| GO | 2012-560457 |

# Related Person(s)

## 1. DEFENDANT # 1 - CHERRY, JACOB DANIEL

### (Case Specific Information)

Sex: **Male**
Race: **WHIT**[redacted]
Date of birth: [redacted]
Address: **8314**[redacted]
Mu[redacted]
**Phone Numb**[redacted]
Home: [redacted]

**Particulars**

Place of birth: **Massachusetts**
Occupation: **STUDENT**
Employer: **PAXON 9401 BOULEVARD N**
Citizenship: **America, United States of**
Marital status: **Single**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **6'00** Weight: **210** lbs.
Build: **Large** Complexion: **FAIR**
Handed: **Right Handed**
Eye color: **GREEN**
Hair color: **BLOND/STRAWBERRY**
Hair style: **Short Length**
Additional remarks: **AS OF 09/25/2012**

**Master Name Index Reference**

Name: **CH**[redacted]
Sex: **Male**
Race: **WH**[redacted]
Date of birt[redacted]
Ethnicity: [redacted]
Address: **8**[redacted]
M[redacted]
**Phone num**[redacted]
Home: **(81**[redacted]

**Charge Summary**

**Charge # 1**

Offense date: **Oct-07-2012 (Sun.) 401**
Offense : **CARRY CONCEALED FIREARM (CCF)**
Charge statute: **F3 790.01**
Docket #: **2937026164**
Domestic Violence: **No**

**Linkage factors**

Resident status : **City (Tampa)**
Age range : **18-21 Years**

## 2. OTHER # 1 - GONZALEZ, JAZZMYN NICHOLE

## (Case Specific Information)

Sex: **Female**
Race: **WHITE** [redacted]
Date of birth: [redacted]
Address: **4900** [redacted]
Mu[redacted]

**Particulars**

Place of birth: **Florida**
Occupation: **STUDENT**
Employer: **ADAMS MIDDLE SCHOOL 10201 BOULEVARD N**
Citizenship: **America, United States of**
Marital status: **Single**
Language(s) spoken: **English**
Height: **5'8** Weight: **170** lbs.
Build: **Medium** Complexion: **LIGHT**
Handed: **Right Handed**
Eye color: **GREEN**
Hair color: **BROWN**
Hair style: **Long Straight**

**Master Name Index Reference**

Name: **GONZALEZ, JAZZMYN NICHOLE**
Sex: **Female** [redacted]
Race: **WHI**[redacted]
Date of birt[redacted]
Address: **49**[redacted]
M[redacted]
**Phone num**[redacted]
Home: **(81**[redacted]
Business: [redacted]

**Linkage factors**

Resident status : **City (Tampa)**

Age range : **16-17 Years**

## 3. JUV-DEFENDA # 2 - GIRALDO, KAMILO NMI

### (Case Specific Information)

Sex: **Male**
Race: **WHITE**
Date of birth: [redacted]
Address: **2813** [redacted]
Mun [redacted]
**Phone Numb** [redacted]
Home: [redacted]
Business: [redacted]

**Particulars**

Place of birth: **Colombia**
Occupation: **STUDENT**
Employer: **GED JEFFERSON ADULT**
Citizenship: **America, United States of**
Marital status: **Single**
Ethnicity: **Colombian**
Language(s) spoken: **Spanish**
Height: **5'09** Weight: **175** lbs.
Disability: **None Known**
Build: **Medium** Complexion: **MEDIUM BROWN**
Handed: **Left Handed**
Eye color: **BROWN**
Hair color: **BLACK**
Hair style: **Short Length**
Additional remarks: **ISABEL GIRALDO**

**Master Name Index Reference**

Name: **GIRALDO, KAMILO NMI**
Sex: **Male**
Race: **WHITE**
Date of birt [redacted]
Ethnicity: **I** [redacted]
Address: **11** [redacted]
M [redacted]
**Phone nun** [redacted]
Home: **(81** [redacted]
Business: [redacted]

**Alias(es)/AKA**

| Name: | Address: | Sex: | DOB: |
|---|---|---|---|
| **KAMILO, GIRALDO** | | [redacted] | |

**Linkage factors**

Resident status : **City (Tampa)**
Age range : **16-17 Years**
Offense: **350A- 7 POSSESSION CONTROLLED SUBSTANC - COMPLETED**
Arrest date: **Oct-07-2012 (Sun.)**
Arrest type: **Juv Taken into Custody/DT**

## Narrative Text

**Type** CASE SUMMARY
**Related Person** (DEFENDANT #1) CHERRY, JACOB, D (D[redacted]
**Subject** CHERRY, JACOB DANIEL
**Author** 36888 - BRISSENDEN, MARK E (INACTIVE)
**Related Date** Oct-07-2012

The defendant was arrested for auto burglary. Subsequent to a search, he found to be in possession of a stolen hand gun.

## Narrative Text

**Type** INITIAL REPORT
**Related Person** (DEFENDANT #1) CHERRY, JACOB, D (D[redacted]
**Subject** CHERRY, JACOB DANIEL
**Author** 36888 - BRISSENDEN, MARK E (INACTIVE)
**Related Date** Oct-07-2012

On 10-07-12, at 0345 hrs, I was enroute to 804 E. Seward Av, regarding an attempted auto burglary which just occurred. The bolo was for 3 w/m's in their teens. K-9 Ofc. J. Houston advised that he located 3 subjects matching that description at N Lamar and E Waters Av. I responded to his location and assisted him. Ofc. Ziegler responded to our scene with the victim, who positively identified w/m Jacob Cherry as the person who tried to open her car door. K-9 Ofc. Houston and I took Cherry into custody without incident. K-9 Ofc. Houston walked Cherry back to a marked Police vehicle and searched him. I was then notified by K-9 Ofc. Houston that Cherry had a handgun on his person.

A computer check revealed that the handgun, a black [redacted], serial number [redacted], was stolen out of HCSO, during a burglary of a dwelling. This offense occurred on 10-01-12, HCSO report [redacted]. I attempted to contact the victim, [redacted], however this was met with negative results. TPD operator #20 sent the teletype which was confirmed by HCSO. The gun was placed into the property room as evidence.

Cherry did not make any statements in my presence. Cherry was later transported to booking.

## Narrative Text

**Type** SUPPLEMENTAL
**Author** 45162 - HOUSTON, JAMES M (RETIRED)
**Related Date** Oct-07-2012 4:01

On 10/07/12 at approximately 0401 hrs. I responded to an auto burglary call that just occurred at 804 Seward St.E. The suspects were described as 3 males which were attempting to break into the complainants Volkswagen Jetta and red Ford Mustang. The complainant advised the suspects just left the area on foot. The complainant advised one of the suspects was wearing a red shirt and one was wearing a white shirt, but both had camo style pants on.

I responded to the area and observed Cherry standing next to the bushes on Lamar Av.N. just north of the intersection of Waters Av.E. Cherry was wearing a red t-shirt with camo style pants. I then observed the two other subjects walking south bound on Lamar Av.N. approximately 30 ft behind him. I used my overhead lights and spot light and illuminated Cherry. I advised him to walk over and place his hands on my car. Cherry began to look around as if he was going to run. I advised him that I would release my canine if he ran. K-9 Titus was barking in the car and Cherry then complied and walked over and placed his hands on the hood of my patrol car. I ordered the two other subjects to also put their hands on my patrol car and I called for additional units to respond to assist. The three subjects all matched the description that were given by the complainant.

The complainant was subsequently transported to my location and positively identified the subjects. I placed Cherry into handcuffs without incident. I brought Cherry to the rear of Ofc. Hazelet's vehicle and began to search him. I checked his waistband area and felt something under his pants ( right hip side ). I checked the area again and located a black [redacted] with an under rail flashlight. I removed the magazine from the weapon which was completely loaded. I checked the barrel of the gun and there were no bullet in the chamber. The serial number was ( [redacted] ) and M.p.o. Brissenden checked the gun for wants/warrants. He advised me it was stolen out of a burglary which occurred in Hillsborough County Sheriff's Jurisdiction.
Cherry told me he was currently on felony probation.
Ofc. Hazelzet searched Giraldo incident to arrest and located marijuana on his person. see his report for details.
The third suspect, Gonzalez, was interviewed and searched by Ofc. Zeigler.

I was later advised that during a more thorough interview with the victim that Cherry was the only suspect observed trying the door handles and not actual inside the vehicles. Cherry was charged with attempt auto burglary and carrying a concealed firearm. Giraldo was only charged with possession of marijuana and Gonzalez was released without charge.

I had no further involvement in this case.

## Narrative Text

**Type** SUPPLEMENTAL
**Author** 47472 - MCCLAIN, BRYAN
**Related Date** Apr-25-2013

On the listed date I removed item #141784-1 from TPD evidence. The item is a [redacted] pistol. The firearm is no longer needed in any criminal proceeding or investigation. The owner of the firearm, Troy Williams responded to headquarters and took possession of his property. Pici was identified via his florida DL.

## Narrative Text

**Type** ATTACHMENT
**Subject** GUN CONFIRMATION
**Author** 48649 - HOHN, WILLIAM
**Related Date** Oct-07-2012

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Clearance Information

Agency: **TPD**
Cleared status: **Cleared by Arrest - Adult - Not Applicable**
Cleared on: **Oct-07-2012 (Sun.)**
Complainant/Victim notified: **No**

## Related Canine Deployment Details

Deployed on: **Oct-07-2012 (Sun.) 401**
**45162 - HOUSTON, JAMES M (RETIRED)** and canine: **TITUS (Narcotic/Patrol)**
Call type: **DISPATCH**
Location: **LAMAR AV N / WATERS AV E**
Weather: **Hot** Temperature: **74**
Lighting: **Street Light**
Surface: **Asphalt**

**Conditions of Deployment**

Deployment type: **Officer Safety**
Reason: **Criminal Suspect/Apprehension** Result: **Successful**

**Details of Suspect's Capture**

Suspect located/arrested: **Yes arrested**
Suspect Activity: **COMPLIANT**
Canine contact: **No**
Evidence recovered: **Yes**
Recovered what/where: **WEAPON ON SUSPECT**
Evidence details: **STOLEN OUT OF HCSO JURISDICTION**

## Related Use of Force Details

Date occured: **Oct-07-2012 (Sun.)**
Location: **LAMAR AV N / E WATERS AV**
Nature of contact: **Arrest**
Subjects present: **3**

**Officers involved**

Reporting officer: **45162 - HOUSTON, JAMES M (RETIRED)**
Date reported: **Oct-07-2012 (Sun.)**

## Related Use of Force Details

Date occured: **Oct-07-2012 (Sun.)**
Location: **LAMAR ST N/WATERS AV E**
Nature of contact: **Arrest**
Subjects present: **1**

**Officers involved**

Reporting officer: **36888 - BRISSENDEN, MARK E (INACTIVE)**
Date reported: **Oct-07-2012 (Sun.)**

**Supervisor Information**

Supervisor notified: **45166 - PECORA, FELICIA A**
Date Notified: **Oct-07-2012 (Sun.)**
Responded: **Yes**

# Related Property Report(s)

## Report Information

**Property Report #: 1401784**
Property case status: **EVIDENCE/HELD**
Submitted on: **Oct-07-2012 (Sun.)** by: **BRUNNER, ALAN**
**Related:**
Offense: **GO 2012- 560484**
General remarks: **JACOB CHERRY 92994**
Related items: **2**

## Articles - Evidence

Status: **EVIDENCE/HELD** Tag #: **1401784- 2**
Article: **YOTHER- OTHER**
Serial # 1: **NONE** OAN:
Description: **(15) .9MM LIVE ROUNDS**
Flags: **d *e**
Current Location: **(Disposed)**

## Firearm - Evidence

Status: **EVIDENCE/HELD**
Tag #: **1401784- 1**
Make [redacted]
Item: **Pistol** Type: **Semi-Auto**
Model: [redacted] Caliber: **.9MM**
Serial # [redacted]
Description: **BLACK PISTOL W/MOUNTED LIGHT**
Flags: **d *e**
Current Location: **(Disposed)**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

# Related Property Report(s)

## Report Information

**Property Report #: 1409321**
Property case status: **EVIDENCE/HELD**
Submitted on: **Nov-29-2012 (Thu.)** by: **HONRADA-STACY, ELSIE**
Authority for disposal: **BRUNNER, ALAN** Org unit: **Squad 212**
**Related:**
Offense: **GO 2012- 560484**
General remarks: **CHERRY, JACOB D 082994**
Related items: **1**

## Articles - Evidence

Status: **EVIDENCE/HELD** Tag #: **1409321- 1**
Article: **Y- OTHER**
Serial # 1: **NONE** OAN:
Description: **TESTS FIRED IN/FR EX. 1401784-1**
Flags: **d *e**
Current Location: **(Disposed)**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)

***** END OF HARDCOPY *****

# EXHIBIT K

## SCREENSHOT OF PUBLIC COMMENT

@EndOfSentence



@EndOfSentence • 19 min ago

@metromediaoutlet1685 I went on the News speakin on inmates OD'ing and CO's covering it up as Natural Deaths. Yall act like yall want reform then say it's snitchin lmao but yall gone record the police beatin you in 2 sec make it make sense

# EXHIBIT L

## REDACTED ARREST / COURT RECORDS

Jana Leigh Wood

20-903CF
A

**IN THE CIRCUIT/COUNTY COURT IN THE FIRST JUDICIAL CIRCUIT IN AND FOR SANTA ROSA COUNTY, FLORIDA**

**WARRANT/OTTIC SERVED** **SANTA ROSA COUNTY SHERIFFS OFFICE**

REPORT NO: **SRSO20ARR001848**

| Jail Booking No | Offense No | Other No | OBTS |
|---|---|---|---|
| | | SRSO20CAD058377 | 5701145211 |

[ SUSPECT ]

| Last | First | Middle | Title | Race | Sex | DOB | Age | Hgt | Wgt |
|---|---|---|---|---|---|---|---|---|---|
| WOOD | JANA | LEIGH | | W | F | 8/3/1990 | [redacted] | | |

| Eyes | Hair | MNI Number | SSN | I.D. No. | St | Type | [redacted] |
|---|---|---|---|---|---|---|---|
| GRN | BRO | SRSO15MNI014198 | [redacted] | W300432907830 | FL | | |

**Birth Location: City: MILTON County: SANTA ROSA State: [redacted] TES Citizenship: UNITED STATES**

**Address**

**4408 GATEWOOD LN PACE FL 32571 Phone: (850)686-3447**

**Occupations (Current/Last Known is Listed First)**

[redacted]

**Street Names**

*** none found in MNI ***

[ INCIDENT INFORMATION ]

Occurred Date Range: **5/19/2020** to Lat / Long

| No. | Di | Street | Apt/Lot | City | ST | Zip | (GEO) |
|---|---|---|---|---|---|---|---|
| | | | | | | | - - - |

[ CHARGES ]

**934.215**

**PUBLIC ORDER CRIMES**

**USE 2 WAY COMM DEVICE TO FACIL FELONY**

| Counts | Level | Degree | GOC | UCR | NCIC | AON | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | Felony | Third | Not Applicable | 9000 | | 7399 | $2,500.00 |

**944.47.1a1**

**SMUGGLE CONTRABAND INTO PRISON**

**EMPLOYEE WRITTEN REC COMMUNICATION TO INMATE**

| Counts | Level | Degree | GOC | UCR | NCIC | AON | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | Felony | Second | Not Applicable | 9000 | | 5802 | $2,500.00 |

[ STATEMENT OF PROBABLE CAUSE / NARRATIVE ]

**DOC WRNT: INTRODUCTION OF CONTRABAND INTO A STATE CORRECTIONAL INSTITUTION; UNLAWFUL USE OF A TWO-WAY COMMUNICATION DEVICE**
**OFFICER: STACY HARRIS**
**EXTR NCIC NATIONWIDE**
**051920-SUBMITTED TO HOT SHEET-KPR**

**060420-NOTICE SENT-KBW**

**061720-EMAIL SENT TO COL TIFFT FOR APPROVAL TO SUBMIT TO PANCHAUD/FTF-KBW**

**061720-***APPROVAL RECEIVED FROM COL TIFFT***-SUBMITTED TO PANCHAUD/ FTF-KBW**

SANTA ROSA COUNTY FELONY FILED
2020 JUN 19 PM 2:40
DONALD C. SPENCER CLERK OF COURT & COMPTROLLER

1314/172

Signature (Arresting Officer) — **SIMPSON, ANDREW JAMES** (Name) — **172** (ID/SSN)

**WARRANT/OTTIC SERVED** **SANTA ROSA COUNTY SHERIFFS OFFICE**
REPORT NO: **SRSO20ARR001848**

Subscribed and sworn to (or affirmed) before me this 18 day of June A.D., 2020 by A. Simpson 1714/172

who is personally known to me or has produced SELF as identification.

Signature ____ Notary Public ____ LEO X CO

Commission No: FSS 117.10 My Commission Expires ____

Supervisor Signature ____ Date ____ Supervisor Name ( Please Print ) ____ Rank ____

[ PHYSICAL EVIDENCE ] **[NO PHYSICAL EVIDENCE LISTED]**

[ ARREST INFORMATION ]

| Arrested | Residency | Injured | Extent of Injury | Resist |
|---|---|---|---|---|
| **6/18/2020 08:55** | **Within jurisdiction** | **None** | **N/A** | **No** |

| Arrested Prior | Arrest Jurisdiction | Alcohol | Drugs |
|---|---|---|---|
| **Unknown** | **Within jurisdiction** | **Unknown** | **Unknown** |

| No. | Di | Street | A/L | City | ST | Zip | Lat / Long |
|---|---|---|---|---|---|---|---|
| **4028** | | **COTTON RD** | | **PACE** | **FL** | **32571** | **30.5968604726905 / -87.1556** |

Arresting Officer: **172 SIMPSON, ANDREW JAMES**
Unit: **SHF/CHF/MAJ/OPS/PATROL/D3**
(GEO) **3 - 01 - CNTY -**
Officer Type

Reporting Officer
Unit
Original Offense Jurisdiction: **DOC**

Forward to for approval

Bond Set by LEO at Time of Arrest & Booking: **$0.00**

( ) None
( ) ROR
( ) Cash
( ) Pro

Bond Set by Judge
**$5,000.00**

( ) None
**( X )** Cash
( ) Any
**( X )** Pro
( ) Drug Patch / Alcohol Monitor

( ) ROR/Sign
( ) PTR
( ) Property
( ) Work Release
( ) House Arrest / GPS

( )Purge ____
( )SC ____

Return Court: ____ Date: Time: __:__
Instructions: ____

**IN THE CIRCUIT/COUNTY COURT IN THE FIRST JUDICIAL CIRCUIT IN AND FOR SANTA ROSA COUNTY, FLORIDA**

**WARRANT/OTTIC SERVED** **SANTA ROSA COUNTY SHERIFFS OFFICE**

REPORT NO: **SRSO20ARR001848**

[ COURT INFORMATION ]

| | Court | Judge | Date |
|---|---|---|---|
| Sent | **CIRCUIT** | **DUNCAN** | **5/14/2020** |
| Rcvd | **WARRANTS** | | **5/19/2020** |

Court Case Number **2004700**

Assigned To:

[ DISPOSITION ]

Disposition Type Release Type Other Desc

Release Date Release Time Release Officer Printed Printed By
**No**

Released To

Court DispositionType Court Disposition Description

[ ADDITIONAL PERSONS ]

COURT DISPOSITION: ______________________

( right index )

○ No Bill / Petition ○ Issue Warrant ○ Prosecution Approved

Signature of Assistant State Attorney Date

☒ Adult Def ☐ PC Arrest
☐ Juvenile Def ☒ Application for Warrant/Capias

# NCIC
# AFFIDAVIT – COMPLAINT

Clerk's Case No. ____________
SA Case No.(s) ____________

PAGE 1 of 3

Agency ORI # FL037275C

| | | | |
|---|---|---|---|
| 1. Agency Name: **FDC/Office of the Inspector General** | 2. Agency Report Number: **20-04700** | 3. Charge Type: ☒ Felony ☐ Misdemeanor ☐ Misdemeanor w/associated felony | 3a. Ordinance Type: (if applicable) ☐ Municipal ☐ County |
| 4. Date/Time of Offense: **Oct 2019-Jan 2020** | 5. Date/Time of Arrest: | 6. Arresting Officer: | 7. Investigating Officer: **Law Enforcement Inspector Stacy L. Harris** |

| | | | | |
|---|---|---|---|---|
| 8. Defendant's Name: (Last) **WOOD** | (First) **JANA** | (Middle) **LEIGH** | ALIAS Information Protected | 9. OBTS: |
| 10. Race/Sex: **W/F** | 11. Date of Birth: **08/03/1990** | 12. Residence Type: ☒ City ☐ County ☐ Florida ☐ Out of State | 13. Weapon Seized ☐ Yes [redacted] | 14. Controlled Substance Seized: ☐ Yes ☒ No [redacted] A |
| 15. Height: **5'5"** | 16. Weight: **Unknown** | 17. Eye Color: **Green** | 18. Hair Color: **Brown** | 19. Scars, marks, tattoos, unique physi[redacted] **Unknown** |
| 20. Driver's License Number/State: **W300-432-90-783-0** | 21. Social Security Number: [redacted] | Residential Teleph[redacted] **850-686-3447** | [redacted]one: | |
| 24. Address: (Street, Apartment Number) **4412 Gatewood Lane** | (City) **Pace** | (State) **FL** | (Zip) **32571** | |

25. Defendant's Name: (Last) [redacted]

27. R[redacted]

32. H[redacted]

| | | | |
|---|---|---|---|
| 37. Driver's License Number/State: | 38. Social Security Number: | Residential Telephone: | 40. Business Telephone: |
| 41. Address: (Street, Apartment Number) | (City) | (State) | (Zip) |

| | | | | |
|---|---|---|---|---|
| 42. Defendant's Name: (Last) | (First) | (Middle) | ALIAS | 43. OBTS: |
| 44. Race/Sex: | 45. Date of Birth: | 46. Residence Type: ☐ City ☐ County ☐ Florida ☐ Out of State | 47. Weapon Seized ☐ Yes ☐ No | 48. Controlled Substance Seized: ☐ Yes ☐ No TYPE & QUANTITY: |
| 49. Height: | 50. Weight: | 51. Eye Color: | 52. Hair Color: | 53. Scars, marks, tattoos, unique physical features: (Location, type & description) |
| 54. Driver's License Number/State: | 55. Social Security Number: | Residential Telephone: | 57. Business Telephone: | |
| 58. Address: (Street, Apartment Number) | (City) | (State) | (Zip) | |

| | | |
|---|---|---|
| 59. Charge Description: (# 1) **Introduction of Contraband Into a State Correctional Institution** | 60. Statute or Ordinance Number: **944.47(1)(a)(1)** | ☒ F.S. ☐ Ord. |
| 61. Charge Description: (# 1) **Unlawful Use of a Two-Way Communication Device** | 62. Statute or Ordinance Number: **934.215** | ☒ F.S. ☐ Ord. |
| 63. Charge Description: (# 1) | 64. Statute or Ordinance Number: | ☐ F.S. ☐ Ord. |

| | | | | |
|---|---|---|---|---|
| 65. Victim's Name: (If business, list legal business name) (Last) **State of Florida** (First) (Middle) | 66. Race/Sex | 67. Date of Birth: | 68. Telephone Number: | |
| 69. Contact Person if victim is deceased, a minor child, or business: (Last) **Senior Inspector Harris** (First) **Stacy** (Middle) **L.** | 70. Race/Sex | 71. Date of Birth: | 72. Telephone Number: **850-981-5011** | |
| 73. Address: (Street, Apartment Number) **5850 East Milton Road** (City) **Milton** (State) **FL** (Zip) **32583** | | | 74. Secondary Phone Number: | |
| 75. Victim Notification of Arrest: NOTIFIED BY: ______ DATE: ______ TIME: ______ | 76. Information Given: Victim ☐ Rights Card ☐ App. Info | Domestic ☐ Arrest Info ☐ Viol. Info | | |

| | | |
|---|---|---|
| 77. Physical Evidence collected in this case? ☒ Yes ☐ No<br>Evidence Custodian's Name: Darla Henderson | 78. Witness Statements taken in this case? ☒ Yes ☐ No<br>Person responsible for statements: Stacy Harris | 79. I certify that all of the above information is true and correct to the best of my knowledge and is page 01 of a 3 page affidavit/complaint.<br>[signature] Office/Complainant Signature<br>L.E. Inspector Stacy Harris — Type or print Complainant name |

PAGE 01 MUST HAVE PAGE 02 (MORE IF REQUIRED) TO BE A VALID AFFIDAVIT/COMPLAINT

FILED FOR RECORD SANTA ROSA COUNTY FL
DONALD C. SPENCER CLERK OF COURT & COMPTROLLER
2020 JUN 19 PM 2:

☒ Adult Def ☐ P.C Arrest
☐ Juvenile Def ☒ Application for Warrant/Capias

# AFFIDAVIT – COMPLAINT
## (PROBABLE CAUSE NARRATIVE)

Clerk's Case No. ______
SA Case No.(s) ______



Agency ORI # FL037275C

| 80. Agency Name: | 81. Agency Report Number: | 82. Date/Time of Arrest: | 83. Investigating Officer: |
|---|---|---|---|
| FDC/Office of the Inspector General | 20-04700 | | Law Enforcement Inspector Stacy L. Harris |

84. NARRATIVE OF THE FACTUAL BASIS FOR PROBABLE CAUSE: The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the heretofore named defendant did commit the violations of law as stated above and the factual basis for this belief is as follows:

**Your Affiant is Law Enforcement Inspector Stacy L. Harris with the Florida Department of Corrections, Office of the Inspector General. Your Affiant has probable cause to believe that between December 23, 2019 and December 28, 2019, at Santa Rosa Correctional Institution - Annex, 5850 E. Milton Road, Milton, Santa Rosa County, Florida, former Correctional Officer Jana Wood, did commit the criminal offense of Introduction of Contraband into a State Correctional Institution, in violation of s. 944.47(1)(a)(1) Fla. Stat., when Officer Wood did actually and intentionally transmit digitally written, hand written and recorded communications into the secure perimeter of a State Correctional Institution to an inmate. Further, Officer Wood did commit the criminal offense of Unlawful Use of a Two-Way Communications Device in violation of s. 934.215 Fla. Stat., when Officer Wood did actually and intentionally utilize a cellular telephone to transmit digitally written and recorded communications to the contraband cellular device seized during a mass search on February 3, 2020 from M – Dormitory, a secured housing unit within the secure perimeter of a State Correctional Institution.**

**On February 3, 2020 a mass search of secured housing unit M – Dormitory was conducted by K9 Captain Daniel Carmical, Florida Department of Corrections. Captain Carmical discovered two cellular telephones, wrapped in cellophane, in the mop closet of the Wing 1 bathroom of M – Dormitory. One cellular device was an Alcatel smartphone and one cellular device was a black, LG smartphone. Between the two cellular telephones was the identification card of Inmate Joseph Evans, DC #U22090. The cellular devices were sent to the Florida Department of Corrections, Office of the Inspector General's cellular telephone laboratory for analysis. On March 3, 2020 a Cellbrite Extraction report was generated of the information contained in the Alcatel smartphone, IMEI #01502600385911, and SIM Card #89014103270784591893, which revealed text message communications between the contraband cellular device and the telephone number (850) 686-3447, which was identified as the personal contact cellular telephone of Correctional Officer Jana Wood, as provided by Officer Wood and confirmed by investigative sources.**

**Call logs from the extraction report indicated the following text message exchanges:**

**On 12/23/2019, at 10:08 a.m., a text message to Officer Wood's number read: "This is Davey are you still up"**

**On 12/24/2019, 6:46 a.m., a test message to Officer Wood's number read: "What's up my green eyed girl u going to t**[redacted] **what"**

**On 12/24/2019, at 00:48 a.m., a text message from Officer Wood's number read: "Whats up"**

**On 12/24/2019, at 00:49 a.m., a text to Officer Wood's number read: "U up I'm trying to talk to you"**

**On 12/24/2019, at 00:50 a.m., a text from Officer Wood's number read: "Im headed back to the prison from a hospital trip"**

**On 12/24/2019, at 00:51 a.m., a text to Officer Wood's number read: "Damn I'ma kall u later if u up when you get off text me"**

**On 12/24/2019, at 00:52 a.m., a text from Officer Wood's number read: "Okay all I gotts do is turn in my gun then im headed home"**

**On 12/24/2019, at 00:54 a.m., a text to Officer Wood's number read: "Ok I'ma kall u later if I get a chance my beautiful green eyed woman"**

**On 12/24/2019, at 00:56 a.m., a text from Officer Wood's number read: "Ok"**

**On 12/24/2019, at 1:11 a.m., a text from Officer Wood's number read: "Okay im in the car headed home"**

**On 12/28/2019, at 9:35 p.m., a text to Officer Wood's number read: "Hey babe, pretty green eyed lady you know I want to kiss you and have sex"**

**Officer Wood's timecard at Santa Rosa Correctional Institution indicated she worked on 12/23/2019 from 3:18 p.m. to 1:08 a.m. on 12/24/2019 and on 12/24/2019 from 6:18 p.m. to 1:28 a.m. on 12/25/2019.**

**Attempts to have Officer Wood contact Your Affiant went unanswered and no statement was able to be obtained from the defendant. However, on February 11, 2020 during a meeting with Warden Marvin W. Clemmons, Officer Wood submitted an incident report in which she admitted to writing a note to Inmate Lavaros Davis, DC #M63150, which was found by Lieutenant Timothy Lingo on February 8, 2020 on the person of Inmate Davis. In sworn witness testimony from Lieutenant Lingo, he indicated he observed papers in the hand of Inmate Davis on February 8, 2020 during a medical appointment. When Inmate Davis relinquished the papers, Lieutenant Lingo discovered a note which read, "Your arms are long enough to wrap around me legs and hold me down. I've been**

**told I have a tight like a virgin. I have an alias Brittany Cloud." Lieutenant Lingo found a Facebook page with the name Brittany Cloud and a photograph which closely resembled Officer Wood. Further, on two separate pieces of paper was written the known telephone number and home address *(listed above)* of Officer Wood.**

**In sworn witness testimony from Warden Clemmons on March 20, 2020, he indicated he asked Officer Wood about the alias name of Brittany Cloud, which Officer Wood admitted was her alias while denying the Facebook page was hers. Officer Wood submitted an incident report regarding the note she wrote to Inmate Davis in which she admitted to having provided the notes to Inmate Davis.**

**In sworn witness testimony from Major Nicholas Rushing on March 23, 2020, he indicated he was present with Warden Clemmons at the time he met with Officer Wood and heard Officer Wood admit to having provided the notes to Inmate Davis; however, Officer Wood denied any type of physical contact with Inmate Davis. Major Rushing was present when Officer Wood wrote her incident report in which she admitted to providing the notes to Inmate Davis and then Officer Wood immediately tendered her resignation.**

**Your Affiant respectfully submits probable cause has been established to conclude Officer Jana Wood did commit the criminal violation of Introduction of Contraband into a State Correctional Institution, in violation of s. 944.47(1)(a)(1) Florida Statute, when Officer Wood did actually and intentionally transmit digitally written, and written and recorded communications into the secure perimeter of a State Correctional Institution to a contraband cellular device discovered inside the secure perimeter of a State Correctional Institution. Your Affiant further submits probable cause has been established Officer Wood did commit the criminal violation of Unlawful Use of a Two-Way Communications Device, in violation of s. 934.215 Florida Statute when Officer Wood did actually and intentionally utilize a cellular telephone to unlawfully transmit digitally written and recorded communications to an inmate who was housed within the secure perimeter of a State Correctional Institution.**

85. The undersigned, being duly sworn, states that the foregoing information contained in an affidavit consisting of 3 pages is true and correct to the best of his/her knowledge

[signature]
Signature of Officer/Complainant

Stacy L Harris — 35014
Officer/Complainant's Name (Printed) — ID Number

Sworn to and subscribed before me this 4 day of MAY, 2020

[signature] James K Moly
Signature of Person Administering Oath

☒ Personally Known ☐ Other Identification ________ ID Type

Seal

## RETURN

This Warrant was received by this department at SANTA ROSA County, Florida, on the ____ day of ____ A.D., 2020 and executed in ____ County, Florida, on the ____ day of ____ A.D., 2020 by arresting the within named:

JANA LEIGH WOOD

Arresting Officer / Department

Date and time of service

Place of service

**REMARKS**

CASE NO. 20-04700

IN CIRCUIT COURT

SANTA ROSA COUNTY

STATE OF FLORIDA

## WARRANT

**ORDER TO TAKE INTO CUSTODY**

**STATE OF FLORIDA**

**VS.**

**JANA LEIGH WOOD**

In the name of the State of Florida, to the Law Enforcement Officers of said County

**WHEREAS:** Senior Law Enforcement Inspector Stacy L. Harris has made oath on the ____ day of ____ A.D., 2020 in the County aforesaid one ____ did unlawfully violate F.S.S: 944.47(1)(a)(1) and 934.215

Contrary to the law and such case and provided, and against the peace and dignity of the State of Florida. This Warrant is a command to arrest instanter the above named:

JANA LEIGH WOOD

and bring said person before the court to be dealt with according to law.

Given under my hand and seal this 14th day of May A.D., 20 20

(Seal)

Judge / Deputy Clerk

Count 1: $2,500.00 Cash or Bo
Count 2 $2,500.00 Cash or Bo

F

# SANTA ROSA COUNTY SHERIFF'S OFFICE
## WOOD, JANA LEIGH
## Booking Information

☐ High Profile ☐ Suicidal ☐ Escape Risk ☐ Hold For:



[redacted]

**Booking #:** SRSO20JBN002944 **MNI:** SRSO15M[redacted]

**Address:** 4412 GATEWOOD LN PACE,FL 32571

**Phone:** (850)686-3447 **DOB:** 08/03/1990 **BIRTHPLAC**[redacted]

**CITIZENSHIP:** UNITED STATES **FBI** [redacted]

**RACE:** W **SEX:** F **HGT:** 5'07" **WGT:** 233 **HAIR:** [redacted]

**FBI:** **SID:** [redacted]

**OBTS:** 5701145211

**Oc**[redacted]

**Bo**[redacted]

**Released:** **Searched By:** PALMER, HEIDI MARIE

**Photo By:** THOMAS, BRYAN ASHLEY [redacted]

**Print By:** THOMAS, BRYAN ASHLEY

J. Wood
Inmate Signature

Officer Signature

IN THE CIRCUIT/COUNTY COURT OF THE ____________ JUDICIAL CIRCUIT
IN AND FOR ____________ COUNTY, FLORIDA

STATE OF FLORIDA vs. CASE NO. 2004700

WOOD JANA LEIGH
Defendant/Minor Child

## APPLICATION FOR CRIMINAL INDIGENT STATUS

☐ I AM SEEKING THE APPOINTMENT OF THE PUBLIC DEFENDER OR

☑ I HAVE A PRIVATE ATTORNEY OR AM SELF-REPRESENTED AND SEEK DETERMINATION OF INDIGENCE STATUS FOR COSTS

**Notice to Applicant:** The provision of a public defender/court appointed lawyer and costs/due process services are not free. A judgment and lien may be imposed against all real or personal property you own to pay for legal and other services provided on your behalf or on behalf of the person for whom you are making this application. There is a $50.00 fee for each application filed. If the application fee is not paid to the Clerk of the Court within 7 days, it will be added to any costs that may be assessed against you at the conclusion of this case. If you are a parent/guardian making this affidavit on behalf of a minor or tax-dependent adult, the information contained in this application must include your income and assets.

1. **I have** 1 **dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*

2. **I have a take home income of $** —0— paid ☐weekly ☐bi-weekly ☐semi-monthly ☐monthly ☐ yearly
*(Take home income equals salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, **minus** deductions required by law and other court ordered support payments)*

3. **I have other income** paid ☐weekly ☐bi-weekly ☐semi-monthly ☐monthly ☐yearly: *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No.")*

Social Security benefits ☐Yes ☑No $____
Unemployment compensation ☐Yes ☑No $____
Union funds ☐Yes ☑No $____
Workers compensation ☐Yes ☑No $____
Retirement/pensions ☐Yes ☑No $____
Trusts or gifts ☐Yes ☑No $____
Veterans' benefit ☐Yes ☑No $____
Child support or other regular support from family members/spouse ☐Yes ☑No $____
Rental income ☐Yes ☑No $____
Dividends or interest ☐Yes ☑No $____
Other kinds of income not on the list ☐Yes ☑No $____

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

Cash ☐Yes ☑No $____
Bank account(s) ☑Yes ☐No $ 93.—
Certificates of deposit or money market accounts ☐Yes ☑No $____
*Equity in motor vehicles ☐Yes ☑No $____
*Equity in boats/other tangible property ☐Yes ☑No $____
Savings ☐Yes ☑No $____
Stocks/bonds ☐Yes ☑No $____
*Equity in homestead real estate ☐Yes ☑No $____
*Equity in non-homestead real estate ☐Yes ☑No $____

*include expectancy of an interest in such property

5. **I have a total amount of liabilities and debts in the amount of $** 1000 MO

6. **I receive:** *(Check "Yes" or "No.")*
Temporary Assistance for Needy Families-Cash Assistance ☐Yes ☑No
Poverty- related veterans' benefits ☐Yes ☑No
Supplemental Security Income (SSI) ☐Yes ☑No

[redacted]

7. **I have been released on bail in the amount of $** —0— [redacted] amily ☐Other

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 27.52, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this Application is true and accurate.**

1 18 20
Signed on

8 3 90
Year of Birth

____________
Last four digits of Driver's License or ID Number

J. Wood
Signature of applicant for indigent status
**Print full legal name:** Jana Leigh Wood
Address: 4412 Gatewood Ln
City, State, Zip: Pace FL 32571
Phone number: 850-686-3447
E-mail Address: ____________

**CLERK DETERMINATION**

X Based on the information in this Application, I have determined the applicant to be (X) Indigent (__) Not Indigent

____ The Public Defender is hereby appointed to the case listed above until relieved by the Court.

Dated this 19 day of June, 20 20

[signature]
Clerk of the Circuit Court, by Deputy Clerk

*This form was completed with the assistance of:*

____________
*Clerk/Deputy Clerk/Other authorized person*

CIRCUIT COURT SANTA ROSA COUNTY

DONALD C. SPENCER CLERK OF COURT & COMPTROLLER
2020 JUN 19 PM 2:40
SANTA ROSA COUNTY FL
FILED FOR RECORD

**APPLICANTS FOUND NOT INDIGENT MAY SEEK REVIEW BY ASKING FOR A HEARING TIME.** Sign here if you want the judge to review the clerk's [redacted]

BAIL ONLY
POWER AMOUNT
$5500.00

**BANKERS INSURANCE COMPANY**
P.O. Box 33015 • St. Petersburg, Florida 33733 • 800-627-0000
POWER OF ATTORNEY

562511965 - 5
Bailassist@BankersFinancialCorp.com

KNOW ALL MEN BY THESE PRESENTS: that Bankers Insurance Company, a corporation duly organized and existing under the laws of the State of Florida, has made pursuant to Article IV, Section 11 of the By-Laws, which was adopted by the Directors of the said company, and is now in effect, does constitute and appoint, and by these presents does make, constitute and appoint below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds and **cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.**

**This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.**

THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THIS STATED FACE AMOUNT, AND PROVIDED THIS Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, BANKERS INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this 18 day of JUNE, 2020

Bond Amount $ 2500.00 Appearance Date 7-2-20 Premium $ 250.00

Defendant JANA LEIGHWOOD

S.S.# ________ D.O.B. ________

Case # 20-001848

Court CIRCUIT

City MILTON State FL

Offense PUB. ORD. CRIME

If Rewrite, Original # ________

Executing Agent [signature]

BIC9920051218

**BANKERS INSURANCE COMPANY**

[signature]

ROBERT G. MENKE, *President*

SANTA ROSA COUNTY FL
FELONY FILED
2020 JUN 19 PM 2:40
DONALD C. SPENCER
CLERK OF COURT &
COMPTROLLER

IT IS UNLAWFUL TO PRINT THIS FORM WITHOUT WRITTEN CONSENT OF HOME OFFICE.

BANKERS INSURANCE GROUP

## Bankers Insurance Company

*an affiliate of* BANKERS INSURANCE GROUP
P.O. Box 33015 ■ St. Petersburg, Florida 33733
Telephone: Toll Free 1-800-627-0000

**GENERAL SURETY APPEARANCE BOND**

POWER No. 562511965-5
(POWER OF ATTORNEY WITH THIS NUMBER MUST BE ATTACHED)
ARREST/CASE No. 20-001848

STATE OF FLORIDA
VS.
JANA LEIGH WOOD

**SEND ALL COURT NOTICES TO AGENT'S ADDRESS**

DAVIS BAIL BONDS
1755 ST. MARY AVENUE
PENSACOLA, FL 32501
(850)-433-2811

**In The**

County ( ) Circuit ( X ) Court

Escambia ( ) Santa Rosa ( X ) County

KNOW ALL MEN BY THESE PRESENTS: That we, the above captioned Defendant, as Principal, and BANKERS INSURANCE COMPANY, a *Florida corporation, as Surety, are held and firmly bound unto the State of* FLORIDA , *and its successors, to the penal sum* of $ 2,500.00 Dollars, for the payment whereof well and truly to be made we bind ourselves, our heirs, representatives, successors, and assigns, jointly and severally, firmly by these presents.

The condition of this obligation is such that if the said principle shall appear on July 02, 2020 at the next regular or special term of the above captioned court only and shall submit to the said court to answer a charge of

PUB. ORD. CRIME

only and shall submit to orders and process of said court and not depart same without leave, then this obligation to be void, else to remain in full force and virtue.

SIGNED AND SEALED this 18 day of June, A.D. 2020

Taken before me and approved by me:

X [signature], Clerk/Sheriff

By: [signature]

X [signature] (L.S.)
PRINCIPAL
BANKERS INSURANCE COMPANY

By [signature] (L.S.)
(ATTORNEY-IN-FACT) (Surety)

SEAL FLORIDA 634

**STATEMENT OF THE BONDSMAN**

I, THE UNDERSIGNED, AM A DULY LICENSED BAIL BONDSMAN and have registered for the current year with the office of the Clerk of Court of the aforementioned county, and have filed a certified copy of my appointment by Power of Attorney for the Surety with the office of the Clerk of Court of the aforementioned county.
That the Principal named in the foregoing bond, of *(Address)* 4028 COTTON RD. PACE, FL 32571, has (given or promised to give) the sum of TWO HUNDRED FIFTY ($ 250.00) Dollars as consideration for the foregoing bond, filed with the Clerk of the above captioned Court, located in said County, together with the (promise or receipt) of security belonging to:

MONIQUE MARIE NADEAU

as follows: (detail description and source of collateral security) (if none, so state) PROM. NOTE, IND. AGREE

That a duly signed receipt has been given to the said principal for the consideration given and/or that the said indemnitor has (also been) given a receipt for the security described above.

Agent's Signature ______________________

Agency DAVIS BAIL BONDS 1755 ST. MARY AVENUE PENSACOLA, FL 32501

*BIC9920061208*

BAIL ONLY
POWER AMOUNT
$5500.00

# BANKERS INSURANCE COMPANY

P.O. Box 33015 • St. Petersburg, Florida 33733 • 800-627-0000

POWER OF ATTORNEY

562511966 - 8

Bailassist@BankersFinancialCorp.com

KNOW ALL MEN BY THESE PRESENTS: that Bankers Insurance Company, a corporation duly organized and existing under the laws of the State of Florida, has made pursuant to Article IV, Section 11 of the By-Laws, which was adopted by the Directors of the said company, and is now in effect, does constitute and appoint, and by these presents does make, constitute and appoint below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds and **cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.**

**This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.**

THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THIS STATED FACE AMOUNT, AND PROVIDED THIS Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, BANKERS INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this 18 day of JUNE 2020

Bond Amount $ 2500.00 Appearance Date 7.2.20 Premium $ 250.00

Defendant TANA LEIGH WOOD

S.S.# ______ D.O.B. ______

Case # 20 001849

Court CIRCUIT

City MILTON State FL

Offense SMUG. CONT.

If Rewrite, Original # ______

Executing Agent [signature]

BIC9920051218

IT IS UNLAWFUL TO PRINT THIS FORM WITHOUT WRITTEN CONSENT OF HOME OFFICE

BANKERS INSURANCE COMPANY

[signature]

ROBERT G. MENKE, *President*

SANTA ROSA COUNTY FL
FELONY FILED
2020 JUN 19 PM 2:40
DONALD C. SPENCER
CLERK OF COURT & COMPTROLLER

BANKERS INSURANCE GROUP

**Bankers Insurance Company**
*an affiliate of* BANKERS INSURANCE GROUP
P.O. Box 33015 ■ St. Petersburg, Florida 33733
Telephone: Toll Free 1-800-627-0000

## GENERAL SURETY APPEARANCE BOND

POWER No. 562511966-8
(POWER OF ATTORNEY WITH THIS NUMBER MUST BE ATTACHED)
ARREST/CASE No. 20-001848

STATE OF FLORIDA
vs.
JANA LEIGH WOOD

**SEND ALL COURT NOTICES TO AGENT'S ADDRESS**

DAVIS BAIL BONDS
1755 ST. MARY AVENUE
PENSACOLA, FL 32501
(850)-433-2811

In The
County ( ) Circuit ( X ) Court
Escambia ( ) Santa Rosa ( X ) County

KNOW ALL MEN BY THESE PRESENTS: That we, the above captioned Defendant, as Principal, and BANKERS INSURANCE COMPANY, a Florida corporation, as Surety, are held and firmly bound unto the State of FLORIDA, and its successors, to the penal sum of $ 2,500.00 Dollars, for the payment whereof well and truly to be made we bind ourselves, our heirs, representatives, successors, and assigns, jointly and severally, firmly by these presents.

The condition of this obligation is such that if the said principle shall appear on July 02, 2020 at the next regular or special term of the above captioned court only and shall submit to the said court to answer a charge of

SMUG. CONT.

only and shall submit to orders and process of said court and not depart same without leave, then this obligation to be void, else to remain in full force and virtue.

SIGNED AND SEALED this 18 day of June, A.D. 2020

Taken before me and approved by me:
X ______ Clerk/Sheriff
By: ______

______ (L.S.)
PRINCIPAL
BANKERS INSURANCE COMPANY
By ______ (L.S.)
(ATTORNEY-IN-FACT) (Surety)

BANKERS INSURANCE COMPANY SEAL FLORIDA 634

**STATEMENT OF THE BONDSMAN**

I, THE UNDERSIGNED, AM A DULY LICENSED BAIL BONDSMAN and have registered for the current year with the office of the Clerk of Court of the aforementioned county, and have filed a certified copy of my appointment by Power of Attorney for the Surety with the office of the Clerk of Court of the aforementioned county.
That the Principal named in the foregoing bond, of *(Address)* 4028 COTTON RD. PACE, FL 32571 ______, has (given or promised to give) the sum of TWO HUNDRED FIFTY ($ 250.00) Dollars as consideration for the foregoing bond, filed with the Clerk of the above captioned Court, located in said County, together with the (promise or receipt) of security belonging to:

MONIQUE MARIE NADEAU

as follows: (detail description and source of collateral security) (if none, so state) PROM. NOTE, IND. AGREE

That a duly signed receipt has been given to the said principal for the consideration given and/or that the said indemnitor has (also been) given a receipt for the security described above.

Agent's Signature ______
Agency DAVIS BAIL BONDS 1755 ST. MARY AVENUE PENSACOLA, FL 32501

*BIC9920061208*

# EXHIBIT M

## CRIMINAL COURT OF THE CITY OF NEW YORK
## FELONY COMPLAINT

People of the State of New York v. Daniel Hernandez

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>Daniel Hernandez (M 18),<br><br>Defendant. | FELONY<br><br>ADA Sara Weiss<br>[redacted] |

2015NY014361

Detective Maureen Sheehan, Shield 2195 of the Detective Borough Manhattan Special Victims Squad, states as follows:

***The defendant is charged with:***

| | |
|---|---|
| PL 263.05 | Use of a Child in a Sexual Performance<br>(defendant #1: 3 counts) |

On or about February 21, 2015 at about 2:00 A.M., inside [redacted] in the County and State of New York, The defendant, knowing the character and content thereof, employed, authorized and induced a child less than seventeen years of age to engage in a sexual performance, and being a parent, legal guardian and custodian of such child, the defendant consented to the participation of such child in a sexual performance..

***The factual basis for this charge is as follows:***

I am informed by a person of an address known to the District Attorney's Office that on or about February 23, 2015, she observed three videos of her [redacted] posted on social media websites in which her [redacted] was having sexual contact with two adult males. I am informed that her [redacted] is thirteen years old.

I have viewed the three videos referenced above. On the first video, the child engages in oral sexual intercourse with the separately charged defendant Taquan Anderson, while the defendant, Daniel Hernandez, stands behind the child making a thrusting motion with his pelvis and smacking her on her buttocks. The child is nude in the video.

On the second video, the child is sitting on the lap of the defendant and the defendant has his arms around the child. The child is wearing a light colored bra and dark colored underwear and separately charged defendant Anderson pours a cup of liquid on the child's breasts and grabs the child's breasts with his hands.

In the third video, the child is completely nude and is sitting across the laps of the defendant and the separately charged defendant Taqaun Anderson. The separately charged defendant touches the child across her legs and vagina with his hand. The same three individuals are observed in all three videos.

I am informed that the defendant's date of birth is May 8, 1996.

I further state that defendant Hernandez stated in su[redacted]o me: THAT IS ME

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK -against- Daniel Hernandez (M 18), Defendant. | FELONY ADA Sara Weiss [redacted] |
|---|---|

ON ALL THE VIDEOS. THIS HAPPENED IN HARLEM ON THE NIGHT OF FEBRUARY 21, 2015 GOING INTO THE MORNING OF FEBRUARY 22, 2015. I WAS TAGGED ON INSTAGRAM AND THEN I REPOSTED THE VIDEOS USING THE REPOST WHIZ APP. MY INSTAGRAM NAME IS TEKASHIIII69.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

Detective Maureen Sheehan — Date 3/6/15 — Time 1120

26850900

# EXHIBIT N

## VIDEO-SOURCE PRESERVATION SHEET

## Second Amended Complaint — Blake v. Cherry
## Case No. 4:26-cv-01116-CDP

**Purpose: This sheet identifies audiovisual and online publications cited in the Second Amended Complaint and records the platform/channel, relevant timestamp(s), subject matter, and direct source URL. Timestamps reflect the portions presently cited or supplied by Plaintiff.**

| No. | Platform / Channel | Publication | Timestamp(s) | Cited Subject Matter | Direct URL |
|---|---|---|---|---|---|
| 1 | YouTube — Defendant / 1090 Jake (End of Sentence) | Response / alleged debunking video | 0:00–7:19; 4:03–7:19; 46:54 | Defendant responds to Plaintiff's investigation; disputed Lancaster photograph/facial wound; concluding statement that the cut and picture are not fake and implying Plaintiff is. | https://youtu.be/hy7LjCoCZ2U?si=jnIg1AaLKc2rnbYX |
| 2 | YouTube — Locked In with Ian Bick | Interview with 1090 Jake / Jacob Cherry | B-Dorm "jungle dorm" statement — exact timestamp to preserve from source | Defendant describes B Dorm at Lancaster as the "jungle dorm." | https://youtu.be/GPi-tYJ8Weg?si=Q_FbjpQqRAkXLi9A |
| 3 | YouTube — 1090 Jake / guest discussion | Lancaster orientation discussion | 13:08 | Guest states that new arrivals at Lancaster are placed in an orientation dorm with other new arrivals and are "with the CO constantly"; Plaintiff observed Defendant shake his head in agreement. | https://youtu.be/D6IuGHNTvcE?si=Z5RBQ5eslLRXKkQ0 |
| 4 | YouTube — Defendant / 1090 Jake | Lancaster main-unit/work-camp discussion | 2:27–2:36 | Defendant states that the craziest thing he witnessed at Lancaster occurred at the work camp, and that plenty happened on the main unit that he did not witness. | https://youtu.be/NZhT9-vOBGE?si=gEQyx5N9Mn9qBcEt |
| 5 | YouTube — interview containing Cathy Wiecki statements | Cathy Wiecki interview | 14:34–15:18 | Wiecki states that a detective recorded her jail calls with Jake and that she later spent approximately two and one-half hours speaking with the detective about Jake. | https://youtu.be/WnHrAlnpvCA?si=_pIfEZs58H24dYU4 |
| 6 | YouTube — Defendant / 1090 Jake | Jail-call / confinement account | 14:46–16:06 | Defendant describes making a jail telephone call concerning a suspected cooperating codefendant, saying in substance "y'all go handle that," and later being taken to confinement. | https://youtu.be/D6IuGHNTvcE?si=dazFBp9V_2W1kOI6 |
| 7 | YouTube — Defendant / 1090 Jake | Burglary/arrest-report discussion | 19:22–19:30 | Defendant states there was no arrest report for the burglary because he was already in jail and the charges were added, and says he used his codefendant's arrest report to describe the incident. | https://youtu.be/CuALMG7A15A?si=ksrag6DwxZIENr5h |
| 8 | YouTube — Defendant / 1090 Jake | Prison reporting / cooperation / witness-statement response | 6:37–7:34; 25:49 | Defendant discusses accusations that he was "snitching" by posting inmate-supplied prison videos, says current inmates sent him videos so he could be their voice, asks what officers were arrested, and later states that Jimmy Horey was the only inmate involved who named someone in a witness statement. | https://youtu.be/_BXyt58MtoI?si=7LVw3L1nccP9Ciy1 |
| 9 | WSVN 7News — 7 Investigates | Secret inmate videos expose contraband crisis the state calls a 'national epidemic' | Published January 21, 2020; preserve full video/article | WSVN identifies Jacob Cherry as a former inmate who posted inmate-recorded Florida prison videos to YouTube; report states current inmates recorded the videos and FDC was aware of them. | https://wsvn.com/news/investigations/secret-inmate-videos-expose-contraband-crisis-the-state-calls-a-national-epidemic/ |